1  Grant Kinsel, No. 172407
   gkinsel@perkinscoie.com
2  Michael Song, Bar No. 243675
   msong@perkinscoie.com
3  Francis D. Logan, Jr., No. 163049
   flogan@perkinscoie.com
4  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
5  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
6  Facsimile: 310.788.3399
7
   Attorneys for **DIGITAL DOMAIN**
8  **STEREO GROUP, INC.**
9
10        **UNITED STATES DISTRICT COURT**
11     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12
13  **DIGITAL DOMAIN STEREO**      
    **GROUP, INC.**
                                    Case No.
14
            *Plaintiff,*            **COMPLAINT FOR PATENT**
15                                  **INFRINGEMENT AND JURY**
       *v.*                         **TRIAL DEMAND**
16
    **PRIME FOCUS NORTH**
17  **AMERICA, INC., and PRIME**
    **FOCUS VFX USA INC.**
18
            *Defendants.*
19
20
21
22
23
24



FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2011
2:33

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CV11 10214 -JHM
(AGRx)

**COMPLAINT**

Digital Domain Stereo Group, Inc. ("Digital Domain") alleges as
follows:

## JURISDICTION AND VENUE

1.      This is an action for patent infringement arising under Title
35 of the United States Code. The Court has federal question jurisdiction
under 28 U.S.C. § 1331, and exclusive original jurisdiction under 28
U.S.C. § 1338(a).

2.      Venue is proper in this district under to 28 U.S.C. §§ 1391(b)
and 1400(b).

## PARTIES

3.      Digital Domain is a corporation organized and existing under
the laws of the State of Florida with its principal place of business in
Florida. Digital Domain is part of the Digital Domain Media Group, which
is the multi-Academy Award™ winning digital production company
behind innovative visuals in more than eighty major motion pictures and
hundreds of commercials.

4.      Digital Domain is a leading provider of visual effects and
stereoscopic three-dimensional content creation, owning pioneering and
leading-edge technology for converting two-dimensional images into
three-dimensional images. Digital Domain's technology has been used to
convert numerous two-dimensional films into three-dimensional films.

5.      Digital Domain will, from time to time, work collaboratively
with other top-tier visual effects firms in the production of visual effects

1    and stereoscopic conversion services for more complex visual effects-

2    driven films.

3         6.      Digital Domain will also, from time to time, as the lead visual

4    effects services provider on a film, subcontract less complex visual effects

5    of the film to second-tier visual effects firms.

6         7.      Digital Domain is informed and believes and thereon alleges

7    that Defendant Prime Focus North America, Inc. is a California

8    corporation with its principal place of business in Hollywood, California.

9    Prime Focus claims to be part of "a global Visual Entertainment Services

10   group." Digital Domain is further informed and believes and thereon

11   alleges that Prime Focus VFX USA Inc. is a subsidiary of Prime Focus

12   North America, Inc. with its principal place of business in Hollywood,

13   California. Prime Focus VFX USA and Prime Focus North America, Inc.

14   are collectively referred to as "Prime Focus."

15        8.      Digital Domain has in the past subcontracted small portions

16   of less complex visual-effects services to Prime Focus, as was the case in

17   the movie *Tron: Legacy*.

18        9.      Digital Domain is informed and believes and thereon alleges

19   that Prime Focus provides systems and methods for converting two-

20   dimensional films into three-dimensional films, and that to compete

21   against Digital Domain in this highly competitive market, Prime Focus

22   has actively sought to use Digital Domain's intellectual property. Digital

23   Domain is further informed and believes and thereon alleges that Prime

24   Focus has interviewed and hired former Digital Domain employees for

2

1     the purpose of learning about Digital Domain's two-to-three dimensional

2     conversion process. Further, Prime Focus has applied for its own patents,

3     and in connection with doing so, has cited one or more Digital Domain

4     patents as prior art. Thus, Digital Domain is informed and believes and

5     thereon alleges that Prime Focus knows that Digital Domain's two-to-

6     three dimensional conversion process is covered by numerous patents,

7     including those identified below, and nevertheless, has and will continue

8     to, infringe Digital Domain's patents.

9                      **FIRST CLAIM FOR RELIEF**

10               *Infringement of U.S. Patent No. 6,208,348*

11       10.      Digital Domain incorporates paragraphs 1 through 9, above.

12       11.      U.S. Patent No. 6,208,348 (the "'348 patent"), entitled *System*

13 *and Method for Dimensionalization Processing of Images in Consideration of*

14 *a Predetermined Image Projection Format,* issued on March 27, 2001. By

15 virtue of assignment, Digital Domain owns all right and title to the '348

16 patent. A true and correct copy of the '348 patent is attached as Exhibit

17 "1."

18       12.      Digital Domain is informed and believes and thereon alleges

19 that Prime Focus has infringed, and will continue to infringe, one or more

20 claims of the '348 patent directly, contributorily, or by inducement by

21 making, using, selling, or offering to sell in this country (including this

22 judicial district), systems and methods to convert two-dimensional

23 images into three-dimensional images, including, but not limited to, by

24 using Prime Focus's View-D systems and processes. Digital Domain is

3

1   further informed and believes and thereon alleges that Prime Focus has

2   infringed, and will continue to infringe, the '348 patent by, among other

3   things, using View-D systems and processes to convert films including,

4   but not limited to, *Clash of the Titans* and *Star Wars: Episode I, The*

5   *Phantom Menace*, from two-dimensional films into three-dimensional

6   films.

7       13.    Digital Domain is informed and believes and thereon alleges

8   that Prime Focus's infringement of the '348 patent was willful.

9       14.    Digital Domain has been, and will continue to be, damaged by

10  Prime Focus's infringement of the '348 patent, and has been, and will be,

11  irreparably harmed unless Prime Focus's infringement is enjoined.

12                    **SECOND CLAIM FOR RELIEF**

13                *Infringement of U.S. Patent No. 6,515,659*

14      15.    Digital Domain incorporates paragraphs 1 through 9, above.

15      16.    U.S. Patent No. 6,515,659 (the "'659 patent"), entitled

16  *Method and System for Creating Realistic Smooth Three-Dimensional Depth*

17  *Contours from Two-Dimensional Images*, issued on February 4, 2003. By

18  virtue of assignment, Digital Domain owns all right and title to the '659

19  patent. A true and correct copy of the '659 patent is attached as Exhibit

20  "2."

21      17.    Digital Domain is informed and believes and thereon alleges

22  that Prime Focus has infringed, and will continue to infringe, one or more

23  claims of the '659 patent directly, contributorily, or by inducement by

24  making, using, selling, or offering to sell in this country (including this

4

1  judicial district), systems and methods to convert two-dimensional

2  images into three-dimensional images, including, but not limited to, by

3  using Prime Focus's View-D systems and processes. Digital Domain is

4  further informed and believes and thereon alleges that Prime Focus has

5  infringed, and will continue to infringe, the '659 patent by, among other

6  things, using View-D systems and processes to convert films including,

7  but not limited to, *Clash of the Titans* and *Star Wars: Episode I, The*

8  *Phantom Menace*, from two-dimensional films into three-dimensional

9  films.

10  18.   Digital Domain is informed and believes and thereon alleges

11  that Prime Focus's infringement of the '659 patent was willful.

12  19.   Digital Domain has been, and will continue to be, damaged by

13  Prime Focus's infringement of the '659 patent, and has been, and will be,

14  irreparably harmed unless Prime Focus's infringement is enjoined.

15  **THIRD CLAIM FOR RELIEF**

16  *Infringement of U.S. Patent No. 6,686,926*

17  20.   Digital Domain incorporates paragraphs 1 through 9, above.

18  21.   U.S. Patent No. 6,686,926 (the "'926 patent"), entitled *Image*

19  *Processing System and Method for Converting Two-Dimensional Images into*

20  *Three-Dimensional Images*, issued on February 3, 2004. By virtue of

21  assignment, Digital Domain owns all right and title to the '926 patent. A

22  true and correct copy of the '926 patent is attached as Exhibit "3."

23  22.   Digital Domain is informed and believes and thereon alleges

24  that Prime Focus has infringed, and will continue to infringe, one or more

5

claims of the '926 patent directly, contributorily, or by inducement by making, using, selling, or offering to sell in this country (including this judicial district), systems and methods to convert two-dimensional images into three-dimensional images, including, but not limited to, by using Prime Focus's View-D systems and processes. Digital Domain is further informed and believes and thereon alleges that Prime Focus has infringed, and will continue to infringe, the '926 patent by, among other things, using View-D systems and processes to convert films, including but not limited to, *Clash of the Titans* and *Star Wars: Episode I, The Phantom Menace*, from two-dimensional films into three-dimensional films.

23.     Digital Domain is informed and believes and thereon alleges that Prime Focus's infringement of the '926 patent was willful.

24.     Digital Domain has been, and will continue to be, damaged by Prime Focus's infringement of the '926 patent, and has been, and will be, irreparably harmed unless Prime Focus's infringement is enjoined.

### FOURTH CLAIM FOR RELIEF

*Infringement of U.S. Patent No. 7,102,633*

25.     Digital Domain incorporates paragraphs 1 through 9, above.

26.     U.S. Patent No. 7,102,633 (the "'633 patent"), entitled *Method for Conforming Objects to a Common Depth Perspective for Converting Two-Dimensional Images into Three-Dimensional Images*, issued on September 5, 2006. By virtue of assignment, Digital Domain owns all

6

1   right and title to the '633 patent. A true and correct copy of the '633

2   patent is attached as Exhibit "4."

3       27.    Digital Domain is informed and believes and thereon alleges

4   that Prime Focus has infringed, and will continue to infringe, one or more

5   claims of the '633 patent directly, contributorily, or by inducement by

6   making, using, selling, or offering to sell in this country (including this

7   judicial district), systems and methods to convert two-dimensional

8   images into three-dimensional images, including, but not limited to, by

9   using Prime Focus's View-D systems and processes. Digital Domain is

10  further informed and believes and thereon alleges that Prime Focus has

11  infringed, and will continue to infringe, the '633 patent by, among other

12  things, using View-D systems and processes to convert films, including

13  but not limited to, *Clash of the Titans* and *Star Wars: Episode I, The*

14  *Phantom Menace*, from two-dimensional films into three-dimensional

15  films.

16      28.    Digital Domain is informed and believes and thereon alleges

17  that Prime Focus's infringement of the '633 patent was willful.

18      29.    Digital Domain has been, and will continue to be, damaged by

19  Prime Focus's infringement of the '633 patent, and has been, and will be,

20  irreparably harmed unless Prime Focus's infringement is enjoined.

21              **FIFTH CLAIM FOR RELIEF**

22          *Infringement of U.S. Patent No. 7,116,323*

23      30.    Digital Domain incorporates paragraphs 1 through 9, above.

24

7

31.     U.S. Patent No. 7,116,323 (the "'323 patent"), entitled *Method of Hidden Surface Reconstruction for Creating Accurate Three-Dimensional Images Converted from two-Dimensional Images*, issued on October 3, 2006. By virtue of assignment, Digital Domain owns all right and title to the '323 patent. A true and correct copy of the '323 patent is attached as Exhibit "5."

32.     Digital Domain is informed and believes and thereon alleges that Prime Focus has infringed, and will continue to infringe, one or more claims of the '323 patent directly, contributorily, or by inducement by making, using, selling, or offering to sell in this country (including this judicial district), systems and methods to convert two-dimensional images into three-dimensional images, including, but not limited to, by using Prime Focus's View-D systems and processes. Digital Domain is further informed and believes and thereon alleges that Prime Focus has infringed, and will continue to infringe, the '323 patent by, among other things, using View-D systems and processes to convert films, including but not limited to, *Clash of the Titans* and *Star Wars: Episode I, The Phantom Menace*, from two-dimensional films into three-dimensional films.

33.     Digital Domain is informed and believes and thereon alleges that Prime Focus's infringement of the '323 patent was willful.

34.     Digital Domain has been, and will continue to be, damaged by Prime Focus's infringement of the '323 patent, and has been, and will be, irreparably harmed unless Prime Focus's infringement is enjoined.

8

# SIXTH CLAIM FOR RELIEF

*Infringement of U.S. Patent No. 7,116,324*

35.    Digital Domain incorporates paragraphs 1 through 9, above.

36.    U.S. Patent No. 7,116,324 (the "'324 patent"), entitled *Method for Minimizing Visual Artifacts Converting Two-Dimensional Motion Pictures into Three-Dimensional Motion Pictures*, issued on October 3, 2006. By virtue of assignment, Digital Domain owns all right and title to the '324 patent. A true and correct copy of the '324 patent is attached as Exhibit "6."

37.    Digital Domain is informed and believes and thereon alleges that Prime Focus has infringed, and will continue to infringe, one or more claims of the '324 patent directly, contributorily, or by inducement by making, using, selling, or offering to sell in this country (including this judicial district), systems and methods to convert two-dimensional images into three-dimensional images, including, but not limited to, by using Prime Focus's View-D systems and processes. Digital Domain is further informed and believes and thereon alleges that Prime Focus has infringed, and will continue to infringe, the '324 patent by, among other things, using View-D systems and processes to convert films, including but not limited to, *Clash of the Titans* and *Star Wars: Episode I, The Phantom Menace*, from two-dimensional films into three-dimensional films.

38.    Digital Domain is informed and believes and thereon alleges that Prime Focus's infringement of the '324 patent was willful.

9

1    39.   Digital Domain has been, and will continue to be, damaged by

2  Prime Focus's infringement of the '324 patent, and has been, and will be,

3  irreparably harmed unless Prime Focus's infringement is enjoined.

4                          **PRAYER FOR RELIEF**

5    *Wherefore*, Digital Domain respectfully requests the following relief:

6    A.    A judgment that Prime Focus infringes claims of each of the

7  '348, '659, '926, '633, '323, and '324 patents (the "patents-in-suit");

8    B.    A preliminary and permanent injunction enjoining and

9  restraining Prime Focus and its officers, agents, attorneys, and employees,

10  and those acting in privity or concert with them, from infringing the

11  patents-in-suit for their full terms;

12    C.    An award of damages to Digital Domain including pre-

13  judgment and post-judgment interest in an amount adequate to

14  compensate for Prime Focus's infringing the patents-in-suit, and, if

15  willful infringement is shown, that the damages be trebled pursuant to 35

16  U.S.C. § 284;

17    D.    For costs and expenses in this action;

18    E.    For a declaration that this is an exceptional case and an award

19  of attorneys' fees, disbursements, and costs of this action; and

20  ///

21  ///

22  ///

23  ///

24  ///

1   F.    Any other and further relief as the Court may deem just and

2   proper.

3

4

5   December 9, 2011                    PERKINS COIE LLP

6                                       By:

7                                            Grant Kinsel

8                                       Attorneys for Plaintiff
                                        DIGITAL DOMAIN STEREO
9                                       GROUP, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT

# JURY TRIAL DEMAND

Digital Domain Stereo Group, Inc. demands a trial by jury on all issues so triable.

December 9, 2011

PERKINS COIE LLP

By:

Grant Kinsel

Attorneys for Plaintiff
**DIGITAL DOMAIN STEREO GROUP, INC.**

COMPLAINT

**EXHIBIT 1**



US006208348B1

(12) **United States Patent**
Kaye

(10) Patent No.: **US 6,208,348 B1**
(45) Date of Patent: **\*Mar. 27, 2001**

(54) **SYSTEM AND METHOD FOR DIMENSIONALIZATION PROCESSING OF IMAGES IN CONSIDERATION OF A PEDETERMINED IMAGE PROJECTION FORMAT**

(75) Inventor: **Michael C. Kaye**, Agoura Hills, CA (US)

(73) Assignee: **In-Three, Inc.**, Agoura Hills, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/085,746**

(22) Filed: **May 27, 1998**

(51) Int. Cl.$^7$ ..................................................... **G06F 15/00**
(52) U.S. Cl. ..................................................... **345/419**
(58) Field of Search ............................... 345/419, 420, 345/418, 421, 422, 423, 424, 433

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,621,127 | 11/1971 | Hope | 178/6.5 |
| 3,737,567 | 6/1973 | Kratomi | 178/6.5 |
| 3,851,955 | 12/1974 | Kent et al. | 352/60 |
| 4,017,166 | 4/1977 | Kent et al. | 352/57 |
| 4,021,846 | 5/1977 | Roese | 358/92 |
| 4,168,885 | 9/1979 | Kent et al. | 352/129 |
| 4,183,633 | 1/1980 | Kent et al. | 352/60 |
| 4,235,503 | 11/1980 | Condon | 350/1.2 |
| 4,436,369 | 3/1984 | Bukowski | 350/130 |
| 4,544,247 | 10/1985 | Ohno | 352/62 |
| 4,603,952 | 8/1986 | Sybenga | 352/65 |
| 5,002,387 | 3/1991 | Baljet et al. | 352/63 |
| 5,402,191 | 3/1995 | Dean et al. | 352/63 |
| 5,481,321 | 1/1996 | Lipton | 352/57 |
| 5,699,444 | 12/1997 | Palm | 382/106 |

| | | | |
|---|---|---|---|
| 5,742,291 | 4/1998 | Palm | 345/420 |
| 5,748,199 | 5/1998 | Palm | 345/473 |
| 5,929,859 | * 7/1999 | Meijers | 345/419 |
| 5,973,700 | * 10/1999 | Taylor et al. | 345/427 |
| 6,031,564 | * 2/2000 | Ma et al. | 345/419 |
| 6,088,006 | * 7/2000 | Tabata | 345/7 |
| 6,091,421 | * 7/2000 | Terrasson | 345/419 |

FOREIGN PATENT DOCUMENTS

WO 97/24000    12/1996   (WO) .

OTHER PUBLICATIONS

3D Movie Magic Web Page Information, Jan. 21, 1998.
D. Kaufman, The Big Picture, Web Page for Xenotech, Apr. 1998.

* cited by examiner

*Primary Examiner*—Phu K. Nguyen
(74) *Attorney, Agent, or Firm*—Henricks, Slavin & Holmes LLP

(57) **ABSTRACT**

A system and method for DIMENSIONALIZATION processing of images in consideration of an image format includes an image monitor and a processor. The image monitor is adapted to generate visual displays which provide an interactive interface through which objects of a duplicated original image are selected and repositioned with object rendering tools to generate a complementary image, with the original image and the complementary image forming a left and right stereo pair suitable for three-dimensional projection. The system includes a result monitor which allows the resulting three-dimensional projection to be monitored in real time as objects or portions of objects in the complementary images are repositioned within the images. The processor of generates image data for a film recorder. The image data is generated in consideration of an image format wherein the left images are recorded in the film frames such that the resulting film is suitable for two-dimensional projection with a standard motion picture projector and wherein each right image is compressed and positioned within the same frame space as its corresponding left image.

**30 Claims, 16 Drawing Sheets**



Exhibit 1 Page 13



Fig. 1



DIMENSIONALIZE WORKSTATION

Fig. 2

Exhibit 1 Page 14



Fig. 3A



Fig. 3B

Exhibit 1 Page 15



Fig. 3C



Fig. 3D

Exhibit 1 Page 16



Fig. 3E



Fig. 3F

**Exhibit 1 Page 17**



116     Fig. 3G



118   120   Fig. 3H     122

Exhibit 1 Page 18



Fig. 4

Exhibit 1 Page 19

Case 2:11-cv-10214-MWF-AGR   Document 1   Filed 12/09/11   Page 22 of 204   Page ID #:27



Fig. 5

Exhibit 1 Page 20



Fig. 6

©1998 Michael C. Kaye

Exhibit 1 Page 21



Fig. 7

Exhibit 1 Page 22



FIG.8

Exhibit 1 Page 23

**U.S. Patent**     Mar. 27, 2001     Sheet 11 of 16     US 6,208,348 B1



Fig. 9

Exhibit 1 Page 24



Fig. 10

©1998 Michael C. Kaye

Exhibit 1 Page 25



Fig. 11

©1998 Michael C. Kaye

Exhibit 1 Page 26



STRETCH
Fig. 12D



CORNER
PUSH
Fig. 12H



BEND
Fig. 12C



CONE
BULGE
Fig. 12G



SKEW
Fig. 12B



SPHERICAL
BULGE
Fig. 12F



POSITION
Fig. 12A



STRAIGHT
BULGE
Fig. 12E

Exhibit 1 Page 27



Fig. 15

1.85:1 V-Frame Format

Format B

Fig. 14

Compressed Frame Format

Format A

Compressed Alternate Frame Information

Standard 1.85 Frame Reference or Left Frame

Fig. 13

Relative 1.85 to 1 Projection Aperture

1.85:1 Projection Aperture

Exhibit 1 Page 28



Fig. 16

Original Film Elements

New Master Negative For Making Prints

New Compatible 3D Release Print

3000 Pixels

1622 Pixels

Original Film Images

Right Image

Left Image

Used to reconstruct the Right Perspective View Frames, and then becomes the Left Perspective View Frames.

An Optical Print is made

**Step 1:**
Scan Film to Digital Data

**Step 2:**
Dimensionalize™ Process the Right Images

**Step 3:**
Record L & R Images Back to a New Negative in a Single Pass

**Step 4:**
A Release Print is Optically Printed

**Note:**
Vertical Resolution Enhancement is applied to the Right Images, within Step 2 to Compensate for Image Compression.

Exhibit 1 Page 29

US 6,208,348 B1

1

# SYSTEM AND METHOD FOR DIMENSIONALIZATION PROCESSING OF IMAGES IN CONSIDERATION OF A PEDETERMINED IMAGE PROJECTION FORMAT

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a system and method for processing two-dimensional images and, more particularly, pertains to a system and method for DIMENSIONALIZA-TION processing of images in consideration of a predetermined image projection format.

### 2. Description of the Related Art

While three-dimensional photography and software for manipulating images are known, the art of image projection is devoid of a system and method which is particularly adapted to converting two-dimensional images into a format suitable for three-dimensional projection and which provides user-friendly, interactive interfaces which allow for rapid selection of objects within images and efficient application of object rendering functions to the selected objects for the purpose of creating a stereo pair of left and right images for three-dimensional projection.

## SUMMARY OF THE INVENTION

### Three Dimensional Imaging

The term 3D is now a commonly used term adopted by the computer graphics world, which actually refers to computer generated images that show height, width, and depth viewed in two dimensions. Prior to the advent of 3D graphics, the term 3D suggested the viewing of images whereby depth is perceived. To avoid confusion, the term 3D in this patent application refers to the reproduction of moving images in such a way that depth is perceived and experienced by the viewer.

There are two very fundamental types of 3D images, stereoscopic and auto-stereoscopic. The term stereoscopic imaging refers to each eye being presented with an image both from one fixed related angle of view. Each image, although very similar, is from a different horizontal angle of view of only 2.5 to 3 inches. This is merely a recreation of the two images presented to our brain for depth perception in the real world. If an image is viewed with only one eye, or if both eyes receive the same information, the brain loses its ability to perceive depth.

When viewing television, movies, photographs, or even a painting on the wall, both eyes see the same information and the experience of reality is lessened as depth and dimension have to be imagined.

Auto-stereoscopic refers to images presented to each eye with one major difference; there is no fixed angle of view. As you move from left to right of the image, the perspective changes. One sees a different angle of view, which will be referred to as the "look around effect". This is the same effect as when viewing a hologram, although holographic technology at present has far greater unusable restrictions to be used for full color motion applications. The major advantage of auto-stereoscopic viewing is that it does not require special eyewear in order to differentiate between left and right eye images. Instead, the three-dimensional image is a result of a simulated parallax effect produced by a range of simultaneous multiple available viewing angles as compared to just two separate left/right images as with stereoscopic imaging.

Although auto-stereoscopic will be the next natural progression in image technology after stereoscopic 3D, it is

2

actually much more difficult to implement since it requires the simultaneous availability of multiple images containing different viewing angles. The quality of the 3D effect with auto-stereoscopic imaging is also dependent on the number of available images, or angles of views available.

Some desirable benefits to viewing images in 3D include the fact that ordinary images tend to become much more interesting to view. The reproduction of depth causes one to be drawn to detail in a way that ordinarily would not occur. The Dimensionalize Process

The term Dimensionalize Process describes and defines the method of converting standard two-dimensional images to 3D according to the present invention. The process fundamentally involves scanning images into a computer based system and, with the use of graphic image software and specialized custom software, creating a three dimensional image that can then be used for viewing and for re-recording for three dimensional viewing.

A three dimensional stereoscopic image is composed of two images, a left and right angle of view simulating the natural stereoscopic distance of our eye separation. The Dimensionalize Process defines the original image as the reference, or left image. The right image starts off as being a duplicate of the reference (left) image but is to become the newly rendered image.

The fundamentals for Dimensionalizing images are to first establish the center, background, and foreground objects and subjects for dimensional placement. Graphic Image software may be used for placement and manipulation of the subjects or objects within a scene or image. Objects or subjects are defined typically by a person, who will be referred to as the Dimensionalist. The Dimensionalist is a person who has the artists' task of drawing around the subjects or objects within the picture. Those identified objects will later be given depth by placing them forward and backward within the image. The Dimensionalist draws around objects thereby establishing "user definable" areas or regions.

It would be desirable to have a system including a computer with high-speed decision-making capability of recognizing picture content. Only then, with such an intelligent super computer would the human not have to take the time to identify and draw around objects. Unfortunately, even with technology as it is in 1998, software to accomplish such a task does not yet exist. The properties that make up an object in an image or scene are too complex for a computer to have the ability to recognize picture content and isolate objects and subjects within a scene. There is not enough definable information whereby software can differentiate between all the image variables that contribute to that particular object or subject within a scene. In other words, if a scene contains a bunch of bananas in the foreground against a yellow background, the brain has a rather unique ability to recognize the bananas at all angles and lighting variations. Technology has not yet evolved to the extent that software has the ability for object and subject recognition.

There are some useful tools that can help differentiate certain values within an image such as hue and saturation of a color, or its brightness value. Even though these tools may be of use and may aid the process, a human must still be relied upon for the accurate determination of object identification.

The Process Involves the Following Steps

1. Transferring the film to a lower resolution for preview.

2. Scanning film pin registered at high-resolution (for example, 3700×2000 pixels) into high-density storage master files.

3. Creating a tape backup of the high resolution scanned images.

**Exhibit 1 Page 30**

US 6,208,348 B1

3

4. Creating a lower resolution duplicate file for speed of color correction. (1024×553).

5. Color correcting the lower resolution file and memorizing those corrections.

6. Applying the memorized color correction decisions to the high-resolution image files.

7. Filter Management—Applying filter corrections.

8. Copying the high-resolution image files for the processing of the right half of a 3D pair of images.

9. Playing the images, for example, 1024×553 pixels at 24 fps into a 120 hz monitoring system.

10. Object Assignment & Management—Drawing around objects and creating an Object Assignment Log.

11. Depth Management—Creating a Depth Assignment Log.

The Pre-Dimensionalize Process

Scanning the Film to Digital Storage

Film images must first be scanned on a high quality motion picture film scanner. Each film frame must be pin registered in order to obtain the maximum image stability as possible. If the film images are not pin registered and moving around, the Dimensionalizing process will be enormously aggravated while trying to isolate objects and subjects from frame to frame. Additionally, if the frames are "weaving" left to right the end result 3D effect will be further reduced.

The film images are scanned at a sufficiently high resolution so that there is little or no apparent loss in resolution once the images are eventually re-recorded back onto new film stock, or reproduced by direct electronic projection.

The most common motion picture aspect ratio is 1.85 to 1. Although most modern film scanners adequately scan and re-record frames at 2,000 by 2,000 pixel resolution, the 1.85 aspect ratio frame is such that the vertical resolution is actually 1300 pixels from top to bottom, with the remainder of pixels being discarded in order to conform to the 1.85 to 1 aspect ration. It is desirable to scan a film with as much pixel resolution as possible and practical. The drawback for increased pixel resolution is the file size for each scanned image. As the pixel resolution increases, the size of the image file increases. In order to obtain a vertical resolution of 2000 pixels, 3700 pixels would be required in the horizontal domain. A more practical resolution size for scanning a 1.85 to 1 frame is 3000 pixels across by 1622 pixels top to bottom.

It may be desirable to telecine transfer the film to a convenient format for previewing the amount of work required for the Dimensional project for that particular film project.

Backing Up the Stored Image Data

The process of scanning each film frame to high quality, high-resolution digital data can be a very time consuming process due to the file size and the transfer of large amounts of data. The preferred film element to be scanned is the negative film element, as it contains more image information than a projection print. It is also likely that image information may end up compressed during the process of printing to another high contrast release print stock. It is always desirable to handle film elements as few times as possible as dirt is typically a concern with film transfers, especially with negatives. Therefore, once the film is scanned to digital data an immediate backup of the image files should be made as to not have to go through the entire process of re-scanning the film again if anything should happen to the original data.

Duplicating to a Lower Resolution Image Size

Another copy of the images may be made at a lower resolution. The processing time for color correction and the

4

actual Dimensionalize process itself may be reduced significantly making it much more efficient by working with smaller file sizes. The Dimensionalize Process will be in a real time three-dimensional stereoscopic working environment. This simply means that the Dimensionalist will have the unique ability to actually see and determine the placement depth of those selected objects and subjects while viewing the scenes. It is therefore necessary to present these images in a practical resolution form to the Dimensionalist's workstation monitor. A practical high enough resolution size for the workstation may be 1024 by 553 pixels, in a 1.85 to 1 aspect ratio.

The Dimensionalize process utilizes a translation process that stores all of the parameters and actions made to the lower resolution image frames and translates and defers them to a second processing system that can automatically apply to all of the previously stored parameters to the high resolution images.

Color Correction

Each frame that makes up the motion picture image has been scanned and stored in a high-density digital storage system. The images must be color corrected prior to the separation of images for three-dimensional rendering. Color correction is accomplished by the use of both hardware and software. Color correction with this process is sped up by performing the corrections on the lower resolution images while recording the parameters and translating those parameters applying the correction decisions to the high-resolution images. In this way the processing time may be deferred and automatically carried out on the high-resolution images while the operator is busy color correcting the next scene or scenes.

Filter Management & Application

One of the advantages of digital imagery is the ability to apply image filters such as enhancements and film grain reduction that would not be possible otherwise. After the color correction decisions have been applied to the high-resolution images it may be desirable to apply varying levels of image enhancement to various frames or scenes. Although this may be monitored on the lower resolution format, results should be tested on the high-resolution images. Film grain reduction parameters may be viewed on the lower resolution images.

Pre-D Copying

A three dimensional stereoscopic image requires a pair of left and right images. The Dimensionalize process renders the right eye image out of a duplicate of the original. After the images are color corrected and enhanced they need to be duplicated as pairs. One of those images is established as the reference "left" image. All software rendering re-creating the depth is made to the newly copied right image files. Adjustments to the reference images are no longer made.

The Dimensionalize Process

Object Management

The first step to Dimensionalizing an image is to establish and store all the user definable areas of each frame so they may be easily recalled from memory whether it is from hardware or software. Once the subjects are defined they may be recalled from one frame (or frame space) to the next. It should be noted that objects and subjects within a particular scene do not necessarily change frame-to-frame unless that scene contains very high motion content. It is not that high motion content does not exist; however, on the average, there is a much higher content of repetitive frame-to-frame image content. Therefore, the defined areas of objects or subjects may be carried or copied over from one

Exhibit 1 Page 31

US 6,208,348 B1

5

frame to the next and then repositioned and modified for efficiency rather than having to redraw each and every frame from scratch. To redraw every image would be extremely tedious and take an extraordinary amount of time.

The defining process may be accomplished using the lower resolution images for increased speed. All object and subject defining parameters are recorded, translated, and applied to the high-resolution images. Processing time may again be deferred and automatically carried out on the high-resolution images thereby saving time.

An Object Assignment Log is created and maintained to keep track of objects and subjects within a scene and frames of a scene. The Object Assignment Log is used to assign depth placement values to the images.

Depth Management and Dimensional Logging

During the Dimensional Logging part of the process disclosed herein, the user defined areas of the objects and subjects are logged and recorded with their associated film frame numbers for recall. This is one of the ways in which objects can be tracked from frame to frame and from scene to scene. The Dimensionalist defines (draws) the objects for creating and maintaining a Depth Assignment Log due to the inherent complexity of object recognition. The Dimensionalist also determines the placement of depth of objects and subjects within a scene for the very same reasons.

Once the logging is complete, depth placement of objects and subjects may be performed. The way to cause an object to move away from the screen (i.e., away from the viewer) is to move the object within the right frame to the right of its corresponding object in the left frame. If the object in the right frame is in the same horizontal "X" pixel position as its complement in the left frame, the image will be at the same plane as the screen. If the object in the right frame moves to the left of its corresponding image in the left frame, the image will come out of the screen toward the viewer.

In addition to depth positional placement of objects it is also necessary to assign areas at any area of a selected object boundary whereby a dissolve will occur, at user definable pixel widths, across the selected object boundary from its assigned positional or depth algorithm to the adjacent positional depth algorithms surrounding that selected object. In other words, it is desirable to cause certain areas to gradually change from one depth assignment value over a number of predetermined pixels to another. The entire selected object boundary may be chosen, or a multiple section of that boundary may have assigned dissolve widths. With this method, we avoid having objects appear as "hard cutouts", instead they will appear to have more natural smooth transitions from front to back depth placement.

Scenes may be divided up into sections that contain similar object or subject positioning. Those scenes may be logged as "copy over" sections. Copy Over sections are sections whereby the depth placement of the objects or subjects from the first frame of a scene is copied over to subsequent frames that contain nearly the same object placement. The depth information that has been logged for the first scene must maintain its continuity throughout a scene otherwise the end result would show objects moving forward and back from the screen which would be a very undesirable effect.

The human element of the decision making process for determining the detail of objects and subjects and their subsequent placement of depth is very important to create an end result that appears real, as if the material were originally photographed in 3D.

Another important factor to the realization factor is the separation and placement of as many objects as possible and

6

necessary. If a limited number of objects or subjects are placed in depth, an undesirable effect may occur hereinafter referred to as the "cardboard cutout effect". This is where a scene appears to be two dimensional with the exception of a few objects that appear to be placed forward or back as cutouts.

Reconstructing Depth

When objects are moved in and out of a scene they are repositioned on the horizontal X-axis of the image. Horizontal placement is typically done on a pixel by pixel basis as well as a sub-pixel basis. Although there is a correlation of depth and dimension to pixel placement, objects need to be monitored by the Dimensionalist for accuracy as there are too many variables affecting depth placement due to angles of the camera and angles of content within a scene.

When an objet or subject is moved to the left or right, a gap of information or hole exists in the area between the image and where the image used to be. This gap must not be visible for the appearance of visual continuity and realism. A method for alleviating this problem is to "pixel repeat" the information across the transaction areas of the objects. In other words, if an object is shifted 10 pixels to the left in a frame, the areas to the right of the frame must be repeated, or copied 10 pixels over as the image is now shifted in its position. Nothing needs to be done on the left side since the image has now covered up new areas of the pre-existing picture. If pixel placement is of a large displacement, there may need to be some touch up to the large transition areas as to not cause a 3D image disparity.

Pixel repeating requires that the defined objects and subjects that have been outlined extend slightly larger in the horizontal direction and in the opposite direction of the required directional placement. If the defined objects are not slightly oversized, tearing of the moving image may result causing a very undesirable effect. Extending the defined areas is accomplished automatically by a single selection that causes this function to occur.

In a preferred embodiment, the system according to the present invention utilizes software and hardware to cause multiple tasks to occur for the purpose of saving time in the lengthy process of logging and memorizing all of the depth and dimensional properties of scenes. Having software routines step through many levels of the process at high rates saves time in what otherwise would be a very lengthy process. An important part of the process is the uniqueness of having the ability to utilize the Dimensional Logging to assign depth values, process the images with those values, and view the result for the most Real Effect. If inaccuracies exist, the dimensional properties may be altered or modified and reapplied until the most real effect is achieved. That is one of the most important advantages of the Dimensional Process.

Real Time 3-D Monitoring

Unique to the Dimensionalize process is the ability to view the accuracy of the Dimensionalized frames in a real time 3-D environment while the objects or subjects are in the process of being placed.

Entire scenes may be tested for their accuracy and continuity by playing back and viewing the recorded 3D images of the film images at, for example, 24 frames per second. For example, at 24 fps, each left and right film frame is alternately displayed five times into a monitoring system being displayed at a 1024 by 768 lines at 120 progressively scanned frames per second. This may be accomplished by playing back the data representing 24 frames per second and alternately switching between the data of the right and left image until each film frame is displayed five times. If the

**Exhibit 1 Page 32**

US 6,208,348 B1

7

original film frame rate happened to be 30 frames per second instead of 24, then the frames get repeated four times rather than five.

Correlation of Depth, Distance and Dimension

Viewing 3D images with continuous depth causes the viewer to be drawn to detail. For this reason, it is important to assign depth values of objects or subjects that accurately reconstruct the image as close as possible within a visually acceptable realm. Additionally, the more objects and subjects placed, the more real an image will appear, as if it were originally photographed in 3D.

Some images may be more difficult to Dimensionalize than others. Scenes that are typically easiest to Dimensionalize are those where the camera angle is such that objects are seen as a direct head on view against backgrounds with no apparent "Continuous Running Depth". An example of "Continuous Running Depth" is where you can actually see something continuously stretching its way from the foreground of the image into the background. In this situation, skewing may be appropriate to simulate the different dimensional properties of the re-created right camera view.

Camera angles dictate the complexity of the Dimensionalize process. The more complex the angle, the more complex the math for defining and assigning placement values representing depth and dimension.

The Dimensionalize Controller

The Dimensionalize Controller consists of two main sections. The first section is the Object Manager, which has the functions relating to the isolation, drawing, and memory management of those subjects or objects. The second part is the Dimensional Controller, which is for the management of assigning those objects or subjects dimension and depth.

The Object Manager

The Object Manager displays the picture frames and the selected objects in such a way that the process of drawing and manipulation of objects frame-to-frame can be done within a reasonable amount of time. With 1,440 frames for every minute of running time, at 24 fps, the process must be accelerated, otherwise, the time involved to Dimensionalize (i.e., to create a 3D image out of a 2D image) would be highly impractical and cost prohibitive.

The Process

It is not necessary to scan and store the entire length of the feature into storage at one time. The process may be accomplished in segments. Once the objects have been isolated and the dimension algorithms applied, the original material is no longer needed. The process involves the following steps once the film images have been scanned into digital storage:

1. Step 1. Initially playing and viewing images:

The images may be played and viewed on a separate monitor with the ability to vary the speed from normal 24 frames per second to rates slower or faster depending on the need. The ability to step frame one at a time is also essential to the operation as well as being able to step backwards in time or to accelerate ahead or back to a particular image frame.

2. Playing these images makes use of the lower resolution data files. 640×346 or 1024×553 may be used, assuming a 1.85 to 1 aspect ratio. It is imperative to visually see frames coming ahead in the process of previewing for what will be required for the isolation process. It is in this realm that the operator may choose to tag a series of frames whereby objects remain common enough across a multiple number of frames. One example of this may be where a "camera move" stops and there is little or no motion for several frames. Even if there is little motion it is much simpler and less time consuming for the operator to use the previously drawn

8

areas and modify them as opposed to re-drawing around each and every frame.

The frames that have objects that are common over a plurality of frames we call "Views". The difference between a "scene" and a "view" is that a view has one particular camera angle that has little change of the bulk object or subject movement which is to be isolated for plant placement. A scene, on the other hand, is from one camera cut to another complete cut which may involve camera pans, zooms, and major subject and object movement. A scene is typically made up of multiple views. Once the series of frames are tagged as views, each of these views may be stored in visual registers above. In this way, it is easy to see at a glance the number of frames that make up that view. The number of frames that make up that view is displayed below each view frame. The picture displayed in the small thumbnail is the first frame of that view. If a scene cuts back and forth from one scene to another, known as A/B cuts, the views will be of great time reduction because all the operator has to do is to copy the object selections from one view to all the other common views rather than having to re-draw them. Although there may be a set number of views displayed on the screen at any one time in the Object Manager tool window, there are an unlimited number of views that may be accessed by merely grabbing and sliding left or right with the drawing pen anywhere within one of the view frames.

The time code for each view set of frames is always maintained even though it may not be displayed in the view thumbnail itself. If that view is pulled down to the operative frame display, the first frame of that view will now appear as the current view and on the full frame monitor.

2. Step. 2. Isolating Objects:

The operator will press Draw which commands the program to enter a drawing mode whereby a user definable area can be drawn. The operator draws around the object or subject. If the pen is moved away from the tablet, the defined area is not lost. When the operator is finished drawing around an object, Draw is pressed again releasing the pen from the drawn area. Undo takes the program back one step. Multiple areas can be drawn by just pressing Add and then continuing to draw around the next object. If an area around an object needs to be changed or removed, Subtract will allow the operator to remove unwanted drawn areas.

3. Step 3. Storing Objects:

After the objects that represent one position of depth have been drawn, the operator presses Store Next which stores those objects and their respective selected areas in the program and displays those objects in the first register of Current Frame Objects. If the operator wishes to place the object elsewhere, Store is pressed followed by the storage register of choice. Each time Store Next is selected again, the next available register will be used. This process will be repeated over and over for each new View frame.

4. Step 4. Recalling Stored Objects.

As an object moves from one frame to the next it may only require minor alteration to the drawn area and/or a reposition. The operator may chose to press Recall followed by the drawn area and/or a reposition. The operator may choose to press Recall followed by the previous frame object or drag the objects from the previous frame register to the Current frame register. When Recall is pressed, the selected area of those objects will be active and ready for further adjustment. The object may easily be repositioned to track the new position by grabbing the selection with the pen and dragging it to follow the new position for that frame. After adjustments are made, the image is stored by pressing Store Next or Store.

**Exhibit 1 Page 33**

US 6,208,348 B1

9 10

5. Step 5. Applying Selection Expansion Algorithms:

It may be necessary to apply expansion algorithms to the selected areas prior to storing. Objects that require position movements will need to have their drawn perimeters extend slightly outside in the opposite direction of the desired directional move since the edge pixels will be repeated. Pixel repeating is done to make up for the gap between where the object was and its new position. Again, when the object moves one way or another, there is a hole. Repeating edge pixels across horizontally will fill this hole. In nearly every situation this is more than an adequate compromising effect to allow the 3D effect to occur while virtually eliminating any visual discontinuity.

In accordance with a specific illustrative embodiment of the present invention, a system for DIMENSIONALIZA-TION processing of images in consideration of a predetermined image projection format includes: an image monitor adapted to generate visual displays in response to visual display control signals; and a processor adapted to generate the visual display control signals such that the visual displays prompt a user of the system to provide user inputs pertaining to an original image and a selected object within the image, and, in response to the user inputs, to generate a complementary image including a complementary object with at least a portion of the complementary object being repositioned within the complementary image as compared to a position of the select object within the original image.

In a further aspect of the present invention, the processor is adapted to generate the visual display control signals such that the visual displays provide an interactive interface through which the user of the system can associate a predetermined object rendering function with the selected object, and to reposition different portions of the complementary object within the complementary image depending upon the object rendering function.

In an alternative further aspect of the present invention, the processor is adapted to generate film recorder data pertaining to the original image and the complementary image, with the data being in a form usable by a mechanism for recording the original image and the complementary image onto film in consideration of a predetermined image projection format. In a further aspect of this system, the predetermined image projection format provides that a first sequence of original images are positioned on a film such that the original images can be projected by a motion picture projector configured to project motion picture film such as 35 mm, 65 mm, or 70 mm film and that a second sequence of complementary images are positioned on portions of the film not occupied by the first sequence of original images.

In another aspect of the present invention, a system for DIMENSIONALIZATION processing of images in consideration of a predetermined image projection format includes a data storage device upon which is stored a computer-executable program which, when executed by a processor in electronic communication with an image monitor, controls the processor to generate and provide visual display control signals to the image monitor such that the image monitor generates visual displays that prompt a user of the system to provide user inputs pertaining to an original image and a selected object within the original image, and, in response to the user inputs, controls the processor to generate a complementary image including a complementary object with at least a portion of the complementary object being repositioned horizontally within the complementary image as compared to a position of the selected object within the original image.

In another aspect of the present invention, a method for DIMENSIONALIZATION processing of images in consid-

eration of a predetermined image projection format includes the steps of: providing an interactive video interface through which an operator can select objects within an original image and assign placement information to each of the objects; generating a complementary image identical to the original image except that portions of the objects are translated in position depending upon their placement information; and employing the interactive video interface in conjunction with a viewing device for alternately providing images to the left eye and right eye of the operator to view the original image with one eye and the complementary image with the other eye in real time as different placement information is assigned to an object.

In another aspect of the present invention, a system for DIMENSIONALIZATION processing of images in consideration of a predetermined image projection format includes: a data storage device upon which is stored a computer-executable program which, when executed by a processor, controls the processor to duplicate at least one image and create a second image from the at least one image for a three-dimensional image.

In another aspect of the present invention, a method for DIMENSIONALIZATION processing of images in consideration of a predetermined image projection format includes the steps of: scanning a motion picture film frame to generate image information; and processing the image information to create a right perspective frame as a complement three-dimensional frame of the motion picture film frame.

In another aspect of the present invention, a method for DIMENSIONALIZATION processing of images in consideration of a predetermined image projection format includes the steps of: duplicating at least one original image; creating a second image out of the original image, with the original image and the second image being a stereo pair for a three-dimensional image; and recording the second image along with its original image onto a frame space suitable for a three-dimensional projection.

In another aspect of the present invention, a method for DIMENSIONALIZATION processing of images in consideration of a predetermined image projection format includes the steps of: isolating and repositioning objects within a picture frame; creating a complement frame of the picture frame that simulates a different perspective angle of view than a prospective angle of view of the picture frame; and creating a three-dimensional image from the picture frame and the complement frame.

In another aspect of the present invention, a method for DIMENSIONALIZATION processing of images in consideration of predetermined image projection format includes the steps of: receiving picture information from at least one picture frame of a motion picture storage medium, such as film, with the picture frame embodying an original image; creating from the picture information a complement image representing a different perspective angle, or angles of view; and recording the complement image with the original image onto a storage medium.

In another aspect of the present invention, a method for DIMENSIONALIZATION processing includes the steps of: identifying objects within a series of images; and assigning depth placement values over a selected plurality of pixels of the images that include the objects, with the depth placement values varying over the selected plurality of pixels. In a further aspect, the width or shape of the gradual change area is varied over a selected number of pixels. In a further aspect, any portion of an object is independently changed with variable amounts of dissolve, or gradual change from one depth algorithm to another.

Exhibit 1 Page 34

US 6,208,348 B1

11

## DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the invention will become readily apparent upon reference to the following detailed description when considered in conjunction with the accompanying drawings, in which like reference numerals designate like parts throughout the figures thereof, and wherein:

FIG. 1 shows components of an exemplary preferred embodiment of a system for DIMENSIONALIZATION processing of images in consideration of a predetermined image projection format according to the present invention;

FIG. 2 shows a dimensionalize workstation of the system of FIG. 1;

FIGS. 3A–3H show an original image with various objects or portions of objects selected and outlined employing the system of FIG. 1;

FIG. 4 is a simplified functional block diagram of the system for DIMENSIONALIZATION processing of images of FIG. 1;

FIG. 5 illustrates how objects or portions of objects of a duplicated image are selected and displaced horizontally relative to an original image to form a complementary image;

FIG. 6 shows an exemplary preferred embodiment of an Object Manager visual display of the system for DIMENSIONALIZATION processing of images of FIG. 1;

FIG. 7 shows a keyboard user input mechanism configured for system for DIMENSIONALIZATION processing of images of FIG. 1;

FIG. 8 shows an exemplary preferred embodiment of an visual display of the system for DIMENSIONALIZATION processing of images of FIG. 1 including an image region and an object region;

FIG. 9 is a functional block diagram of color correction according to an exemplary preferred embodiment of the system for DIMENSIONALIZATION processing of images of FIG. 1;

FIG. 10 shows an exemplary preferred embodiment of a Dimensionalize Manager visual display of the system for DIMENSIONALIZATION processing of images of FIG. 1;

FIG. 11 shows another exemplary preferred embodiment of a Dimensionalize Manager visual display of the system for DIMENSIONALIZATION processing of images of FIG. 1;

FIGS. 12A–12H conceptually illustrate exemplary preferred object rendering functions of the system for dimensionalization processing of images of FIG. 1;

FIG. 13 shows a section of 35 mm film, a 1.85 to 1 projection aperture, and a 0.825 inch×0.446 inch image area within a film frame;

FIG. 14 shows a film format A embodying an exemplary preferred image projection format according to the present invention;

FIG. 15 shows a film format B embodying a second exemplary preferred image projection format according to the present invention; and

FIG. 16 illustrates a preferred method of recording a 3-D release print according to the present invention wherein the left and right images are sequentially recorded on a master negative in a single pass.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows components of a system 50 for DIMEN-SIONALIZATION processing of images in consideration of

12

a predetermined image projection format according to the present invention. The system 50 includes a source of two-dimensional images 52, such as 35 mm, 65 mm or 70 mm motion picture film, a scanner mechanism 54, a processor 56, data storage device 58, video monitor 60, and film recorder 62 interconnected as shown. Generally, original images are generated by the scanner 54 and stored in the data storage device 58. Block 64 conceptually illustrates that the scanned original images are duplicated by the processor 56 for rendering into complementary images. The system 50 may also, but does not necessarily, include a color correction processor 66 and a backup data storage device 68 connected as shown. While color correction is a step in an exemplary preferred DIMENSIONALIZATION process according to the present invention, a separate color correction processor 66 is not necessarily required. In other words, all processing can be performed by a single processor, by several processors, or by a combination of processors, firmware and hardware depending upon the specialized requirements of any particular system.

The system 50 also includes a workstation 70, an exemplary preferred embodiment of which is shown in FIG. 2. A key aspect of the present invention is that one or several video monitors are employed to provide a user of the system 50 with an interactive interface through which a plurality of original images can be duplicated and rendered into a plurality of complementary images. More specifically, the interactive interface embodies a plurality of tools particularly adapted to facilitate rendering of the complementary images such that each resulting complementary image and its corresponding original image provide a stereo pair of images for a three-dimensional image.

As shown in FIG. 2, the workstation 70 comprises a control monitor 72, result monitor 74, library monitor 76, three-dimensional glasses 78, one or several user input mechanisms such as keyboard 80, mouse or trackball 82 and drawing tablet/pen assembly 84. The workstation also includes a controller 86 which is programmed to provide signals to the monitors 72, 74, 76, control the visual displays at these monitors, and receive and process user inputs provided to the system via the user input mechanism 80, 82, 84, i.e., control the interactive interface. The controller 86 is also programmed to control the rendering of the complementary images from the original images in response to inputs provided by the user of the system 50. A key aspect of the present invention is that the controller 86 is also programmed to provide, in conjunction with the conventional three-dimensional glasses 78 which receive a synchronizing signal from the controller 86, a three-dimensional image at the result monitor 74 which is updated in real time thus allowing the user to observe changes in the depth or placement of various objects within the three-dimensional image. As described below in greater detail, the control monitor 72 is employed to display the original images and/or copies of the original images as they are rendered into complementary images. The controller 86 is programmed to allow the user to select objects within images and to horizontally reposition portions of these objects within the complementary image automatically via a plurality of interactive tools which include object rendering functions. It should be understood that the functions implemented by the controller 86 may be performed in part or entirely by the processor 56 shown in FIG. 1 or distributed among a plurality of processors to optimize system performance or accommodate other design objects and constraints.

FIGS. 3A–3H show an original image with various objects or portions of objects selected and outlined employ-

Exhibit 1 Page 35

13

ing the system **50**. Referring to FIG. **3**A, a user of the system **50** employs the drawing tablet and pen assembly **84** to outline with dashed lines, within duplicated original image **90**, objects **92**, **94**, **96** which are further from the viewer than the building wall **98**. Selected objects are repositioned horizontally within the duplicate image **90** depending upon their depth. At the present time, object recognition software does not exist which is sufficiently advanced to reliably automate the identification of objects within an image and the assignment of a depth placement or value to each identified object. However, and notwithstanding the plurality of interactive object rendering tools provided by system **50**, it should be understood that the scope of the present invention additionally contemplates a system **50** wherein the processor **56** is programmed to process the digitized duplicate images to at least partially automate the identification of objects and assignment depth values to the objects.

FIG. **3**B shows a far object **100** which has been outlined. FIG. **3**C shows an object **102** with a depth placement in between the wall **98** and the far object **100**.

FIG. **3**D illustrates another important aspect of the present invention, namely, that objects within other objects can be selected by the user. More specifically, FIG. **3**D shows objects **104**, **106**, **108**, **110** which are sub-objects of object **102** and which have depth placements in between the wall **98** and the object **102**. This aspect is further illustrated in FIG. **3**E which shows an object **112** which is also a sub-object of object **102** and which has a depth placement in between the objects **104**, **106**, **108**, **110** and the object **102**.

FIG. **3**F shows a selected object **114** which is nearer to the viewer than the wall **98**. FIG. **3**G shows a selected object **116** which is a sub-object of object **114** and which is still closer to the viewer than the object **114**.

A key aspect of the present invention is that the system **50** includes a plurality of object rendering tools that automate the horizontal translation of the selected objects and, more specifically, determine how far various portions of the selected objects are to be translated. This critical aspect takes into account the fact that many objects are not uniform in distance from the viewer throughout the object. For example, and as shown in FIG. **3**H, object **118** varies in distance from the viewer from point **120** to point **122** according to a linear relationship. The system includes an object rendering tool adapted to automate the horizontal translation of portions of the object **118** between points **120**, **122** according to a linear function. As discussed below, the system **50** also includes object rendering tools that apply other types of functions in translating horizontally portions of selected objects, e.g., sinusoidal and non-linear functions as well as functions that render a plurality of different surfaces within the selected object.

FIGS. **12**A–**12**H conceptually illustrate exemplary preferred specialized object rendering functions of the system **50**. FIG. **12**A illustrates that an object or portion of an object, e.g., a left or right border of a selected object, can be repositioned horizontally within the duplicate image, either to the left or to the right depending upon whether the object to be rendered is to appear closer to the viewer or further away from the viewer in the projected or displayed 3-D image.

FIG. **12**B illustrates that a selected object can be repositioned different amounts from one portion of the object to another. This "skew" rendering function is particularly well suited for creating an illusion of graduated, or linear, depth change from a near portion of the object to a far portion of the object as is desirable for the object **118** shown in FIG. **3**H.

14

FIG. **12**C illustrates that a "skew" can be applied to a plurality of different portions of a selected object to simulate, for example, a "bend" within the object. Similarly, FIG. **12**H illustrates that a "corner push" object rendering function can be made available as a semi-automated tool which only requires that the user identify a predetermined group of boundaries within the object and specify ranges of horizontal repositioning distances, minimum and maximum numbers of pixels to be shifted, or the like.

FIG. **12**D illustrates a "stretch" object rendering function which is similar to the "position" function of FIG. **12**A but instead stretches an object horizontally. The "stretch" function can be realized through pixel repeating or by extrapolating and expanding vertical columns of pixels depending upon the particular application.

FIGS. **12**E, **12**F and **12**G illustrate that more complex object rendering functions including sinusoidal or circular components can also be made available to the user. The "straight bulge" illustrated in FIG. **12**E allows the user to apply, for example, a sinusoidal depth adjustment along a predetermined axis within the two-dimensional object to be repositioned. Although the bulge of FIG. **12**E is about a vertical axis of the object, it should be understood that the aforementioned axis can also be horizontal or positioned at any other angle in between vertical and horizontal.

The "spherical bulge" of FIG. **12**F is similar to the "straight bulge" of FIG. **12**E but instead applies a depth adjustment to portions of the selected object according to a two-dimensional circular surface rendering function. The "cone bulge" of FIG. **12**G applies both a circular function and a linear function to portions of the selected object to determine how each portion is to be repositioned. It should be understood that other object rendering functions than those explicitly disclosed herein are also contemplated as being within the scope of the present invention.

FIG. **5** illustrates how objects or portions of objects of a duplicated image are selected and displaced horizontally relative to an original image to form a complementary image. FIG. **5** shows an original image and a duplicate of the original image that has been rendered into a complementary image superimposed over the original image. The original image includes an original fixed depth object **202**, an original graduated depth object **204**, and an original non-linear depth object **206**. The complementary image includes a complementary fixed depth object **208**, a complementary graduated depth object **210**, and a complementary non-linear depth object **212**. The complementary fixed depth object **208** is rendered by employing an object rendering function such as the "position" function of FIG. **12**A. The complementary graduated depth object **210** is rendered by employing an object rendering function such as the "skew" function of FIG. **12**B. The complementary non-linear depth object **212** is rendered by employing an object rendering function such as the "spherical bulge" function of FIG. **12**F. Object **214** is positioned at mid-range distance and therefore its complementary object is superimposed directly over it.

FIG. **4** illustrates another key aspect of the present invention, namely, that the system **50** is adapted to allow the user to render a plurality of similar complementary images by recalling, and, as appropriate, adjusting object rendering information already established for a similar complementary image, typically within the same movie scene. FIG. **4** shows at recall block **220** that a previously rendered complementary object, e.g., from frame **222**, is recalled from memory. At placement amount block **224**, the user is provided with an interactive interface allowing the user to enter a desired

Exhibit 1 Page 36

US 6,208,348 B1

15

placement amount. This designated placement amount is added or subtracted at blocks **226** and **228**, respectively, and then drawn at block **230** to selected complementary image frames, e.g., frames **232, 234, 236**. The drawn complementary object, if acceptable by the user who monitors the 3-D image at the result monitor **74**, is then saved at block **238**. If portions of the complementary object need additional positional adjustments, the expand left block **240**, expand right block **242**, contract left block **244**, contract right block **246** and amount block **248** are employed as desired with the further adjustments to the resulting 3-D image being observed in real time.

FIG. **6** shows an Object Manager visual display **250** of the system **50** which, in a preferred embodiment, is displayed on the control monitor **72**. An operative frame portion **252** shows a current image **254**, a previous image **256**, and seven subsequent images **258, 260, 262, 264, 266, 268, 270**. The Object Manager visual display **250** also includes a current frame objects portion **272** and a previous frame objects portion **274** which, in the illustrated example, show the objects of the current image **254** and the previous image **256**, respectively. In copying previously rendered objects from one frame to another, the Object Manager visual display **250** allows the user to grab and slide objects from one image to another, e.g., as conceptually illustrated by arrow **276**.

A View Table portion **278** allows the user to apply rendered objects of one group of images to another group even if the groups of images are not adjacent, such as in A/B cuts.

In a preferred embodiment, the Object Manager visual display **250** also includes an object manipulation portion **280** which provides a plurality of interactive on-screen user input mechanisms for manipulating objects to accommodate changes of position of an object within the frame due to a movement by the object, camera panning, etc. The user input mechanisms can alternatively be implemented via the keyboard **80** as shown in FIG. **7**. It should be understood that the object manipulation portion **280** of the Object Manager visual display **250** can also be used in conjunction with the keyboard shown in FIG. **7** and that functions can be real-located between the two as desired to accommodate particular applications. Exemplary preferred object manipulation capabilities provided by these user input mechanisms are discussed below.

Object Memory Control

Operative Frames

The Operative frames are displayed in a sequential order representing film frame running time elapsing from left to right. By having a series of frames displayed, one can, at a glance, see frames ahead of the current frame. The Current View frame is the frame that is the Operative frame and is displayed larger than the others. The Current View frame is also the frame that is displayed full screen on a separate monitor and is the frame that is to be drawn or modified.

The Operative Frame display may also slide to the left or to the right by grabbing and sliding with the tablet pen. Holding the control key while sliding the frames will cause the frames to keep moving at that same speed when the pen is lifted from the tablet. The Space Bar stops the display from moving.

Each frame has its associated frame number above it. Below each frame is the number of objects that are stored within that frame. Objects of one frame may be easily copied to another frame by grabbing and sliding the object window to another frame with the tablet pen. This will drag all of the objects in that frame to another. To clear all objects within a frame, the object window is highlighted by tapping with the pen, and then the delete key is pressed.

16

Current Frame Objects

There are multiple levels of randomly accessible memories for the purpose of quickly storing and recalling isolated sections, or subsections of objects or subjects in a frame. Each memory location saves the isolated object.

Previous Frame

When a frame is complete with all of the necessary objects or subjects stored for 3D placement, "NEXT FRAME" advances the current working film frame to the next working film frame. The CURRENT FRAME OBJECTS now move up to the PREVIOUS FRAME OBJECTS level, and the CURRENT FRAME OBJECTS is now available for storage of the new frame objects.

Previous Frame Objects

The objects relating to the frame prior to the current working frame are labeled as the Previous Frame Objects which are visually displayed (white over a black background) and are those objects that have been drawn around. Although there are 8 images showing the objects displayed at any one time, more than eight can be used by merely grabbing and sliding the tablet pen to the left.

Previous Frame

This function advances the frames backward one at a time. For example, if the current frame is sitting on frame number 1:59:58:02, then pressing Previous Frame will advance the current frame back to 1:59:58:01. The Operative Frame images will advance to the right or to the left accordingly with their respective frame numbers so that the Current View frame is the actual current frame. Additionally, the Current frame and Previous frame Objects will also advance accordingly.

2nd Level Memory

For ease of operation there are ten available randomly accessible switches for storing and recalling objects and subjects. Although there are much more than ten memory locations, ten switches are physically available on the front panel. The Second Level Memory switch causes switches one through ten to become eleven through twenty. At any time any number of Objects may be stored at any location by merely entering the location number on the keypad and pressing STORE.

Recall

The Recall function followed by the selection of an object number register (or by the number pad) automatically enables the Graphics Program to load (select) that selected object previously stored as a selectable user definable area around an object or subject.

Draw

The Draw function enables the Graphics Program to enter a drawing mode to allow the user to draw around objects and subjects within a picture frame. The Draw function may be for starting to draw an image from scratch, or to add to or remove from a previously drawn image. See Add and Subtract. When Draw is pressed a second time, the drawing function is released. If the Draw function is pressed again, it will be reset from zero.

Add

The Add function commands the graphics program to enter a mode whereby it allows additions to the previously drawn user defined regions.

Subtract

The Subtract function commands the graphics program to enter a mode whereby it allows previously drawn user defined regions to be subtracted, or removed from the original.

Relative Expand

This function commands the graphics program to expand the user-defined area by a predetermined number of pixels. This is useful for loosening up around tightly drawn objects.

Exhibit 1 Page 37

US 6,208,348 B1

17

## Expand Left

If an object or subject is to be placed forward, toward the viewer, it will need to be positioned toward the left of the image. This may require a small amount of expansion only on the left side of the user defined (drawn) region. The reason for this is to keep the image from being cut off by the border itself. It is important not to increase the opposite side that the image is moving away from as this would tend to show a "border like" area of background attached to the object that has been moved forward.

## Expand Right

If an object or subject is to be placed toward the back of an image, away from the viewer, it will need to be positioned toward the right of the image. This may require a small amount of expansion only on the right side of the user defined (drawn) region. The reason for this is to keep the image from being cut off by the boarder itself. It is important not to increase the opposite side that the image is moving away from as it would tend to show a "border like" area of background attached to the object that has been moved backward.

## Contract Left

If a drawn region needs to be tightened up toward the object, Contract Left instructs the graphics program to move the right side of the drawn border to the left of the selected border.

## Contract Right

If a drawn region needs to be tightened up toward the object, Contract right instructs the graphics program to move the left side of the drawn border to the right of the selected border.

## Undo

The Undo command causes the system to "undo", or "backup" to, the previous state.

## Redo

The Redo command causes the system to move ahead to the last set of commands.

## Store

When an object or subject is finished being isolated, Store is pressed which commands the graphics software to step through a series of functions. The selected areas are saved with an automatic instruction to save as a new selection such as is provided in Adobe Photoshop. Next, the image is saved as a .PST file with an assigned sequence of numbers. After the image has been saved, the same image is immediately opened in the image database to immediately display the selected objects for that register number. The selected objects of the image will appear in the database or tool display as white over a black background. An alternate mode is to display the selected objects in color surrounded by black outside of the isolated areas. It should be noted that if the image has been altered and re-saved, the routine is basically the same and the database refreshes the opening of the same image that was just adjusted. The selected objects or subjects are only stored for that particular frame number of that one image.

## Store Next

Store Next automatically stores the selected objects in the next available unused location without the need to enter a specific numbered location.

## Copy Individual

Objects may be copied from the previous frame to the current frame by merely dragging the Object frame to the Current Object frame, or by pressing Copy Individual on the keyboard and selecting the object memory location and transferring it to the current frame by pressing one of the current frame registers.

18

## Copy Mult

When Copy Mult is pressed, one or more object selections may be tagged. When pressed again, they are copied to the current location bus.

## Copy All

This is a quick way to copy all of the Objects from one frame to the next. This is accomplished by either pressing the Copy All button on the keyboard, or pressing Control C on the keyboard and then dragging any of the previous frame objects to the Current frame objects.

## Copy to Frame

Selected Objects may be copied to any frame by pressing "Copy to Frame" and then the frame number to which that selection is to be copied to.

Another key aspect of the present invention is that the processor 56 is adapted or programmed to generate visual display control signals such that the visual displays at the monitors 72, 74, 76 includes a plurality of image regions depending upon the stage of the DIMENSIONALIZATION process and the preferences of the user. These image regions include original image regions, duplicate image regions, complementary image regions, 3-D image regions, and object regions in various combinations. For example, and as illustrated in FIG. 8, visual display 300 includes an image region 302 which can show an original image, duplicate image, complementary image, or 3-D image region as desired. The visual display 300 of FIG. 8 also includes an object region 304 with sub-regions that individually show the selected objects in image region 302. Preferably, the selected objects are shown in outline only, or in silhouette or reverse silhouette.

FIG. 9 is a functional block diagram of a color correction processing step implemented by an exemplary preferred embodiment of the system 50.

Each frame that makes up the motion picture image has been scanned and stored in a high-density digital storage system. The images must be color corrected prior to the separation of images for three-dimensional rendering. Color correction is accomplished by the use of both hardware and software. Color correction with this process is sped up by performing the corrections on the lower resolution images while recording the parameters and translating those parameters, applying the correction decisions to the high-resolution images. In this way the processing time may be deferred and automatically carried out on the high-resolution images while the operator is busy color correcting the next scene or scenes.

Color correction involves changing the color balance of each scene. Color balance is whereby the red, green, and blue whole components that make up the full color image are varied in linear and non-linear amounts. Color balance typically involves adjustment of the blacks or low light areas of an image, the gammas or mid gray areas, and the whites or highlight areas of an image. Each of the red, green, and blue components has its own blacks, gammas, and highlights varies. The Dimensionalize system makes use of color correction tools which are part of present day graphic programs such as Adobe Photoshop and the like. Selectable area color correction is made use of within these graphic programs if necessary by defining, or drawing around particular areas of an image and applying color correction parameters to those selected areas. Although selectable area color correction may be useful, it is used only when necessary as it slows down the entire color correction process.

As part of the Dimensionalize Process, all color correction tools within the operated graphics software may be utilized and therefore instructed by the primary computer to

Exhibit 1 Page 38

US 6,208,348 B1

19

20

execute commands, or a series of commands upon a batch, series, or entire sequence of images. This will aid to speeding up the process.

The color correction parameters, or the instructions for color corrections used to color correct a series of images, may be carried out on high resolution images after the color correction decisions have been determined and stored using lower resolution images. This is another way in which the processing time may be reduced significantly.

FIG. **10** shows an exemplary preferred embodiment of a Dimensionalize Manager visual display **350** of the system **50**. Generally, the Dimensionalize Manager visual display **350** provides an interface through which the user applies object rendering functions to selected objects. While the Dimensionalize Manager visual display **350** is shown separately from the Object Manager visual display **250** of FIG. **7**, it should be understood that the system features made available to the user through these displays can be presented through a single visual display or through additional visual displays depending upon the particular nature of the system and its intended applications.

The Dimensionalize Manager visual display **350** is controlled by the processor **56** and, in a preferred embodiment, is provided at the control monitor **72** or the library monitor **74**. The Dimensionalize Manager visual display **350** is used in conjunction with the keyboard **80** and the trackball or mouse **82** and also includes an object display portion **352**, an object rendering function activation portion **354**, and an interactive graphic portion **356** adapted to prompt the user to provide inputs depending upon which object rendering function has been selected. In exemplary FIG. **10**, a placement icon **358** has been activated by the mouse **82** or otherwise. In response, the processor **56** has generated visual display control signals resulting in the presentation of an interactive graphic portion **356** which prompts the user to provide inputs needed by the object rendering function "skew", previously discussed with reference to FIG. **12B**. In operation, the user positions a screen cursor, or the like, along a placement bar **360** of the interactive graphic portion **356**. For an object being rendered, once the placement of the front of the object has been selected along the placement bar **360**, the user actuates a front placement button **362** shown on the Dimensionalize Manager visual display **350**. Similarly, once the placement of the back of the object has been selected along the placement bar **360**, the user actuates a back placement button **364**. Once the front and back of an object have been assigned placement values, a calculate placement button **366** is actuated by the user. In response, the processor **56** calculates the placement of all points in between the front and back of the selected object according to the "skew" object rendering function.

The interactive graphic portion **356** discussed in the preceding paragraph is presented to the user after the skew icon **368** is selected. It should be understood that a different interactive graphic portion **356** is presented for each of the object rendering functions, "position", "bend", "stretch", "straight bulge", "spherical bulge", "cone bulge", and "corner push" when the position icon **370**, bend icon **372**, stretch icon **374**, straight bulge icon **376**, spherical bulge icon **378**, cone bulge icon **380**, and corner push icon **382** shown in FIG. **10** are respectively selected.

Another key feature of the present invention is that the Dimensionalize Manager visual display **350** allows the user to select a group of frames, as indicated by group selection indicia **384**, and tag the selected group by selecting a group tag button **386**. An assign placement button **388** is actuated by the user to apply a skew rendering function, with front and back placement values provided by the user, to the selected object of one frame or the selected objects of a plurality of frames.

Additional features of the Dimensionalize Manager visual display **350** include a record dimension button **390**, a reset placement button **392**, and a revert button **394**. By way of example, the record dimension button **390** is employed to store an object rendering function with particular user input values. The reset placement button **392** is used to reset the various parameters of an object rendering function to a predetermined set of start parameters. The revert button **394** reverts the rendering of an object to a previous rendering. It should be understood that the aforementioned buttons can alternatively be provided at the keyboard **80** rather than in the Dimensionalize Manager visual display **350**.

FIG. **11** shows another exemplary preferred embodiment of a Dimensionalize Manager visual display **350'**. The elements of the display **350'** are the same as the elements of the display **350** of FIG. **10** except that icons are employed to indicate which object rendering functions have been applied to which objects and the buttons, regions and graphics have been rearranged in position within the visual display **350'**.

Speed Advantages to the Object Manager

1. The ability to assign front to back placement values over a number of frames.
2. The ability to assign areas around objects and subjects to cause a dissolve to occur between two or more depth placement values or algorithms to eliminate the appearance of hard cutout effects where necessary.
3. The ability to be able to grab objects and move them from one frame to another.
4. The ability to advance a picture frame but retain the previous object selections.
5. The ability to automatically overlay images and to see edge selection differences.
6. The ability to be able to tag objects of an image and copy them to other frames or frame spaces.
7. The ability to quickly tag frames as a View and store in a scratch pad memory displaying the 1st frame of the View on the monitor.
8. The ability to quickly copy objects or all objects from one from to another with just a single function.
9. The ability to visually see at a glance multiple views and the number of frames that make up that view.
10. The ability to tag by dragging a series of frames into one view window so that objects may be easily applied to all the frames that make up that view.
11. The ability to quickly copy View objects to other Views.
12. The ability to have multiple computers simultaneously process time consuming algorithms and batch files while at the same time making changes progressing the multi-step process. In this way time is significantly reduced by virtue of being able to make changes while another computer is processing the last set of commands.

Speed Advantages of Dimensionalizing

1. The ability to record positional values without actually processing them.
2. The ability to "Point and Grab" and pull forward or push back objects while viewing them in real time, i.e., "Depth-at-a-Glance™".
3. The ability to quickly assign, or draw an area where a gradual change, or dissolve will occur between the depth value of an object, or an area of an object, to its adjacent depth value.

Exhibit 1 Page 39

US 6,208,348 B1

21

4. The ability to place an object in depth and immediately undo a depth placement if necessary and start over.

5. The ability to relate positional moves in pixels to the dimensional log.

6. The ability to assign those confirmed dimensions to their associated View Frames.

7. The ability to quickly assign a "Linear Depth Algorithm" to selected objects.

8. The ability to assign at a glance, by selecting icons, depth algorithms such as spherical dimensions or skews to objects.

9. The ability to immediately preview and play through previously stored 3D renderings while viewing in 3D in real time or in variable speeds.

Referring back to FIG. 1, another key aspect of the present invention is that the film recorder 62 is provided with data such that both the left and right images of the 3-D stereo pair are recorded on a single pull down frame of film or within the space of a single frame, i.e., frame space. Furthermore, the left or original images are each positioned within the frame or frame space such that the motion picture could also be projected in 2-D with a standard motion picture projector. Such compatibility with standard motion picture projectors is achieved by compressing the corresponding right or complementary frames within the same pull down frame or frame space. Thus, rather than exposing the film twice, once for the left frame and once for the compressed right frame, it is more accurate and less time consuming to employ the film recorder 62 to record the two images together (one above the other) as if it were one frame. Although the vertical resolution of the film recorder will need to be greater because of the stacked images, there is an electronic advantage to adding enhancements and color correction to the entire new stereo image. If only the right image is enhanced, left/right 3-D stereo disparities may occur. Although the foregoing paragraph refers to compression of a corresponding right or complementary frame, it should be understood that the 3-D information can include multiple perspective views within a single frame or frame space.

Another advantage of employing the film recorder 62 to record the two images together is that it eliminates any possibility of a mismatch of left and right frames. In other words, if the left and right images are recorded separately in two passes, extreme care must be taken to guarantee that the left and right image pairs are from the exact same frame, otherwise, the entire film roll would be wasted and have to be re-recorded. Although a preferred method employs the film recorder 62 to record the two images simultaneously, it should be understood the scope of the present invention also includes a method of creating a master negative as shown in FIG. 16 wherein the left and right images are sequentially recorded in a single pass.

35 mm Projection

35 mm motion picture film is such that the image occupies an area between 4 perforations (or perfs) top to bottom and across from perf to perf for each individual film frame. The term "full camera aperture" refers to the maximum possible picture area within the four-perf film frame. Full camera aperture dimensions is primarily used in the photography stage of filming so that the camera takes advantage of exposing as much film area as possible for the benefit of increased resolution and the minimum amount of film grain.

35 mm projection formats, otherwise known as release prints, are slightly different in that image sizes are reduced to make room for an optical sound track, which runs the length of the film. The sound track occupies a width area of 0.112". The sound track area therefore shifts the actual film

22

center reference point re-establishing it to what is referred to as "Academy Center". The academy center is the new image center reference.

To maintain a 1.85 to 1 aspect ratio, the image is reduced to 0.825" wide by 0.446" high as shown in FIG. 13. Although there are digital audio formats that derive their audio information other than from the film, the optical track is still necessary for redundancy in the case of failure of the digital system. Therefore, the traditional analog optical audio track must remain on the film.

The two most common projection formats for 35 mm film are 1.85 to 1 and Cinemascope.

1.85 to 1 Projection

The most common 35 mm-projection format for cinematic features is 1.85 to 1. This simply means that the aspect ratio of the image form left to right is 1.85 times the height. With the image only occupying 0.446" of height out of the available 0.735", only 60% of the film area is used. The image on a 1.85 print is projected with high magnification, and 1 to 1 aspect ratio to a projection screen that may be in excess of 35 feet across. Still, the image in this format maintains its 1.85 to 1 aspect ratio.

Cinemascope Projection

Cinemascope is a film format with a wider aspect ratio of 2.35 to 1. Cinemascope uses the entire full aperture height of 0.735" and anamorphically compresses the width of the image down to the academy width dimensions. The advantage of the Cinemascope format is that the image occupies more film area resulting in slightly better resolution. A special Cinemascope lens must be used to photograph the images in this wide screen format. Conversely, special Cinemascope anamorphic lenses must be used on the projector for projecting in this format.

Stereoscopic Alternate Image Projection

A key aspect of the present invention is optically coding and decoding alternate image information into unused space of a conventional film frame format. A variety of different projection formats of coding alternate image information within each film frame in addition to the original image for the purpose of obtaining two images within the same frame space can be employed and preferred exemplary image projection formats are discussed below.

Format A, the Compressed Alternate Frame

Referring to FIG. 14, Format A is the most preferred format for compatibility. Each film frame contains the conventional 1.85 to 1 academy projection frame along with an additional frame that is vertically compressed down within the normally unused area of the film. The alternate image frame occupies an area of 0.302" in image height, but has the same width of the standard 0.825" frame. Format A requires an optical decoding system wherein the alternate image information is separated from the standard image area and optically stretched back to the same height as the standard frame. Another alternative within the scope of the preferred compressed frame format is to optically reduce the entire image, non-anamorphically, in which the aspect ratio is maintained. Additionally, the standard image area requires its optical path to be brought to the same focal plane prior to the projection lens. The tremendous advantage of the compressed frame Stereoscopic format A is the fact that the same film that contains the additional double picture information can be projected on projectors that have no modification for decoding. This is because the standard frame occupies the same area as a conventional 1.85 to 1 release print and the alternate frame occupies normally unused areas of the film. Therefore, there needs to be only one release print that will work for all projectors.

Exhibit 1 Page 40

US 6,208,348 B1

23

**Format B, 1.85:1-V**

Referring to FIG. **15**, Format B provides that each full aperture film frame contains two discrete images that are rotated 90 degrees placing the left to right dimension of the image lengthwise on the film. The dimension of each frame is 0.735" by 0.397", for example, and, with both frames, still allows for the conventional optical track. Between the two frames, there is a guard band area of 0.02987", for example, that may be used for coding special information or data such as Registrip™ (film registration information). Format B is configured such that each of the two image frames is only 11% smaller than the conventional 1.85 to 1 frame. Yet, with only a 11% reduction in frame size, an additional frame is obtained. The image may be anamorphically expanded in order to obtain greater than 1.85 to 1 aspect ratios such as 2.35 to 1, as with Cinemascope wide screen formats. An advantage of Format B is that it does not require split optical focal length paths in order to present both images to the screen in identical sizes as both images are symmetrical.

Those skilled in the art will appreciate that various adaptations and modifications of the just described preferred embodiment can be configured without departing from the scope and spirit of the invention. Thus, by way of example and not of limitation, the compressed frame format discussed herein can also be used to double the number of frames per second at which two-dimensional films are projected. Rather than provide stereo pairs of images for three-dimensional projection within each pull down frame or frame space, two images—each projected at a different time—can be provided within each pull down frame or frame space. Therefore, it is to be understood that, within the scope of the appended claims, the invention may be practiced other than as specifically described herein.

I claim:

1. A system for converting two-dimensional images into three-dimensional images, the system comprising:

an image monitor adapted to generate visual displays in response to visual display control signals; and

a processor adapted to generate the visual display control signals such that the visual displays prompt a user of the system to provide user inputs pertaining to an original image and selected objects within a copy of the original image, and to render a complementary image including complementary objects with pixels of the complementary objects being horizontally repositioned within the complementary image as compared to positions of the selected objects within the original image;

wherein the original image is retained and the processor is adapted to provide the original image in conjunction with the complementary image such that the original image and the complementary image make up a pair of images of a three-dimensional stereoscopic image.

2. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is adapted to generate the visual display control signals such that the image monitor shows the original image and the complementary image after at least one of the complementary objects within the complementary image is repositioned horizontally.

3. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is adapted to generate the visual display control signals such that the image monitor alternately shows the original image and the complementary image as one of the complementary objects within the complementary image is horizontally repositioned.

24

4. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is adapted to generate the visual display control signals such that the visual displays include a plurality of regions including an original image region and a complementary image region.

5. The system for converting two-dimensional images into three-dimensional images of claim 4 wherein:

the processor is adapted to generate the visual display control signals such that the original image region and the complementary image region show a sequence of original images and a sequence of complementary images, respectively.

6. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is adapted to generate the visual display control signals such that the visual displays include a plurality of regions including an image region and an object region, and to generate the visual display control signals such that the image region shows the original image or the complementary image, and the object region shows the selected objects or silhouettes of the selected objects.

7. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is electrically connected to a memory device and is adapted to generate the visual display control signals such that the visual displays provide an interactive interface through which the user of the system can outline the selected objects to create object outlines, and to store the selected objects and the object outlines in the memory device.

8. The system for converting two-dimensional images into three-dimensional images of claim 7 wherein:

the processor is adapted to copy the object outlines from one frame to multiple frames.

9. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is adapted to generate the visual display control signals such that the visual displays provide an interactive interface through which the user of the system can copy any of the complementary objects to a plurality of complementary images.

10. The system for converting two-dimensional images into three-dimensional images of claim 1 wherein:

the processor is adapted to generate the visual display control signals such that the visual displays provide an interactive interface through which the user of the system can associate depth placement assignments with the selected objects, and to reposition pixels of the complementary objects within the complementary image depending upon the depth placement assignments.

11. The system for converting two-dimensional images into three-dimensional images of claim 9 wherein:

the processor is electrically connected to a memory device and is adapted to store the depth placement assignments in the memory device.

12. The system for converting two-dimensional images into three-dimensional images of claim 9 wherein:

the processor is adapted to generate the visual display control signals such that the visual displays provide an interactive interface through which the user of the system can associate the depth placement assignments with a plurality of selected objects.

Exhibit 1 Page 41

US 6,208,348 B1

25                                                                        26

**13**. The system for converting two-dimensional images into three-dimensional images of claim **9** wherein:

the processor is adapted to copy the depth placement assignments from one frame to multiple frames.

**14**. The system for converting two-dimensional images into three-dimensional images of claim **1** wherein:

the processor is adapted to generate the visual display control signals such that the visual displays provide an interactive interface through which the user of the system can associate a predetermined object rendering function with the selected objects, and to reposition pixels of the complementary objects within the complementary image depending upon the object rendering function.

**15**. The system for converting two-dimensional images into three-dimensional images of claim **14** wherein:

the object rendering function comprises a linear function.

**16**. The system for converting two-dimensional images into three-dimensional images of claim **14** wherein:

the object rendering function comprises a non-linear function.

**17**. The system for converting two-dimensional images into three-dimensional images of claim **14** wherein:

the object rendering function comprises a sinusoidal function.

**18**. The system for converting two-dimensional images into three-dimensional images of claim **1** wherein:

the processor is adapted to generate recorder data pertaining to the original image and the complementary image, the data being in a form usable by a device for recording the original image and the complementary image in consideration of an image projection format.

**19**. The system for converting two-dimensional images into three-dimensional images of claim **18** wherein:

film printed according to the image projection format is suitable for projection on a motion picture projector configured to project 35 mm, 65 mm or 70 mm motion picture film.

**20**. The system for converting two-dimensional images into three-dimensional images of claim **18** wherein:

the image projection format provides that the original image and at least a portion of the complementary image are positioned within a single frame of film.

**21**. The system for converting two-dimensional images into three-dimensional images of claim **20** wherein:

the at least a portion of the complementary image is compressed.

**22**. The system for converting two-dimensional images into three-dimensional images of claim **18** wherein:

the image projection format provides that a first sequence of original images is positioned on a film such that the original images can be projected by a motion picture projector configured to project motion picture film and that a second sequence of complementary images is positioned on portions of the film not occupied by the first sequence of original images.

**23**. A system for converting two-dimensional images into three-dimensional images, the system comprising:

a data storage device upon which is stored a computer-executable program which when executed by a processor in electronic communication with an image monitor controls the processor to

generate and provide visual display control signals to the image monitor such that the image monitor generates visual displays that prompt a user of the

system to provide user inputs pertaining to an original image of a motion picture sequence and a selected object within the original image,

render, in response to the user inputs, a complementary image from the original image, the complementary image including a complementary object with at least a portion of the complementary object being repositioned horizontally within the complementary image as compared to a position of the selected object within the original image, and

provide the original image in conjunction with the complementary image such that the original image and the complementary image make up a pair of images of a three-dimensional stereoscopic image.

**24**. A method for converting two-dimensional images into three-dimensional images, the method comprising the steps of:

providing an interactive video interface through which an operator can select objects within a copy of an original image and apply values generated by object rendering functions to the objects;

rendering a complementary image identical to the original image except that portions of the objects are translated in position depending upon the object rendering function applied;

employing the interactive video interface in conjunction with a viewing device for providing images to the left eye and the right eye of the operator to view the original image with one eye and the complementary image with the other eye in real time as one of the object rendering functions is applied to at least one of the objects within the complementary image; and

recording the original image and the complementary image onto a storage medium such that the original image and the complementary image make up a pair of images of a three-dimensional stereoscopic image.

**25**. The method for converting two-dimensional images into three-dimensional images of claim **22**, further comprising the step of:

employing the interactive video interface to isolate objects within images and log associations between the objects and particular images.

**26**. The method for converting two-dimensional images into three-dimensional images of claim **22**, further comprising the step of:

employing the interactive video interface to define and store an area of at least one image and to make the area available to be selected subsequently.

**27**. The method for converting two-dimensional images into three-dimensional images of claim **22**, further comprising the step of:

employing the interactive video interface to generate and store a high contrast image from a defined area of at least one image and to make the high contrast image available to be selected subsequently.

**28**. The method for converting two-dimensional images into three-dimensional images of claim **22**, the method further comprising the step of:

color correcting the original image and translating color correction parameters to a higher resolution image corresponding to the original image.

**29**. A method for converting two-dimensional images into three-dimensional images, the method comprising the steps of:

identifying objects within a series of images of a motion picture, the series of images being suitable for two-dimensional viewing of the motion picture;

**Exhibit 1 Page 42**

US 6,208,348 B1

27

applying depth placement values over a selected plurality of pixels of the images that include the objects, with the depth placement values varying over the selected plurality of pixels for a succession of the images; and

employing the series of images and the depth placement values to generate a complementary series of images, the series of images and the complementary series of images providing a series of three-dimensional images.

**30**. A method for generating three-dimensional images, the method comprising the steps of:

receiving picture information for a sequence of original images from a motion picture and a sequence of complementary images, the original images including objects and the complementary images including complementary objects, each of the complementary

28

images being made from picture information for one of the original images with pixels of the complementary objects being horizontally repositioned within the complementary image as compared to positions of the objects within the original images, the sequence of original images and the sequence of complementary images making up stereo pairs for a sequence of three-dimensional images; and

employing the picture information to generate the sequence of original images and the sequence of complementary images for viewing the sequence of three-dimensional images.

\* \* \* \* \*

**Exhibit 1 Page 43**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,208,348 B1                                    Page 1 of 1
DATED         : March 27, 2001
INVENTOR(S)   : Michael C. Kaye

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [54] should read as follows:
-- System and Method for Converting Two-Dimensional Images into Three-
Dimensional Images --.

Signed and Sealed this

Twenty-eighth Day of August, 2001

*Attest:*

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Attesting Officer*           *Acting Director of the United States Patent and Trademark Office*

**Exhibit 1 Page 44**

**EXHIBIT 2**



US006515659B1

(12) **United States Patent**
Kaye et al.

(10) Patent No.: **US 6,515,659 B1**
(45) **Date of Patent:** **Feb. 4, 2003**

(54) **METHOD AND SYSTEM FOR CREATING REALISTIC SMOOTH THREE-DIMENSIONAL DEPTH CONTOURS FROM TWO-DIMENSIONAL IMAGES**

(75) Inventors: **Michael C. Kaye**, Agoura Hills, CA (US); **Charles J. L. Best**, Los Angeles, CA (US); **Robby R. Haynes**, Newbury Park, CA (US)

(73) Assignee: **In-Three, Inc.**, Agoura Hills, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/029,625**

(22) Filed: **Dec. 19, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/819,420, filed on Mar. 26, 2001, which is a continuation-in-part of application No. 09/085,746, filed on May 27, 1998, now Pat. No. 6,208,348.

(51) Int. Cl.[7] ............................................. G06T 15/00
(52) U.S. Cl. ..................................................... **345/419**
(58) Field of Search ................................. 345/419, 420, 345/426, 619, 620

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,621,127 | A | 11/1971 | Hope | 348/56 |
| 3,737,567 | A | 6/1973 | Kratomi | 348/56 |
| 3,851,955 | A | 12/1974 | Kent et al. | 352/60 |
| 4,017,166 | A | 4/1977 | Kent et al. | 352/57 |
| 4,021,846 | A | 5/1977 | Roese | 348/57 |
| 4,168,885 | A | 9/1979 | Kent et al. | 352/129 |
| 4,183,633 | A | 1/1980 | Kent et al. | 352/60 |

| | | | | |
|---|---|---|---|---|
| 4,235,503 | A | 11/1980 | Condon | 359/352 |
| 4,436,369 | A | 3/1984 | Bukowski | 359/462 |
| 4,544,247 | A | 10/1985 | Ohno | 352/62 |
| 4,603,952 | A | 8/1986 | Sybenga | 352/65 |
| 5,002,387 | A | 3/1991 | Baljet et al. | 352/63 |
| 5,402,191 | A | 3/1995 | Dean et al. | 352/63 |
| 5,481,321 | A | 1/1996 | Lipton | 352/57 |
| 5,699,444 | A | 12/1997 | Palm | 382/106 |
| 5,742,291 | A | 4/1998 | Palm | 345/420 |
| 5,748,199 | A | 5/1998 | Palm | 345/473 |
| 5,929,859 | A | 7/1999 | Meijers | 345/419 |
| 5,973,700 | A | 10/1999 | Taylor et al. | 345/427 |
| 6,031,564 | A | 2/2000 | Ma et al. | 348/43 |
| 6,088,006 | A | 7/2000 | Tabata | 345/7 |
| 6,091,421 | A | 7/2000 | Terrasson | 345/419 |
| 6,208,345 | B1 * | 3/2001 | Kaye | 345/419 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/24000 | 12/1996 |
| WO | WO 99/12127 | 3/1999 |

OTHER PUBLICATIONS

Kaufman, D., "The Big Picture", Apr. 1998, http://www.x-enotech.com (downloaded Sep. 8, 1998).

* cited by examiner

*Primary Examiner*—Phu K. Nguyen
(74) *Attorney, Agent, or Firm*—Henricks, Slavin & Holmes LLP

(57) **ABSTRACT**

An image processing method and system for converting two-dimensional images into realistic reproductions, or recreations of three-dimensional images are embodied in a variety of interactive image processing tools that allow a user to apply any number or combination of image pixel repositioning depth contouring effects, algorithms or the like to create three-dimensional images with smooth realistic appearing surface contours.

**42 Claims, 26 Drawing Sheets**



DIMENSIONALIZATION™ WORKSTATION

Exhibit 2 Page 45



FIG. 1

Exhibit 2 Page 46



FIG. 1A

FIG. 1B

FIG. 1C

FIG. 1D

FIG. 1E

FIG. 1F

Exhibit 2 Page 47



FIG. 1G                                    FIG. 1H



FIG. 1I

Exhibit 2 Page 48



Exhibit 2 Page 49



FIG. 1Q



FIG. 1P

Exhibit 2 Page 50



FIG. 1S

FIG. 1U

FIG. 1R

FIG. 1T

Exhibit 2 Page 51



202

200 →  **FIG. 2A**



204

206

208

200 ' →  **FIG. 2B**

**Exhibit 2 Page 52**



Exhibit 2 Page 53



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 4D

Exhibit 2 Page 54

Case 2:11-cv-10214-MWF-AGR   Document 1   Filed 12/09/11   Page 58 of 204   Page ID #:63



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 5E



FIG. 5F

Exhibit 2 Page 55

U.S. Patent          Feb. 4, 2003          Sheet 11 of 26          US 6,515,659 B1



FIG. 6A



FIG. 6B

Exhibit 2 Page 56



FIG. 7A



FIG. 7B

Exhibit 2 Page 57



800                    FIG. 8A

802

800                    FIG. 8B

804

806

808

810

800                    FIG. 8C

Exhibit 2 Page 58



Exhibit 2 Page 59



FIG. 9

Exhibit 2 Page 60



FIG. 10B

FIG. 10A

Exhibit 2 Page 61



FIG. 11A

FIG. 11B

Exhibit 2 Page 62



Good Appoximation

FIG. 12A



Bad Appoximation

FIG. 12B

Exhibit 2 Page 63



FIG. 13A

FIG. 13B

FIG. 13C

Point Found

Edge Swapped

**Exhibit 2 Page 64**



After Forced Cross - Contour

FIG. 14B

Before Forced Cross - Contour

FIG. 14A

Exhibit 2 Page 65



Input contours and points used.



Initial mesh generated with distance minimization and cross-contour forcing.  Note that minimization and cross-contour conditions are met, but that the ridge line is distorted.

Tagged cross-section shape



Initial mesh generated after surface smoothing routine has been applied.  Note that the ridge line is preserved and that cross-contouring condition is still met even though distance minimization has at some points been overidden for smoothness.

Regular cross-section shape

# FIG. 15

Exhibit 2 Page 66



FIG. 16A



FIG. 16B

Exhibit 2 Page 67

Case 2:11-cv-10214-MWF-AGR   Document 1   Filed 12/09/11   Page 71 of 204   Page ID #:76



FIG. 16C



FIG. 16D

**Exhibit 2 Page 68**



FIG. 16E

Exhibit 2 Page 69



Triangle Refinement Diagram:

Refining a Triangle

FIG. 17A

Recursive Refinement

FIG. 17B

FIG. 17C

FIG. 17D

Exhibit 2 Page 70



FIG. 18A

FIG. 18B

FIG. 18C

FIG. 18D

FIG. 18E

FIG. 18F

FIG. 18G

Exhibit 2 Page 71

US 6,515,659 B1

**1**

# METHOD AND SYSTEM FOR CREATING REALISTIC SMOOTH THREE-DIMENSIONAL DEPTH CONTOURS FROM TWO-DIMENSIONAL IMAGES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/819,420 entitled "Image Processing System and Method for Converting Two-Dimensional Images Into Three-Dimensional Images" filed on Mar. 26, 2001, which is a continuation-in-part of U.S. patent application Ser. No. 09/085,746 entitled "System and Method for Converting Two-Dimensional Images into Three-Dimensional Images" filed on May 27, 1998, now U.S. Pat. No. 6,208,348, all of which are incorporated herein by reference in their entirety.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a method and system for processing two-dimensional images and, more particularly, pertains to a method and system for creating realistic appearing smooth three-dimensional depth contours from two-dimensional images.

2. Description of the Related Art

In order for a three-dimensional image that is rendered from a two-dimensional image to appear realistic it often needs to include many smooth and complex transitions of depth. Unfortunately, known tools within graphic software packages or software filter plug-ins are not specifically designed to convert two-dimensional images into three-dimensional images and, consequently, do not facilitate an accurate true and believable re-creation of a three-dimensional image.

While three-dimensional photography and software for manipulating images (e.g., by simple pixel positioning techniques) are known, portions of the three-dimensional images that they provide often appear as artificial-looking, flat "cardboard cutouts" without smooth rounded depth contour shapes. Typically, the images that they generate appear flat and layered. In other words, objects or subjects appear in these three-dimensional images as flat cardboard cutouts, placed one in front of the other. Presently, the art of converting two-dimensional images into three-dimensional images is devoid of a system or method that would allow for the rapid (fast enough to allow the conversion of hundreds of thousands of frames, as in a motion picture, within a practical time realm) creation of realistic-looking, smooth rounded depth contours of objects within the recreated three-dimensional images.

## SUMMARY OF THE INVENTION

According to the present invention, the system and method for converting two-dimensional images into three-dimensional images allow any number or combination of image pixel repositioning depth contouring effects, algorithms or the like (including, but not limited to, smooth linear and non-linear contouring) to be efficiently and rapidly employed to create three-dimensional images with smooth surface contours that appear realistic and not as a layered array of flat "cardboard" type cutouts.

The term Dimensionalize™ process (or Dimensionalizing™ or Dimensionalization™ process) makes reference to and identifies any of the methods for converting standard two-dimensional images into three-dimensional images according to the present invention. The process fundamentally involves employing any combination of software, hardware and/or firmware to process two-dimensional images (e.g., scanned images or captured images in a computer system) and to recreate depth information in the form of complementary perspective frames that were not recorded when the two-dimensional images were originally created, thus facilitating the creation of realistic appearing three-dimensional motion picture images which can be used for viewing directly or projecting.

The Dimensionalize™ process involves actions taken by a person (referred to as a Dimensionalist™) who performs or directs the tasks of evaluating images and defining objects or subjects (e.g., by drawing around the objects or subjects within the images). Through the process, appropriate depth information is associated with the identified objects thereby providing restored, or recreated three-dimensional images that appear as realistic as if the original two-dimensional image had been captured or created in three-dimensions to begin with.

As part of the Dimensionalization™ process, objects are repositioned on the horizontal axis (X-axis) of an image to effectively cause forward or back depth placement. In order to achieve the most accurate and smooth realistic three-dimensional reproduction, the horizontal placement (repositioning) of pixels is performed to a sub-pixel level. Although there is a correlation of depth and dimension to pixel placement, the Dimensionalization™ process—as implemented with present day technology—still needs to be monitored by the Dimensionalist™ to ensure optimal accuracy as there are too many variables affecting depth placement (due to the multitude of possible camera angles within a given scene and image).

Another aspect of the invention relates to objects being partitioned as "sub-objects" for the purpose of applying multiple areas of depth information (e.g., appropriate contouring depth algorithms) to individual objects. Sub-objects may be of any shape or size but are contained completely within the associated full object. Visually, sub-objects are pieces of the full object's surface that may be shaped differently than the general surface of the full object. The depth values of a sub-object and full object match along the boundary of the sub-object so that the Dimensionalized surface defined by a sub-object and its associated full object is defined by a continuous variation of depth. One example of this could be the depth details within a person's face. Each feature within a person's face has certain depth characteristics, such as a person's eyes being somewhat recessed, the nose protruding, etc.

## DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the invention will become readily apparent upon reference to the following detailed description when considered in conjunction with the accompanying drawings, in which like reference numerals designate like parts throughout the figures thereof, and wherein:

**Exhibit 2 Page 72**

US 6,515,659 B1

3

FIG. 1 illustrates an exemplary workstation for implementing the image processing techniques of the present invention;

FIGS. 1A–1F illustrate a defined object in an image wherein a single point, multiple points or a contour path line have been drawn to define an upper or lower most point of a depth ridge to be created;

FIGS. 1G–1I illustrate defined objects with one or more holes;

FIGS. 1J–1O demonstrate examples of how a defined object in an image can be captured and how a Virtual Object feature of the present invention can be employed to contour the captured object;

FIGS. 1P and 1Q demonstrate examples of portions of objects to which spherically shaped Virtual Bulges have been applied;

FIGS. 1R–1U demonstrate an exemplary application of a linear cross section bulge to an object containing a closed contour ridge line;

FIGS. 2A and 2B depict an example of how path lines are applied to an image object;

FIGS. 3A–3D conceptually illustrate how the shape of the bulge or surface contours can be controlled or manipulated;

FIG. 4A provides an example of how points can be placed on a spherically shaped graphical interface curve tool of the present invention;

FIGS. 4B and 4C provide examples of how the points in FIG. 4A can be used to pull or stretch the default circle into different curve shapes;

FIG. 4D provides an example of how a desired curve shape can be freehand drawn employing an exemplary graphical user interface of the present invention;

FIG. 5A shows a boundary perimeter of an exemplary defined object;

FIG. 5B depicts an example of a three-coordinate graph representing a spherical bulge shape applied to the object of FIG. 5A;

FIG. 5C depicts an example of a three-coordinate graph representing an inverse spherical bulge shape applied to the object of FIG. 5A;

FIG. 5D depicts an example of a three-coordinate graph representing a linear conal shape function applied to the object of FIG. 5A;

FIG. 5E depicts an example of a three-coordinate graph representing an elliptically shaped function applied to the object of FIG. 5A;

FIG. 5F depicts an example of a three-coordinate graph representing a squared shape function applied to the object of FIG. 5A;

FIG. 6A is curve representing wave shapes provided by an exemplary wave (or ripple) algorithm;

FIG. 6B is a perspective, partial cross sectional view of an object that has had the algorithm of FIG. 6A applied to it;

FIGS. 7A and 7B show exemplary graphical user display tools that additionally include top and side peripheral views to help visualize object and depth placement;

FIGS. 8A–8F illustrate exemplary Sub-Objects according to the present invention and how the amount of roundness to be applied across an object can be determined by associating contours with skew and/or stretch information that has already been applied to a defined object;

FIG. 9 depicts two closed contours and a "ridge" contour;

FIGS. 10A and 10B illustrate a step in the process of creating the mesh of the present invention when a point is found inside of a triangle of the mesh;

4

FIGS. 11A and 11B illustrate a step in the process of creating the mesh of the present invention when a point is found on the edge of a triangle of the mesh;

FIGS. 12A and 12B demonstrates good and bad triangle approximation, respectively;

FIGS. 13A–13C demonstrates how edges of the mesh may be swapped according to the present invention;

FIGS. 14A and 14B illustrate before and after forced cross-contouring, respectively;

FIG. 15 illustrates an exemplary application of the surface smoothing routine of the present invention;

FIG. 16A depicts an exemplary initial meshing stage;

FIG. 16B depicts the mesh of FIG. 16A after two refinement steps;

FIG. 16C depicts a mesh of FIG. 16A after four refinement steps;

FIG. 16D is a perspective view of an object after a linear cross-section shape has been applied to it;

FIG. 16E is a perspective view of the object of FIG. 16D but instead with a more rounded cross-section shape applied to it;

FIGS. 17A–17D is a diagram showing exemplary triangle refinement steps according to the present invention;

FIG. 18A depicts an exemplary boundary perimeter and a ridge path therein;

FIG. 18B depicts an initial containment triangle positioned around the boundary perimeter and ridge path of FIG. 18A;

FIG. 18C depicts the splitting of the initial containment triangle of FIG. 18B into three triangles employing a selected point of the ridge path as a common vertex point for the three new triangles;

FIG. 18D depicts an example of the triangle of FIG. 18C with distance minimization meshing completed;

FIG. 18E depicts the triangle mesh of FIG. 18D with non-object triangles removed;

FIG. 18F depicts the triangle mesh of FIG. 18E with forced cross-contours and smoothing routines applied; and

FIG. 18G depicts the triangle mesh of FIG. 18F with an additional level of triangle refinement added.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, a workstation 100 according to the present invention includes one or more video monitors which provide a user of the Dimensionalization™ process with an interactive interface through which a plurality of original images can be duplicated and rendered into a plurality of complementary images. More specifically, the interactive interface embodies a plurality of tools particularly adapted to facilitate rendering of the complementary images such that each resulting complementary image and its corresponding original image provide a stereo pair of images for a three-dimensional image.

The exemplary workstation 100 shown in FIG. 1 includes a time table monitor 102, an application monitor 104, an object manager monitor 106, three-dimensional glasses 108 and one or more user input mechanisms such as a keyboard 110, trackballs (or mouse) 112, 122, drawing tablets 114, 116, 120 and a drawing pen 118. The workstation also includes a processor/controller 130 which is programmed to provide signals to the monitors 102, 104, 106, control the visual displays at these monitors, and receive and process

Exhibit 2 Page 73

US 6,515,659 B1

5

user inputs provided to the system via the user input mechanisms **110**, **112**, **114**, **116**, **118**, **120**, **122**, i.e., control the interactive interface. The processor/controller **130** is also programmed to control the rendering of the complementary images from the original images in response to inputs provided by the user of the workstation. The processor/controller **130** is additionally programmed to provide, in conjunction with the three-dimensional glasses **108** (which synchronize to a signal from the processor/controller), a three-dimensional image at the application monitor **104** which is updated thus allowing the user to observe changes in the depth or placement of various objects within the three-dimensional image. As described below in greater detail, the object manager monitor **106** is employed to display the original images over a number of frames, their objects, and sub-objects. The object manager provides a display allowing the user to maintain organization over a multitude of frames representing time. The processor/controller **130** is programmed to allow the user to select objects within images and to horizontally reposition portions of these objects within the complementary image automatically via a plurality of interactive tools which include object rendering functions.

In addition to controlling the processes within the Dimensionalization workstation, the processor/controller **130** can be used to send the processed data to storage or through various outlets for use. The processed Dimensionalized data can be stored on data storage media **132**, which may include solid state memory, magnetic tape, magnetic disc, or optical disc such as compact discs or digital versatile disc (DVD) type removable storage. By storing the Dimensionalized product onto removable media, the data can be reproduced and viewed in a wide variety of ways. For example, DVDs can be used in a media player **134** to play back the Dimensionalized data for three-dimensional (3D) reproduction on a 3D display **136** in a home or professional environment, such as a theatre. The Dimensionalized data can also be broadcast (data broadcast transmission **138**) over cable, via the Internet, for example, or be broadcast by electromagnetic transmission such as Satellite or television type transmission. Once the Dimensionalized data is received (data broadcast receiver **140**) it can then be used in a wide variety of display applications such as, home entertainment or theatre projection, just to name a few.

It should be understood that the functions implemented by the processor/controller **130** can be performed by one or more processor/controller. Moreover, these functions can be implemented employing a combination of software, hardware and/or firmware taking into consideration the particular requirements, desired performance levels, etc. for a given system or application.

Objects and Contouring

Objects defined in an image may be of any shape or size. According to the present invention, one or more shaping algorithms are employed to give (assign) a screen depth value to each pixel in an object. When multiple algorithms are applied to a single object, the values that each applied algorithm gives a pixel are added together to determine a final screen depth value for the pixel. In a preferred embodiment, application of the algorithms is associative so that algorithms may be applied in any combination and order to shift the object pixels to produce the desired realistic three-dimensional effect. One of the features of this process is the ability to easily apply variable but smooth depth contouring. This provides a much greater level of realism in reconstructing graphical objects in three dimensions.

Rather than simply assigning (to graphical objects in a picture) different depth values that are constant across the

6

entire object, producing an appearance of depth resulting in a flat "cutout" effect, the contouring technique of the present invention allows the user to assign depth values that vary across the surface of the object. This "variable depth values" feature allows arbitrary shaping in the reconstruction of an object's three-dimensional surface and object shaping with much greater depth detail, thereby producing an object with a surface that appears curved and shaped in three dimensions and imparting a high level of realism to the appearance of the final product.

The method and system of the present invention provide, inter alia, means for defining contour paths within an object, either automatically or manually through user inputs. The contour paths define a set of points in the object that initially all lie at the same screen depth and are conceptually analogous to the lines on a topographical map that are associated with discrete geographical altitude information. In a preferred embodiment, a mesh of triangles is generated from these contours. The mesh (further described below) defines a continuous surface that the contours lie on and is used to model the surface of the selected object in the reconstruction of the Dimensionalized object.

According to the present invention, a variety of control functions (software implemented or otherwise) are available to the user for producing a three-dimensional shape that will make a particular object appear as a realistic three-dimensional recreation. If the shape of a spherical bulge is desired, the interactive interface allows the operator, by way of example, to place a point or path within the object where the bulge is to occur. If the operator marks a single point or path, a single bulge will occur. If the operator chooses to select multiple points or paths, multiple bulges will occur around those points. In a preferred embodiment, the operator selects the center to be automatically defined, or, the operator can freehand draw a point or path line anywhere within the object to define the crest, or ridge of the bulge. In a preferred embodiment, by default, the point or path line drawn becomes the most protruding point, or series of points within that object.

Bulges generated by the contour path lines can be convex or concave in screen depth coordinates depending on the amplitude and positive or negative direction (polarity) of the algorithm that the operator applies to each of the independent bulge points or contour path lines. For example, a simple sphere may be created by applying a point to the center of a circular object and defining a circular cross section for the bulge. By applying the appropriate amount of amplitude, a spherical surface is constructed. The sphere will bulge into or out of the screen depending on the positive or negative direction (polarity) of the applied amplitude. If the desired effect is more of a flattened bulge, the operator can adjust either the amplitude or the shape provided by the bulging algorithm, as discussed below with reference to FIGS. **3A–3D**. Non-convex surface shaping is also available with adjustments to these parameters.

FIGS. **1A–1F** illustrate a defined object in an image wherein a single point, multiple points or a contour path line have been drawn to define an upper or lower most point of a depth ridge to be created. In FIG. **1A**, a boundary perimeter **150** for a randomly shaped object is shown with a point **152** positioned therein. The point **152** can be user-defined and positioned anywhere within the object, or it can be automatically detected (e.g., centrally positioned) for ease of operation. A bulge, outward or inward, will occur (appear), as shown in FIGS. **1B** and **1C**, respectively.

If more than one point is selected, shown in FIG. **1D** as points **154** and **156**, then multiple contoured bulges will

Exhibit 2 Page 74

US 6,515,659 B1

7

occur. There is no limitation as to how many points can be selected. The amount of bulge, or amplitude, can then be adjusted accordingly to produce the desired and most realistic recreation of depth. In a preferred embodiment, the interactive interface and its software are configured to allow the user to define the depth variation of the straight-line path between any two peaks, such as between the points **154** and **156**. This contouring flexibility is important and advantageous, particularly for objects that have many three-dimensional depth variations.

FIG. 1E depicts an example of how a path line **158** (shown as a curve) rather than a point can be applied to an object. The path line **158** can be drawn or defined in any direction (straight or curved), any length, or a plurality of path lines can be applied to the object. In FIG. 1F, the same object is shown with the curve drawn differently as path line **158'**. In a preferred embodiment, a drawn curve becomes the upper, or lowest, depending on the desired result, most point of a crest. In FIGS. 1E and 1F, the amplitude of the bulging curve has been applied in the positive direction and the curves **158** and **158'** each appear as the outer most point of a ridge protruding toward the viewer. The peak, or ridge of each curve transitions downward toward the boundary perimeter of the object.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes an interactive user interface providing an object drawing tool configured to allow a user of the system to apply one or more straight or curved path lines within a defined object of a two-dimensional image. The interactive user interface is configured to generate from the two-dimensional image a three-dimensional image in which one or more of the path lines appears to the user as a ridge protruding toward or away from the user, the ridge contouring from all points on the path line towards a boundary perimeter of the defined object.

An image processing system for converting two-dimensional images into three-dimensional images according to another embodiment of the present invention includes an interactive user interface configured to allow a user of the system to apply one or more points or straight or curved path lines within a defined object of a two-dimensional image, and to generate a three-dimensional image that shows surface contours between a boundary perimeter of the defined object and the one or more points or straight or curved path lines. In a preferred embodiment, the interactive user interface includes an object drawing tool configured to allow the user to freehand draw the one or more points or straight or curved path lines within a defined object. In a preferred embodiment, the interactive user interface is configured to allow the user to designate a point or path line within the defined object as an upper or lower-most elevation within the three-dimensional image. In a preferred embodiment, the interactive user interface is configured to allow the user to select one or more of the points or path lines and to apply a plurality of three-dimensional shapes about the points or path lines to generate the surface contours. In this embodiment, the interactive user interface is preferably configured to allow the user to apply a plurality of shaping algorithms corresponding to the three-dimensional shapes in any combination and in any order. In a preferred embodiment, the interactive user interface is configured to allow the user to adjust a shape of the surface contours about one or more of the points or path lines while viewing changes made to the surface contours. In a preferred embodiment, the interactive user interface is configured to

8

allow the user to employ a function to adjust a curved shape of the surface contours. In a preferred embodiment, the interactive user interface is configured to allow the user to control variations in perceived depth between any two of the points or path lines. In a preferred embodiment, the interactive user interface is configured to allow the user to change a shape of the surface contours by modifying or repositioning one or more of the points or path lines. In a preferred embodiment, the interactive user interface is configured to allow the user to apply amplitude and/or shape adjustments to the surface contours.

An additional feature of the present invention is that it takes into account holes placed within defined objects. FIG. 1G shows an object with a bulge as in FIG. 1C but including a hole with a boundary **160**. Although the bulge occurs across the object, it is not present in the area of the hole. FIG. 1H shows a defined object with two contour bulges as in FIG. 1D but including a hole with a boundary **162**. FIG. 1I shows a defined object with a contouring bulge across a path line as in FIG. 1F but including two holes with boundaries **164** and **166**, respectively. Thus, according to the present invention, bulges (surface contours) are generated taking into account a hole (or holes) of any shape, size or positioning that may exist within an object. The term "hole" may be interpreted as a cut out type section in the surface of an object, such as a channel through its surface, for example, or as where the cut out hole section boundaries are at the same depth as the perimeter of the object, such as a donut type shape.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes an interactive user interface configured to allow a user of the system to apply one or more points or straight or curved path lines within a defined object of a two-dimensional image, and to generate a three-dimensional image that shows surface contours between a boundary perimeter of the defined object and the one or more points or straight or curved path lines, wherein: the defined object excludes one or more areas within a perimeter boundary of the defined object; and the interactive user interface is configured to generate the three-dimensional image with the surface contours not being applied to the one or more areas such that the one or more areas appear as holes in the defined object allowing any object with its own depth properties to be visible.

FIG. 2A shows an exemplary image **200** that includes a defined object of a dinosaur with a boundary perimeter **202**. Although the object, the dinosaur, may be assigned an overall positional depth, restoring depth contours is additionally important in order for the three-dimensional image to appear natural and realistic. FIG. 2B depicts an example of how, according to the present invention, multiple contour path lines **204**, **206** and **208** can be freehand drawn (or otherwise defined) so that each of the path lines becomes the ridge of a curve, the curves protruding toward or away from the viewer. In a preferred embodiment, the amplitude, or amount of bulging across these contour path lines, can be adjusted in real time while viewing the three-dimensional result thus providing a mechanism for rapid verification of the accuracy, realism and general quality of the recreated three-dimensional image.

According to the present invention, a variety of interactive tools can be configured and employed to control the shape of the bulge or surface contours. Moreover, the system can, but need not necessarily, provide and/or employ one or more default shapes, e.g., a circle/sphere shape, that can be initially applied to an object. Independent of what shape is

Exhibit 2 Page 75

US 6,515,659 B1

9

10

initially applied, a key aspect of the present invention is the ability to adjust the cross section of an applied shape to achieve the desired visual effect. FIGS. 3A–3D provide a conceptual example of how the shape of the bulge or surface contours can be controlled or manipulated according to the present invention. For an exemplary bulge or contour algorithm, FIG. 3A depicts a circle 300 with a quarter circle cross-section cutout 302 that includes a default amplitude curve 304. The amplitude of the default bulge (which, by way of example, is circular or parabolic in shape) can be increased or decreased toward or away from the center curve 304 to become a linear shape 306 (flatten), a "minimum" curve 308 (concave or inverse effect), and a "maximum" curve 310 (approaching a square function) with various transitioning curve shape effect possibilities there between. FIG. 3C shows how the curve can transition with one simple adjustment. Although FIGS. 3A–3D demonstrate symmetrically shaped cross sections, it should be appreciated that the scope of the present invention additionally contemplates providing and employing other shape effects, or "families of shapes", including but not limited to shapes with non-symmetrical cross sections. According to the present invention, amplitude and cross section shape manipulations can be combined in any manner desired to achieve different shape effects or different families of surface contour shapes.

In a preferred embodiment, the interactive user interface is configured to allow the user to define and update any cross sectional shape with complete generality—polynomial, rational, intrinsic, or otherwise—once the surface contours and the bulge mesh (discussed below) have been constructed. Additionally, in a preferred embodiment, surface approximation techniques are implemented for providing global control over the shape of a reconstructed surface of an object once an initial surface has been constructed.

An exemplary preferred graphical user interface according to the present invention is configured to provide great flexibility by allowing the user to input or modify the shape of a bulge or surface contours in many different ways. One method for modifying a shape employs a graphical user interface configured to allow the user to place points anywhere along a working curve, as represented in FIG. 4A. In this example, three points are shown positioned along a default circle shape. The points were placed as shown by a user employing, for example, a tablet pen of the interactive user interface. FIGS. 4B and 4C provide two examples of how, according to the present invention, the points can be used to pull or stretch the default circle into different curve shapes. In a preferred embodiment, the resulting curve can be applied to the shape of the bulge when either positive or negative amplitude is applied. FIG. 4D illustrates how another method modifying a shape employs a graphical user interface configured to allow the user to freehand draw any curve shape with a pen tablet or similar user input mechanism. In a preferred embodiment, the curves are shown as symmetrical (as in FIGS. 4A–4D) for better visualization, but the user need only adjust one half of the curve to create the symmetrical effect.

In a preferred embodiment, the interactive user interface is configured to generate a three-coordinate graph representing the three-dimensional shape of the object being adjusted. This graphical representation helps the user visualize the object shape, contour, and amplitude. FIGS. 5A–5F demonstrate examples of how three-dimensional visual representations of surface contours are provided to the user according to the present invention. Referring to FIG. 5A, a boundary perimeter of an exemplary defined object is shown. FIG. 5B depicts an example of a three-coordinate

graph representing a bulge shape applied to the object of FIG. 5A. In this example, the user has defined a single point as the peak of the bulge. As the user adjusts the squaring function applied to the object, the three coordinate graph serves as a good indicator of the actual shape of the contour bulge shape being adjusted. FIG. 5C depicts an example of a three-coordinate graph representing an inverse spherical bulge shape applied to the object of FIG. 5A. In this example, the user has adjusted the shape toward the inverse of the sphere. FIG. 5D depicts an example of a three-coordinate graph representing a linear pyramidal shape function applied to the object of FIG. 5A. In this example, the user has selected a linear function employing the interactive user interface. FIGS. 5E and 5F are further examples of the varying shapes that the user may apply to the object according to the present invention. FIG. 5E depicts an example of a three-coordinate graph representing an elliptically shaped function applied to the object of FIG. 5A. FIG. 5F depicts an example of a three-coordinate graph representing a squared shape function applied to the object of FIG. 5A. It should be appreciated that shape functions other than those explicitly described herein can also be employed according to principles of the present invention. Moreover, in a preferred embodiment, the interactive user interface is configured to allow the user to rotate the generated graphs (or any other visual representations of surface contours). For example, the interactive user interface is configured to generate an image of an object with applied surface contours that rotates about a selected axis at a slow (or other) speed appropriate for viewing the rotating image.

FIG. 6A is curve representing wave shapes provided by an exemplary wave (or ripple) algorithm. FIG. 6B is a perspective, partial cross sectional view of an object that has had the algorithm of FIG. 6A applied to it to provide the appropriate depth appearance for this type of object. The peaks and valleys of the curve (FIG. 6A) respectively correspond to the high and low crests of the object (FIG. 6B) and can be applied to the image as one algorithm.

According to the present invention, any contour shape needed to provide a realistic appearing image can be generated without limitation. To this end, an exemplary preferred system and method according to the present invention facilitate application of a plurality of shaping algorithms to each object in any combination and in any order.

According to the present invention, still other graphical tools can be provided as part of the interactive user interface to assist the user in visualizing, at a glance, basic depth positions of objects. FIGS. 7A and 7B provide two examples of a graphical tool that includes a primary image graphic and one or more peripheral graphics. In the illustrated examples, the peripheral graphics comprise top and side views of path lines that have been applied to the objects shown in the primary image graphic. Alternatively, the peripheral graphics can provide complete top and side views of the objects, with or without path lines, points, etc. shown. It should also be understood that the peripheral graphics are not limited to top and side views and that other views (e.g., bottom, perspective) can additionally or alternatively be provided.

In FIG. 7A, an image of an ocean wave is displayed as the primary image graphic, and top and side views of the path lines applied to the wave object are displayed as the peripheral graphics. The peripheral graphic positioned below the primary image graphic is the "Top View", as if one were looking down at the screen. The peripheral graphic positioned to the right of the primary image graphic is the "Side View", as is one were looking sideways at the screen. As can be seen in FIG. 7B, the afore-described graphic tools also

Exhibit 2 Page 76

US 6,515,659 B1

11

allow the user to visualize depth and relationships between a plurality of objects present in an image by providing a graphical display of the multiple objects. Although the illustrated graphical display tools are helpful in visualizing object placement and depth values at a glance, preferably the user primarily relies upon viewing the actual three-dimensional result of the entire image.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the steps of: applying one or more straight or curved path lines within a defined object of a two-dimensional image; associating surface contours of a three-dimensional shape with the path lines; and generating a graphical representation of the surface contours along the path lines. In a preferred embodiment, the step of generating a graphical representation comprises rotating the graphical representation to correspond to a different perspective view of the surface contours.

An exemplary interactive user interface according to the present invention is configured to provide the user with a mechanism for quickly "capturing" image objects (or portions of objects) and applying surface contours to the captured object or object portion. This is particularly useful when the defined object to be captured is intricate or complex, such as the plant shown in FIG. 1J. In this example, in order for the perceived depth of the plant to appear correctly, the entire plant with all of its branches and leaves should smoothly contour inward toward the center where the three branches join. FIGS. 1K and 1L provide examples of how the defined object for the plant can be captured employing the interactive user interface. Preferably, the interactive user interface is configured to provide the user with flexible and versatile tools for capturing defined objects or portions of defined objects. These tools can include, for example, any combination of fully-automated, semi-automated or manual drawing tools. In FIG. 1K, a circle boundary **170** is shown. In this example, the interactive user interface is configured such that the system software, in response to inputs provided by the user, generates, resizes and repositions the circle boundary **170** within the image until the user accepts the drawn boundary and initiates the afore-described capture function. In FIG. 1L, a freehand drawn boundary **172** is shown. In either case, for this plant example, a center point is then applied to the captured object. As shown in FIG. 1M, a center point **174** has been applied at a position in the plant object where the three branches meet. FIG. 1N illustrates a Virtual Bulge that will be applied to the captured object with reference to the circle boundary **170** and the center point **174**. The Virtual Bulge is applied within the boundary perimeter of the captured object or object portion resulting in the entire complexity of the captured object being contoured, as shown in FIG. 1O, consistent with the shape (bulge) dictated by the algorithm(s) defining the Virtual Bulge. This feature of the present invention permits a vast increase in three-dimensional image recreating speed and flexibility—in this example, by facilitating rapid capture of the entire plant and application of an inward contouring bulge of a chosen direction and algorithm shape to the captured object.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes an interactive user interface configured to allow a user of the system to apply one or more points or straight or curved path lines within a defined object of a two-dimensional image, and to generate a three-dimensional image that shows sur-

12

face contours between a boundary perimeter of the defined object and the one or more points or straight or curved path lines, wherein the interactive user interface is configured to allow the user of the system to capture any portion or the entirety of a defined object of the two-dimensional image and to apply the surface contours to the captured portion of the defined object.

The Virtual Bulge is also very useful for defining the shape of a bulge where only a portion of the object is visible in the image. By so defining the shape of the bulge, the shape of the object is maintained independent of whether other objects are moved in front of the object that has the Virtual Bulge applied to it or whether objects are moved out of the way revealing more of the object that has the Virtual Bulge applied to it. FIGS. 1P and 1Q demonstrate examples of portions of objects to which spherically shaped Virtual Bulges have been applied. According to an embodiment of the present invention, the user completes the shape of the object creating a virtual object, in the case of these examples a circle, and then establishes a reference point for the bulge. In the case of a spherically shaped Virtual Bulge as applied in these examples, the reference point is a virtual center point that can be automatically determined and placed in consideration of the boundary perimeter of the virtual object or manually established employing any of the tools discussed herein.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes an interactive user interface configured to allow a user of the system to complete a full shape of a partial visible portion of a shape of a defined object in a two-dimensional image, the full shape of the partial object portion being a virtual object, as if the full object portion was visible and not hidden, having associated with it information pertaining to visible surface contours within a perimeter boundary of the defined object and hidden surface contours outside the perimeter boundary, the interactive user interface being configured to generate a three-dimensional image that shows the hidden surface contours when image objects in the two-dimensional image are repositioned such that a previously hidden portion of the image object is revealed.

An additional feature of the present invention is the ability to utilize paths identifying areas within images (e.g., "closed" contour ridge lines) for a wide variety of applications. As discussed below, one such application involves employing closed contour ridge lines within a defined object to recreate the object as a three-dimensional image. Referring to FIG. 1R, an image of a room is shown. The room has a left wall, a right wall, a floor, a ceiling and a back wall. In FIG. 1S, the defined object for the room is shown. In this example, the boundary perimeter **180** of the room object takes up the entire field of view of the image, and a contour ridge line or path **182** is defined around the back wall. Also in this example, the contour ridge line happens to be closed. However, it should be understood that the paths do not have to be "closed" in order to serve the function of identifying an area within a defined object. In this exemplary application, the entire area of the object identified by the path **182** is assigned a common depth value, while the other areas of the object (between the boundary perimeter **180** and the path **182**) are assigned depth values according to a selected algorithm and in consideration of the depth value assigned to the area identified by the path **182**. This depth value and the parameters of the afore-mention algorithm are adjusted as desired by the user to achieve the desired visual effect. In this example, the area of the object outside the path

Exhibit 2 Page 77

US 6,515,659 B1

13

**182** is "pushed back" in depth by having the linear cross section bulge applied to it, rather than a spherical or circular shaped bulge. Pushing back the wall, or rather, applying a bulge, causes the left and right wall to skew, the ceiling and floor to stretch, and the back wall to reposition itself accordingly with the edges of the walls maintaining their adjoined arrangement. This occurs by virtue of the minimization distancing of the meshing routine (discussed below). FIG. 1U demonstrates the end result of the room positioned inward in depth, or away from the viewer. If the linear bulge where applied with the opposite polarity, the effect would be the opposite with the room bulging outward toward the viewer rather than away from the viewer.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes an interactive user interface configured to allow a user of the system to apply a path identifying an area within an object of a two-dimensional image, the two-dimensional image to become one of the images of a three-dimensional image, and to adjust depth information associated with an area defined by the path that results in changes in a perceived depth of the area and of its adjoining surfaces relative to a perimeter boundary of the defined object in the three-dimensional image.

Sub-Objects

According to the present invention, objects can be divided into subportions or Sub-Objects and depth information can be individually applied to each Sub-Object. As a single object sometimes has many different contours of depth or dimension, this feature is particularly useful in recreating realistic appearing three-dimensional images. For example, FIG. 8A depicts an image **800** of a bridge held by round cables that stretch from the foreground into the background of the image. FIG. 8B shows a defined object **802** for the cables on the left side of the bridge. In this example, the operator may wish to define a sub-object of the object **802**, namely, a sub-object comprising the top (horizontal) cable as it appears in the foreground portion of the image. The reason for this is that at a certain point in the distance (background portion of the image), the roundness of the cable will not likely be discernable and therefore need not be included in the area of pixels to be shifted for purposes of creating the desired effect. According to the present invention, this foreground section of the left top cable can be defined as a sub-object by utilizing already-existing information pertaining the entire cable defined object **802**. Referring to FIG. **8**C, this foreground section of the cable can be conveniently defined as a sub-object by drawing a line **804** around the portion of the left cable that is to make up the sub-object. Rather than having to redefine the top portion of the cable, the operator simply draws around it to capture the already existing object path line. At locations **806, 808** and **810** on the image, where the left top cable connects with three foreground vertical cables, it may be desirable for the operator to exercise greater care (as shown in FIG. **8**C) in drawing the line **804**. The foreground portion of the left top cable has now been defined as a sub-object. FIG. **8**F is a further example showing one of the foreground vertical cables being defined as a sub-object of the object **802** by drawing a line **812** as shown so that round contours can also be applied to this sub-object for an enhanced more realistic effect.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes an interactive user interface configured to allow a user of the

14

system to view a perimeter boundary of a first defined object of a two-dimensional image, designate a portion of the perimeter boundary, and employ the portion to create a second defined object which facilitates an identification of pixels to be horizontally displaced to create an image for a three-dimensional image. In a preferred embodiment, the interactive user interface includes a drawing tool configured to allow the user to designate a portion of the perimeter boundary by drawing around it.

Referring to FIGS. **8**D and **8**E, a procedure is now discussed for restoring the roundness, or contour, of the left cable foreground sub-object. In this example, the amount of circular bulging that is applied to the cable in the foreground needs to be more than the amount of perceptible bulge that exists in the background. Accordingly, the amount of contour bulging amplitude should be decreased, e.g., in a proportional manner, moving along the cable toward its background portion. As shown in FIG. **8**D, a path line **814** is applied along a crest of the sub-object. According to the present invention, the amount of roundness to be applied from foreground to background can be determined by associating contours with skew and/or stretch information that has already been applied to a defined object. In this manner, the amount of bulge roundness (depicted, in FIG. **8**E, by a curve **816** at one location along the sub-object) becomes proportional to the amount of depth of the cable as it runs into the distance. The end result is a three-dimensional image of cable with its original roundness appearing realistic from foreground to background.

An image processing system for converting two-dimensional images into three-dimensional images according to another embodiment of the present invention includes an interactive user interface configured to allow a user of the system to apply one or more points or straight or curved path lines within a defined object of a two-dimensional image, and to generate a three-dimensional image that shows surface contours between a boundary perimeter of the defined object and the one or more points or straight or curved path lines, wherein the interactive user interface is configured to employ information already associated with a defined object to adjust a shape of the surface contours. In a preferred embodiment, the information comprises depth information that is employed by the system to automatically determine surface contour changes along a path line applied to the defined object. In a preferred embodiment, the information comprises skew or stretch information that is employed by the system to determine variations in the shape of the surface contours from foreground to background.

An image processing method for converting two-dimensional images into three-dimensional images according to another embodiment of the present invention includes the steps of: applying a straight or curved path line within a defined object of a two-dimensional image; associating the path line as points of a crest or trough; and displacing a plurality of image pixels of the two-dimensional image to provide a three-dimensional image in which the crest or trough appears within the three-dimensional image to transition in depth along the path line, the crest or trough contouring from all points on the path line towards a boundary perimeter of the defined object. In a preferred embodiment, the step of applying the path line comprises: freehand drawing the path line within the defined object.

Triangular Meshing Algorithm

The triangular meshing routines of the present invention generate a continuous, "well behaved", convex mesh of triangles with vertices defined by an input set of points defined in 2+1 real space. Each point has two coordinates in

**Exhibit 2 Page 78**

US 6,515,659 B1

15

the real Cartesian plane and one depth coordinate that may be loosely thought of as a third real coordinate. This mesh is then lifted off of the real plane according to the depth value of each of the defining points of the mesh.

A continuous mesh denotes a mesh with no "holes" in it, i.e., all of the area within the convex hull of the mesh is filled with triangles. A "well behaved" mesh denotes a mesh that, when lifted off of the plane, approximates a smooth 2-dimensional surface, in the sense of a continuous tangent space, embedded in real 3-space, i.e., a surface with no jagged edges or cusps.

The input of the algorithm is a list of points with real x and y coordinates and a real depth value that corresponds to the screen viewing depth. These points are defined in multiple disjoint sets termed "contours", each set being composed of points with the same depth value. In FIG. 9, an image **900** has a "ridge" contour **902** and surface contours **904** and **906**. These contours are analogous to contours on a topographical map with each contour defining a screen depth rather than an altitude.

The output is a list of triangles in real 2+1-space (real plane plus depth) and the corresponding plane in real 3-space that each triangle lies in.

Triangular Meshing Algorithm Details

Working in the Real Plane

A triangle is constructed from the input points such that all of the points in the input list lie inside it. The list of points is then read through. Each time a point is found inside of a triangle, the triangle is split into three triangles defined by four points: the three vertices of the original triangle and the point found inside the original triangle. For example; the first point in the list will be found to lie inside of the original constructed triangle (all of the points do by construction) so that the triangle is divided into three new triangles. Another point from the list will be found inside one of these triangles and three other triangles will be constructed within that triangle. FIGS. **10**A and **10**B demonstrate a step of this process.

Each time a point is found to lie on the edge of a triangle, the triangle is divided into two new triangles defined by the original triangle and a line segment from the point on the edge to the vertex opposite that edge. The same is done to the triangle that shares the edge with the point. FIGS. **11**A and **11**B demonstrate a step of this process.

After a point in the list is found to be in the interior or on the boundary of a pre-existing triangle, and new triangles are constructed accordingly, the point is no longer searched for or used to construct other triangles in the manner discussed above. This general method is followed until all points in the list have been found.

During the meshing process, it is necessary to take steps to ensure that the final result will model a smooth surface. There are two primary issues addressed in the meshing scheme to ensure smoothness. One issue is how to choose which points belong to which triangles. This is an important check step after a new point has been found and new triangles have been constructed. It is important that triangles are, in general, defined by points that are close to each other in an appropriate sense. All depth values in a triangle are given by the plane that the three vertices of the triangle lie in. This means that the mesh is a piecewise linear approximation of a surface, and the closer the data used for approximation is to the computed values, the better the approximation is. Without this check, a surface filled with steep, long valleys and cusp peaks may be constructed rather than a smooth surface.

The two choices possible for constructing two triangles from the same four points will produce a very different

16

surface. According to the present invention, FIGS. **12**A and **12**B demonstrates good and bad triangle approximation, respectively. Each time a new point is found, and new triangles are constructed with the point, new edges are checked to ensure that they are as short as possible given the surrounding triangles. If this is not the case, then the edge is swapped in the manner illustrated in FIGS. **13**A–**13**C.

Distance Minimization

Since switching the edges of a triangle may locally affect the distance relationships of vertices of other triangles, the distance minimization routine is applied in a recursive manner so that all local triangles are checked and updated appropriately. One result of this is that after completion of the distance minimization routines, the algorithm produces one unique mesh for a particular set of points, no matter what order the points are found in, and the total edge length of all triangles in the mesh is minimal.

Smoothness

The second issue is how each triangle is defined relative to the contours. A triangle is considered to be "cross-contour" if two of its vertices lie on one contour and the third lies on the next consecutive (higher or lower) contour. Whether all the triangles are cross-contour or some of the triangles are not has a considerable impact on the shape of the mesh surface and the accuracy of the mesh in providing a surface approximation.

This is the last issue impacting the basic shape of the mesh that is considered during the meshing process. Once a complete mesh is constructed with distance minimization, each triangle in the mesh is checked to ensure that it is cross-contour. In general, this will not be the case, and the mesh is recursively adjusted so that all triangles are defined on two consecutive contour levels while retaining a minimal distance between connected points. FIGS. **14**A and **14**B illustrate before and after forced cross-contouring, respectively. In FIG. **14**A, one of the triangles is defined on only a single contour, prior to the cross-contouring which adjusts the mesh to provide the triangles shown in FIG. **14**B.

Next a smoothing routine is applied. This step removes any sharp drops or peaks that may have occurred during the distance minimization process and cross-contour forcing due to points on the center ridge being further apart than the width of the object. FIG. **15** illustrates an exemplary application of the surface smoothing routine of the present invention. In this figure, it can be seen that an initial mesh generated employing distance minimization and cross-contour forcing can yield a ridge line that is distorted. Although these peaks and drops (along the ridge) adhere to the distance and contouring constraints, they nevertheless produce an unwanted jagged appearance that is remedied during the smoothing process. The end result is a mesh that gives a close surface approximation by ensuring a consecutive and regular progression from one depth level to another and approximating unknown depth values (i.e., non-vertex depth values) with the closest possible depth data—data from close points in the mesh. In the illustrated example, the ridge line is preserved and the cross-contouring condition is still met even though distance minimization at some points has been overridden for smoothness.

Continuity

Continuity is ensured by the recursive nature of constructing new triangles from old triangles and found points. Since each set of new triangles is contained in a previously constructed triangle and each of these sets (as the union of the triangles it is composed of) contains the triangle that it is constructed from, there will be no gaps in the mesh.

**Exhibit 2 Page 79**

US 6,515,659 B1

17

18

Removing Unwanted Triangles

Because the process of creating the mesh starts with an initial triangle that contains all points in the point list in its interior, but is defined by three points not in the point list, there are triangles produced that are not part of the intended mesh and these are removed after the mesh in the plane is generated. This is accomplished by removing all triangles that have one or more of the three points, which not contained in the input list of points, as vertices.

Refinement

The above meshing steps are applied only to the points in the outside path that defines the object and the ridge line peaks(s) and trough(s) that the user specifies. This creates an initial mesh of triangles that connects the ridges to the outside path in a radial manner (FIG. 16A, by way of example) and defines a linear surface approximation when a depth coordinate is applied as discussed in the next section.

To generate more contour levels and triangles defined on these contours, each triangle in the mesh is divided up according to a non-negative input parameter, N. The number of contours that the final mesh has can be expressed as:

number of contours=$2^N$+1.

Once the target number of contours is determined, the existing triangles are refined accordingly by recursively applying a division algorithm until the desired number of contours is reached. For example, if N=2 and there is one point-ridge, then there will be five contours, including the outside path and the ridge-point (FIG. 16B), and if N=4, then there will be 17 contours (FIG. 16C).

Further with regard to triangle division/refinement, FIGS. 17A–17D diagram another example of recursive triangle refinement from two contours to three contours, and then from three contours to five contours.

Embedding the Mesh as a Surface in 3-Space

The depth coordinate is not used during the construction of the mesh except to ensure that all triangles are cross-contour. When the mesh is complete in the plane, the depth value of each of the points in the triangular mesh is used to give each triangle vertex a third real coordinate.

Applying the Triangular Mesh to Give the Appearance of Depth

The purpose of generating a triangular mesh is to provide a structure (or framework) for giving a visual object a realistic appearance of depth. This is accomplished by assigning all of the pixels contained in each triangle of the mesh the depth value of the point on the triangle directly above the pixel. In a sense, every pixel, as a point on the real plane embedded in real 3-space, is projected up onto the plane of the triangle in the mesh above (or below) the point.

The Triangular Meshing Algorithm and Contouring

The triangular meshing algorithm and the method of surface contouring are combined to give variant depth and shape to the surface of graphical objects during the Dimensionalization process. These two methods are implemented at the user interface. As described in the Objects and Contouring section above, a user first defines an object by drawing a closed path around the desired graphical object on the view screen. The user may then draw ridge paths or points within the boundary path. Each of these paths is input to the meshing algorithm as distinct contours in the form of distinct lists of the points that make up each path. The number of points selected from a given path for inclusion in the list, e.g., every fifth pixel along the path, can take into consideration various factors such as the nature of the object, resolution required, processing power available, etc.

The user can also select the number of contours that the final mesh will contain (in a preferred embodiment, a default number of contours is also provided in the software). The appropriate number of contours is then generated with the triangle refinement routines.

Finally, the user can input the general shape of the surface (an exemplary default shape is parabolic), and the contours are lifted or dropped the appropriate depth based on this shape.

FIGS. 18A–18G diagram the general stages of the contouring and meshing processes of the present invention on a square-shaped object and a ridge positioned within the object.

1) The user defines a boundary perimeter for the object and a ridge within the object (FIG. 18A).

2) The meshing software constructs an initial triangle that contains the object path points (FIG. 18B). In this example, twelve points were taken from the boundary perimeter path and three points were taken along the ridge path.

3) A first point of the ridge path (selected by the user) is employed along with the vertices of the initial containment triangle to split the initial containment triangle into three new triangles (FIG. 18C).

4) After all of the points have been processed, the result is the initial distance minimization meshing (FIG. 18D).

5) All non-object triangles, i.e., triangles outside the boundary perimeter, are removed (FIG. 18E).

6) Cross contour forcing and smoothing routines are applied (FIG. 18F). In this example, this processing step salvages the ridge contour that was lost when applying only the distance minimizing scheme.

7) The user specifies three contours, causing one level of triangle refinement (FIG. 18G).

8) Finally, the user specifies the general shape of the surface, and the contours are lifted accordingly. The same mesh produces different shapes for the same object, depending on the input shape and the desired amplitude of the ridges. This is exemplified by a comparison of the objects in FIGS. 16D and 16E which share a common mesh but have different input shapes.

An image processing method for converting two-dimensional images into three-dimensional images according to another embodiment of the present invention includes the steps of: processing data associated with a defined object and one or more ridge points or path lines within a two-dimensional image to generate a mesh pattern of triangles that overlays the two-dimensional image; and associating pixel depth values with the mesh pattern of triangles to create three-dimensional surface contours for rendering the two-dimensional image into a three-dimensional image. In a preferred embodiment, the data associated with the defined object comprises locations of points that are positioned along a boundary perimeter of the defined object. In a preferred embodiment, the data associated with the path lines comprises locations of points that are positioned along the path lines. In a preferred embodiment, the data processing step comprises: defining triangles of the mesh pattern with vertices taken from points along a boundary perimeter of the defined object and from the one or more ridge points. In a preferred embodiment, the data processing step comprises: defining triangles of the mesh pattern with vertices taken from points along an outline of the defined object and from points along the one or more path lines. In a preferred

Exhibit 2 Page 80

US 6,515,659 B1

19                                                                 20

embodiment, the data processing step comprises: defining triangles of the mesh pattern such that the triangles obey one or more rules pertaining to distance minimization between vertices of the triangles. In a preferred embodiment, the triangles are defined employing a recursive processing technique and/or employing an edge swapping technique. In a preferred embodiment, the data processing step comprises: defining triangles of the mesh pattern such that the triangles obey one or more rules pertaining to vertices of the triangles crossing contours. In a preferred embodiment, the pixel depth values correspond to a (three-dimensional) surface shape that is applied to the mesh pattern. In a preferred embodiment, the pixel depth values correspond to a desired amplitude of the mesh pattern.

In a preferred embodiment, the image processing method for converting two-dimensional images into three-dimensional images further includes the step of processing the data associated with the mesh pattern employing an edge smoothing processing technique to further modify the triangles of the mesh pattern prior to the step of associating pixel depth values. In a preferred embodiment, the edge smoothing processing technique further modifies the triangles such that one edge of each triangle corresponds to a surface contour and the other two edges are cross contour.

In a preferred embodiment, the image processing method for converting two-dimensional images into three-dimensional images further includes the step of processing the data associated with the mesh pattern employing a triangle refining processing technique to further modify the mesh pattern to accommodate one or more additional surface contours prior to the step of associating pixel depth values. In a preferred embodiment, the triangle refining processing technique determines the one or more additional surface contours in response to a desired level of contour resolution.

Naturally, products generated by any of the systems or methods disclosed herein also fall within the scope of the present invention. Such products include, but are not limited to, any three-dimensional image generated employing any of the methods or systems described herein as well as any form of device upon which is stored information (or data) pertaining to any such three-dimensional image (e.g., machine-readable storage media such as digital video disks, digital tape, etc.). Any data storage media that stores images, information or data created employing any of the methods or systems described herein also falls within the scope of the present invention.

Those skilled in the art will appreciate that various adaptations and modifications of the just described preferred embodiment can be configured without departing from the scope and spirit of the invention. For example, tools that can help differentiate certain values within an image such as hue and saturation of a color, or brightness value can also be employed to assist with recognizing and defining objects. Motion can also be used to help recognize and define objects. Therefore, it is to be understood that, within the scope of the appended claims, the invention may be practiced other than as specifically described herein.

We claim:

**1**. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface providing an object drawing tool configured to allow a user of the system to apply one or more straight or curved path lines within a defined object of a two-dimensional image, the interactive user interface being configured to generate from

the two-dimensional image a three-dimensional image in which one or more of the path lines appears to the user as a ridge protruding toward or away from the user, the ridge contouring from all points on the path line towards a boundary perimeter of the defined object.

**2**. The image processing system for converting two-dimensional images into three-dimensional images of claim **1**, wherein the interactive interface is configured such that the object drawing tool allows the user to freehand draw the one or more straight or curved path lines within the defined object.

**3**. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

freehand drawing a straight or curved path line within a defined object of a two-dimensional image;

associating the path line as points of a crest or trough; and

displacing a plurality of image pixels of the two-dimensional image to provide a three-dimensional image in which the crest or trough appears within the three-dimensional image to transition in depth along the path line, the crest or trough contouring from all points on the path line towards a boundary perimeter of the defined object.

**4**. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

applying one or more straight or curved path lines within a defined object of a two-dimensional image;

associating surface contours of a three-dimensional shape with the path lines; and

generating a graphical representation of the surface contours along the path lines.

**5**. The image processing method for converting two-dimensional images into three-dimensional images of claim **4**, wherein the step of generating a graphical representation comprises:

rotating the graphical representation to correspond to a different perspective view of the surface contours.

**6**. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface configured to allow a user of the system to view a perimeter boundary of a first defined object of a two-dimensional image, designate a portion of the perimeter boundary, and employ the portion to create a second defined object which facilitates an identification of pixels to be horizontally displaced to create an image for a three-dimensional image.

**7**. The image processing system for converting two-dimensional images into three-dimensional images of claim **6**, wherein the interactive user interface includes a drawing tool configured to allow the user to designate a portion of the perimeter boundary by drawing around it.

**8**. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface configured to allow a user of the system to apply one or more points or straight or curved path lines within a defined object of a two-dimensional image, and to generate a three-dimensional image that shows surface contours between a boundary perimeter of the defined object and the one or more points or straight or curved path lines;

wherein the interactive user interface is configured to allow the user to adjust a shape of the surface contours

**Exhibit 2 Page 81**

US 6,515,659 B1

21                                                                    22

about one or more of the points or path lines while viewing changes made to the surface contours.

9. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface includes an object drawing tool configured to allow the user to freehand draw the one or more points or straight or curved path lines within a defined object.

10. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to designate a point or path line within the defined object as an upper or lower-most elevation within the three-dimensional image.

11. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to select one or more of the points or path lines and to apply a plurality of three-dimensional shapes about the points or path lines to generate the surface contours.

12. The image processing system for converting two-dimensional images into three-dimensional images of claim 11, wherein the interactive user interface is configured to allow the user to apply a plurality of shaping algorithms corresponding to the three-dimensional shapes in any combination and in any order.

13. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to employ a function to adjust a curved shape of the surface contours.

14. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to control variations in perceived depth between any two of the points or path lines.

15. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to change a shape of the surface contours by modifying or repositioning one or more of the points or path lines.

16. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to apply amplitude adjustments to the surface contours.

17. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user to apply shape adjustments to the surface contours.

18. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to employ information already associated with a defined object to adjust a shape of the surface contours.

19. The image processing system for converting two-dimensional images into three-dimensional images of claim 18, wherein the information comprises depth information is employed by the system to automatically determine surface contour changes along a path line applied to the defined object.

20. The image processing system for converting two-dimensional images into three-dimensional images of claim 18, wherein the information comprises skew or stretch

information that is employed by the system to determine variations in the shape of the surface contours from foreground to background.

21. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein:

the defined object excludes one or more areas within a perimeter boundary of the defined object; and

the interactive user interface is configured to generate the three-dimensional image with the surface contours not being applied to the one or more areas such that the one or more areas appear as holes in the defined object allowing any object with its own depth properties to be visible.

22. The image processing system for converting two-dimensional images into three-dimensional images of claim 8, wherein the interactive user interface is configured to allow the user of the system to capture any portion or the entirety of a defined object of the two-dimensional image and to apply the surface contours to the captured portion of the defined object.

23. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface configured to allow a user of the system to apply a path identifying an area within an object of a two-dimensional image, the two-dimensional image to become one of the images of a three-dimensional image, and to adjust depth information associated with an area defined by the path that results in changes in a perceived depth of the area and of its adjoining surfaces relative to a perimeter boundary of the defined object in the three-dimensional image.

24. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface configured to allow a user of the system to complete a full shape of a partial visible portion of a shape of a defined object in a two-dimensional image, the full shape of the partial object portion being a virtual object, as if the full object portion was visible and not hidden, having associated with it information pertaining to visible surface contours within a perimeter boundary of the defined object and hidden surface contours outside the perimeter boundary, the interactive user interface being configured to generate a three-dimensional image that shows the hidden surface contours when image objects in the two-dimensional image are repositioned such that a previously hidden portion of the image object is revealed.

25. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

processing data associated with a defined object and one or more ridge points or path lines within a two-dimensional image to generate a mesh pattern of triangles that overlays the two-dimensional image; and

associating pixel depth values with the mesh pattern of triangles to create three-dimensional surface contours for rendering the two-dimensional image into a three-dimensional image.

26. The image processing method for converting two-dimensional images into three-dimensional images of claim 25, wherein the data associated with the defined object

Exhibit 2 Page 82

US 6,515,659 B1

23

comprises locations of points that are positioned along a boundary perimeter of the defined object.

**27**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the data associated with the path lines comprises locations of points that are positioned along the path lines.

**28**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the data processing step comprises:

defining triangles of the mesh pattern with vertices taken from points along a boundary perimeter of the defined object and from the one or more ridge points.

**29**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the data processing step comprises:

defining triangles of the mesh pattern with vertices taken from points along an outline of the defined object and from points along the one or more path lines.

**30**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the data processing step comprises:

defining triangles of the mesh pattern such that the triangles obey one or more rules pertaining to distance minimization between vertices of the triangles.

**31**. The image processing method for converting two-dimensional images into three-dimensional images of claim **30**, wherein the triangles are defined employing a recursive processing technique.

**32**. The image processing method for converting two-dimensional images into three-dimensional images of claim **30**, wherein the triangles are defined employing an edge swapping technique.

**33**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the data processing step comprises:

defining triangles of the mesh pattern such that the triangles obey one or more rules pertaining to vertices of the triangles crossing contours.

**34**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising the step of:

processing the data associated with the mesh pattern employing an edge smoothing processing technique to

24

further modify the triangles of the mesh pattern prior to the step of associating pixel depth values.

**35**. The image processing method for converting two-dimensional images into three-dimensional images of claim **34**, wherein the edge smoothing processing technique further modifies the triangles such that two vertices of each triangle lie at the same depth level and the third vertex lie at an adjacent depth level.

**36**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising the step of:

processing the data associated with the mesh pattern employing a triangle refining processing technique to further modify the mesh pattern to accommodate one or more additional surface contours prior to the step of associating pixel depth values.

**37**. The image processing method for converting two-dimensional images into three-dimensional images of claim **36**, wherein the triangle refining processing technique determines the one or more additional surface contours in response to a desired level of contour resolution.

**38**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the pixel depth values correspond to a surface shape that is applied to the mesh pattern.

**39**. The image processing method for converting two-dimensional images into three-dimensional images of claim **38**, wherein the surface shape is three-dimensional.

**40**. The image processing method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the pixel depth values correspond to a desired amplitude of the mesh pattern.

**41**. An article of data storage media upon which is stored images, information or data created employing any of the methods or systems of claims **1–40**.

**42**. A method for providing a three-dimensional image, comprising the steps of:

receiving or accessing data created employing any of the methods or systems of claims **1–40**; and

employing the data to reproduce a three-dimensional image.

\*    \*    \*    \*    \*

Exhibit 2 Page 83

**EXHIBIT 3**



US006686926B1

(12) **United States Patent**  (10) **Patent No.:**   **US 6,686,926 B1**
Kaye  (45) **Date of Patent:**   **Feb. 3, 2004**

(54) **IMAGE PROCESSING SYSTEM AND METHOD FOR CONVERTING TWO-DIMENSIONAL IMAGES INTO THREE-DIMENSIONAL IMAGES**

(75) Inventor: **Michael C. Kaye**, Agoura Hills, CA (US)

(73) Assignee: **In-Three, Inc.**, Agoura Hills, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 134 days.

(21) Appl. No.: **09/819,420**

(22) Filed: **Mar. 26, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/085,746, filed on May 27, 1998, now Pat. No. 6,208,348.

(51) **Int. Cl.$^7$** .............................................. G06T 15/00
(52) **U.S. Cl.** ...................................................... 345/680
(58) **Field of Search** ................................ 345/419, 420, 345/619, 629, 427, 647, 672, 680, 676

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,621,127 A | 11/1971 | Hope | .......................... | 345/419 |
| 3,737,567 A | 6/1973 | Kratomi | .................... | 345/419 |
| 3,851,955 A | 12/1974 | Kent et al. | ................. | 364/200 |
| 4,017,166 A | 4/1977 | Kent et al. | ................. | 364/900 |
| 4,021,846 A | 5/1977 | Roese | ...................... | 345/418 |
| 4,168,885 A | 9/1979 | Kent et al. | ................. | 352/129 |
| 4,183,633 A | 1/1980 | Kent et al. | ................. | 352/129 |
| 4,235,503 A | 11/1980 | Condon | ...................... | 350/1.2 |
| 4,436,369 A | 3/1984 | Bukowski | ................... | 999/130 |
| 4,544,247 A | 10/1985 | Ohno | ........................ | 352/62 |

| | | | | |
|---|---|---|---|---|
| 4,603,952 A | 8/1986 | Sybenga | ...................... | 352/65 |
| 4,819,064 A | * 4/1989 | Diner | .......................... | 348/47 |
| 5,002,387 A | 3/1991 | Baljet et al. | ................ | 352/63 |
| 5,402,191 A | 3/1995 | Dean et al. | .................. | 352/63 |
| 5,481,321 A | 1/1996 | Lipton | ........................ | 352/57 |
| 5,699,444 A | 12/1997 | Palm | ......................... | 382/106 |
| 5,742,291 A | 4/1998 | Palm | ......................... | 395/120 |
| 5,748,199 A | 5/1998 | Palm | ......................... | 345/473 |
| 5,929,859 A | 7/1999 | Meijers | ...................... | 345/419 |
| 5,973,700 A | 10/1999 | Taylor et al. | ............... | 345/427 |
| 6,031,564 A | 2/2000 | Ma et al. | ..................... | 348/43 |
| 6,088,006 A | 7/2000 | Tabata | ........................ | 345/7 |
| 6,091,421 A | 7/2000 | Terrasson | ................... | 345/419 |
| 6,166,744 A | * 12/2000 | Jaszlics et al. | .............. | 345/629 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/24000 | 12/1996 |
| WO | WO 99/12127 | 3/1999 |

OTHER PUBLICATIONS

Kaufman, D., "The Big Picture", Apr. 1998, http://www.x-enotech.com (downloaded Sep. 8, 1998).

* cited by examiner

*Primary Examiner*—Phu K. Nguyen
(74) *Attorney, Agent, or Firm*—Henricks, Slavin & Holmes LLP

(57) **ABSTRACT**

An image processing system and method for converting two-dimensional images into three-dimensional images is embodied in a workstation with multiple interactive user interfaces configured to facilitate implementation of a variety of image processing techniques. By employing these tools and methodologies, an operator can rapidly render great numbers of objects in digitized images and observe the results in real time as algorithms pertaining to the object are adjusted.

**27 Claims, 34 Drawing Sheets**



Exhibit 3 Page 84



Fig. 1

Exhibit 3 Page 85



Fig. 2

DIMENSIONALIZATION™ WORKSTATION

Exhibit 3 Page 86



Fig. 3A



Fig. 3B

**Exhibit 3 Page 87**

310



Fig. 3C



Fig. 3D

312  314   316   318

**Exhibit 3 Page 88**

320



Fig. 3E



322

322

Fig. 3F

Exhibit 3 Page 89



324          Fig. 3G



326   328   Fig. 3H          330

Exhibit 3 Page 90



Fig. 4

Exhibit 3 Page 91



Fig. 5

Exhibit 3 Page 92



Fig. 6

Exhibit 3 Page 93



Fig. 6A

Exhibit 3 Page 94



**Fig. 6B**

**Fig. 6C**

**Fig. 6D**

Exhibit 3 Page 95



Fig. 6E

Exhibit 3 Page 96



Fig. 7

**Exhibit 3 Page 97**



**POSITION**
Fig. 8A



**SKEW**
Fig. 8B



**BEND**
Fig. 8C



**STRETCH**
Fig. 8D

Exhibit 3 Page 98



## SPHERICAL BULGE

Fig. 8E



## STRAIGHT BULGE

Fig. 8F



## CONE BULGE

Fig. 8G



## CORNER PUSH

Fig. 8H

Exhibit 3 Page 99



# TUNNEL EFFECT

## Fig. 8I



# SEMI-SPHERE

## Fig. 8J

Exhibit 3 Page 100



Fig. 9A

Fig. 9B

Exhibit 3 Page 101



Fig. 9C

Exhibit 3 Page 102



Fig. 10

Exhibit 3 Page 103



Fig. 11A

Fig. 11B

Fig. 11C

Fig. 11D

Fig. 11E

Fig. 11F

Exhibit 3 Page 104



Fig. 11G

Fig. 11H

**Exhibit 3 Page 105**



# Fig. 12

Exhibit 3 Page 106



Fig. 13A

Fig. 13B

Fig. 13C

Fig. 13D

Exhibit 3 Page 107



Fig. 14A



Fig. 14B

**Exhibit 3 Page 108**



Fig. 14C

Fig. 14D

Fig. 14E

Exhibit 3 Page 109



Fig. 15A

Fig. 15B

Fig. 15C

**Exhibit 3 Page 110**



1512

Fig. 15D

1510



1514
1516

Reference
Point

Drag to
New Position

Stretch

Fig. 15E

1510 '

Exhibit 3 Page 111



Fig. 16A



Fig. 16B

Fig. 16C

Exhibit 3 Page 112



Fig. 17A



Fig. 17B

Fig. 17C

Fig. 17D

Exhibit 3 Page 113



Fig. 18A



Fig. 18B



Fig. 18C

Exhibit 3 Page 114



Fig. 19A



Fig. 19B

Exhibit 3 Page 115



Fig. 20B

Fig. 20D

Fig. 20A

Fig. 20C

Exhibit 3 Page 116



SPIRAL

Fig. 21A



Fig. 21B

Exhibit 3 Page 117



WAVE
Fig. 22A



WAVE
Fig. 22B



WAVE
Fig. 22C

**Exhibit 3 Page 118**

US 6,686,926 B1

1

# IMAGE PROCESSING SYSTEM AND METHOD FOR CONVERTING TWO-DIMENSIONAL IMAGES INTO THREE-DIMENSIONAL IMAGES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/085,746 entitled "System and Method for Converting Two-Dimensional Images Into Three-Dimensional Images" filed on May 27, 1998, now U.S. Pat. No. 6,208,348 which is incorporated herein in its entirety.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a system and method for processing two-dimensional images and, more particularly, pertains to a system and method for converting two-dimensional images into three-dimensional images.

### 2. Description of the Related Art

While three-dimensional photography and software for manipulating images are known, the art of image projection is devoid of a system and method which is particularly adapted to converting two-dimensional images into a format suitable for three-dimensional projection and which provides user-friendly, interactive interfaces which allow for rapid selection of objects within images and efficient application of object rendering functions to the selected objects for the purpose of creating a stereo pair of left and right images for three-dimensional projection.

## SUMMARY OF THE INVENTION

### Three Dimensional Imaging

The term 3D is now a commonly used term adopted by the computer graphics world, which actually refers to computer generated images that show height, width, and depth viewed in two dimensions. Prior to the advent of 3D graphics, the term 3D suggested the viewing of images whereby depth is perceived. To avoid confusion, the term 3D in this patent application refers to the reproduction of moving images in such a way that depth is perceived and experienced by the viewer.

There are two very fundamental types of 3D images, stereoscopic and auto-stereoscopic. The term stereoscopic imaging refers to each eye being presented with an image both from one fixed related angle of view. Each image, although very similar, is from a different horizontal angle of view of only 2.5 to 3 inches. This is merely a recreation of the two images presented to our brain for depth perception in the real world. If an image is viewed with only one eye, or if both eyes receive the same information, the brain loses its ability to perceive depth.

When viewing television, movies, photographs, or even a painting on the wall, both eyes see the same information and

2

the experience of reality is lessened as depth and dimension have to be imagined.

Auto-stereoscopic refers to images presented to each eye with one major difference; there is no fixed angle of view. As you move from left to right of the image, the perspective changes. One sees a different angle of view, which will be referred to as the "look around effect". This is the same effect as when viewing a hologram, although holographic technology at present has far greater unusable restrictions to be used for full color motion applications. The major advantage of auto-stereoscopic viewing is that it does not require special eyewear in order to differentiate between left and right eye images. Instead, the three-dimensional image is a result of a simulated parallax effect produced by a range of simultaneous multiple available viewing angles as compared to just two separate left/right images as with stereoscopic imaging.

Although auto-stereoscopic will be the next natural progression in image technology after stereoscopic 3D, it is actually much more difficult to implement since it requires the simultaneous availability of multiple images containing different viewing angles. The quality of the 3D effect with auto-stereoscopic imaging is also dependent on the high number of available images, or angles of views available.

Some desirable benefits to viewing images in 3D include the fact that ordinary images tend to become much more interesting to view. The reproduction of depth causes one to be drawn to detail in a way that ordinarily would not occur.

### The Dimensional™ Process

The term Dimensionalize™ Process describes and defines the method of converting standard two-dimensional images to 3D according to the present invention. The process fundamentally involves scanning images into a computer based system and, with the use of graphic image software and specialized custom software, creating a three-dimensional image that can then be used for viewing and for re-recording for three-dimensional viewing.

A three-dimensional stereoscopic image is composed of two images, a left and right angle of view simulating the natural stereoscopic distance of our eye separation. The Dimensionalize™ Process defines the original image as the reference, or left image. The right image starts off as being a duplicate of the reference (left) image but is to become the newly rendered image.

The fundamentals for Dimensionalizing™ images are to first establish the center, background, and foreground objects and subjects for dimensional placement. Graphic Image software may be used for placement and manipulation of the subjects or objects within a scene or image. Objects or subjects are defined typically by a person, who will be referred to as the Dimensionalist™. The Dimensionalist™ is a person who has the artist's task of drawing around the subjects or objects within the picture. Those identified objects will later be given depth by placing them forward and backward within the image. The Dimensionalist™ draws around objects thereby establishing "user definable" areas or regions.

It would be desirable to have a system including a computer with high-speed decision-making capability of recognizing picture content. Only then, with such computing intelligence would the human not have to take the time to identify and draw around objects. Unfortunately, even with the present state of technology, software to accomplish such a task does not yet exist. The properties that make up an object in an image or scene are too complex for a computer

Exhibit 3 Page 119

US 6,686,926 B1

**3**

to have the ability to recognize picture content and isolate objects and subjects within a scene. There is not enough definable information whereby software can differentiate between all the image variables that contribute to that particular object or subject within a scene. In other words, if a scene contains a bunch of bananas in the foreground against a yellow background, the brain has a rather unique ability to recognize the bananas at all angles and lighting variations. Technology has not yet evolved to the extent that software has object and subject recognition capability.

There are some useful tools that can help differentiate certain values within an image such as hue and saturation of a color, or its brightness value. Even though these tools may be of use and may aid the process, a human must still be relied upon for the accurate determination of object identification.

Scanning the Film to Digital Storage:

Film images must first be scanned on a high quality motion picture film scanner. Each film frame must be pin registered in order to obtain the maximum image stability as possible. If the film images are not pin registered and moving around, the Dimensionalizing™ process will be enormously aggravated while trying to isolate objects and subjects from frame to frame. Additionally, if the frames are "weaving" left to right the end result 3D effect will be further reduced.

The film images are scanned at a sufficiently high resolution so that there is little or no apparent loss in resolution once the images are eventually re-recorded back onto new film stock, or reproduced by direct electronic projection. The most common motion picture aspect ratio is 1.85 to 1. Although most modern film scanners adequately scan and re-record images at 2,000 by 2,000 pixel resolution, the 1.85 aspect ratio frame is such that the vertical resolution is actually 1,300 pixels from top to bottom, with the remainder of pixels being discarded in order to conform to the 1.85 to 1 aspect ration. It is desirable to scan a film with as much pixel resolution as possible and practical. The drawback for increased pixel resolution is the file size for each scanned image.

It may be desirable to telecine transfer the film to a convenient format for previewing the amount of work required for the Dimensional project for that particular film project.

Color Correction:

Each frame that makes up the motion picture image has been scanned and stored in a high-density digital storage system. The images must be color corrected prior to the separation of images for three-dimensional rendering. Color correction is accomplished by the use of both hardware and software. Color correction with this process is sped up by performing the corrections on the lower resolution images while recording the parameters and translating those parameters applying the correction decisions to the high-resolution images. In this way the processing time may be deferred and automatically carried out on the high-resolution images while the operator is busy color correcting the next scene or scenes.

Filter Management & Application:

One of the advantages of digital imagery is the ability to apply image filters such as enhancements and film grain reduction that would not be possible otherwise. After the color correction decisions have been applied to the high-resolution images it may be desirable to apply varying levels of image enhancement to various frames or scenes. Although this may be monitored on the lower resolution format, results should be tested on the high-resolution

**4**

images. Film grain reduction parameters may be viewed on the lower resolution images.

The Dimensionalize™ Process

Object Management:

The first step to Dimensionalizing™ an image is to establish and store all the user definable areas of each frame so they may be easily recalled from memory whether it is from hardware or software. Once the subjects are defined they may be recalled from one frame (or frame space) to the next. It should be noted that objects and subjects within a particular scene do not necessarily change frame-to-frame unless that scene contains very high motion content. It is not that high motion content does not exist; however, on the average, there is a much higher content of repetitive frame-to-frame image content. Therefore, the defined areas of objects or subjects may be carried or copied over from one frame to the next and then repositioned and modified for efficiency rather than having to redraw each and every frame from scratch. To redraw every image would be extremely tedious and take an extraordinary amount of time.

The defining process may be accomplished using the lower resolution images for increased speed. All object and subject defining parameters are recorded, translated, and applied to the high-resolution images. Processing time may again be deferred and automatically carried out on the high-resolution images thereby saving time.

Depth Management:

The way to cause an object to move away from the screen (i.e., away from the viewer) is to move the object within the right frame to the right of its corresponding object in the left frame. If the object in the right frame is in the same horizontal "X" pixel position as its complement in the left frame, the image will be at the same plane as the screen. If the object in the right frame moves to the left of its corresponding image in the left frame, the image will come out of the screen toward the viewer.

In addition to depth positional placement of objects it is also necessary to assign areas at any area of a selected object boundary whereby a dissolve will occur, at user definable pixel widths, across the selected object boundary from its assigned positional or depth algorithm to the adjacent positional depth algorithms surrounding that selected object. In other words, it is desirable to cause certain areas to gradually change from one depth assignment value over a number of predetermined pixels to another. The entire selected object boundary may be chosen, or a multiple section of that boundary may have assigned dissolve widths. With this method, we avoid having objects appear as "hard cutouts", instead they will appear to have more natural smooth transitions from front to back depth placement.

Scenes may be divided up into sections that contain similar object or subject positioning. Those scenes may be logged as "copy over" sections. Copy Over sections are sections whereby the depth placement of the objects or subjects from the first frame of a scene is copied over to subsequent frames that contain nearly the same object placement. The depth information that has been logged for the first scene must maintain its continuity throughout a scene otherwise the end result would show objects moving forward and back from the screen which would be a very undesirable effect.

The human element of the decision making process for determining the detail of objects and subjects and their subsequent placement of depth is very important to create an end result that appears real, as if the material were originally photographed in 3D.

Another important factor to the realization factor is the separation and placement of as many objects as possible and

**Exhibit 3 Page 120**

US 6,686,926 B1

5

necessary. If a limited number of objects or subjects are placed in depth, an undesirable effect may occur hereinafter referred to as the "cardboard cutout effect". This is where a scene appears to be two-dimensional with the exception of a few objects that appear to be placed forward or back as cutouts.

Reconstructing Depth:

When objects are moved in and out of a scene they are repositioned on the horizontal X-axis of the image. Horizontal placement is typically done on a pixel-by-pixel basis as well as a sub-pixel basis. Although there is a correlation of depth and dimension to pixel placement, objects need to be monitored by the Dimensionalist™ for accuracy as there are too many variables affecting depth placement due to angles of the camera and angles of content within a scene.

When an object or subject is moved to the left or right, a gap of information or hole exists in the area between the image and where the image used to be. This gap must not be visible for the appearance of visual continuity and realism. A method for alleviating this problem is to "pixel repeat" the information across the transaction areas of the objects. In other words, if an object is shifted 10 pixels to the left in a frame, the areas to the right of the frame must be repeated, or copied 10 pixels over as the image is now shifted in its position. Nothing needs to be done on the left side since the image has now covered up new areas of the pre-existing picture. If pixel placement is of a large displacement, there may need to be some touch up to the large transition areas as to not cause a 3D image disparity.

Pixel repeating requires that the defined objects and subjects that have been outlined extend slightly larger in the horizontal direction and in the opposite direction of the required directional placement. If the defined objects are not slightly oversized, tearing of the moving image may result causing a very undesirable effect. Extending the defined areas is accomplished automatically by a single selection that causes this function to occur.

In a preferred embodiment, the system according to the present invention utilizes software and hardware to cause multiple tasks to occur for the purpose of saving time in the lengthy process of logging and memorizing all of the depth and dimensional properties of scenes. Having software routines step through many levels of the process at high rates saves time in what otherwise would be a very lengthy process.

Real Time 3-D Monitoring:

Unique to the Dimensionalize™ process is the ability to view the accuracy of the Dimensionalized™ frames in a real time 3-D environment while the objects or subjects are in the process of being placed.

Entire scenes may be tested for their accuracy and continuity by playing back and viewing the recorded 3D images of the film images at, for example, 24 frames per second. For example, at 24 fps, each left and right film frame is alternately displayed into a monitoring system being displayed at a 1024 by 768 lines at 120 progressively scanned frames per second. This may be accomplished by playing back the data representing 24 frames per second and alternately switching between the data of the right and left image until each film frame is displayed five times. If the original film frame rate happened to be 30 frames per second instead of 24, then the frames get repeated four times rather than five.

Correlation of Depth, Distance and Dimension:

Viewing 3D images with continuous depth causes the viewer to be drawn to detail. For this reason, it is important to assign depth values of objects or subjects that accurately reconstruct the image as close as possible within a visually

6

acceptable realm. Additionally, the more objects and subjects placed, the more real an image will appear, as if it were originally photographed in 3D.

Some images may be more difficult to Dimensionalize™ than others. Scenes that are typically easiest to Dimensionalize™ are those where the camera angle is such that objects are seen as a direct head on view against backgrounds with no apparent "Continuous Running Depth". An example of "Continuous Running Depth" is where you can actually see something continuously stretching its way from the foreground of the image into the background. In this situation, skewing may be appropriate to simulate the different dimensional properties of the re-created right camera view.

Camera angles dictate the complexity of the Dimensionalize™ process. The more complex the angle, the more complex the math for defining and assigning placement values representing depth and dimension.

The Object Manager

The Object Manager displays the picture frames and the selected objects in such a way that the process of drawing and manipulation of objects frame-to-frame can be done within a reasonable amount of time. With 1,440 frames for every minute of running time, at 24 fps, the process must be accelerated, otherwise, the time involved to Dimensionalize™ (i.e., to create a 3D image out of a 2D image) would be highly impractical and cost prohibitive.

DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the invention will become readily apparent upon reference to the following detailed description when considered in conjunction with the accompanying drawings, in which like reference numerals designate like parts throughout the figures thereof, and wherein:

FIG. 1 is a flow diagram of an exemplary processing method for converting two-dimensional images into three-dimensional images according to the present invention;

FIG. 2 illustrates an exemplary workstation for implementing the image processing techniques of the present invention;

FIGS. 3A–3H show an original image with various objects or portions of objects selected and outlined according to the present invention;

FIG. 4 illustrates how objects or portions of objects of a duplicated image are selected and displaced horizontally relative to an original image to form a complementary image;

FIG. 5 shows an exemplary preferred embodiment of an Object Manager visual display of the workstation of FIG. 2;

FIG. 6 shows an exemplary preferred embodiment of a Dimensionalize™ Manager visual display of the workstation of FIG. 2;

FIG. 7 shows an Object Drawing Toolbar for the visual display of FIG. 6;

FIGS. 8A–8H conceptually illustrate exemplary preferred object rendering functions of the workstation of FIG. 2;

FIGS. 9A and 9B illustrate the "Virtual Objects" feature of the present invention;

FIG. 9C illustrates the "Magnification Window" feature of the present invention;

FIG. 10 illustrates the "Reference To" feature of the present invention;

FIGS. 11A–11H illustrate the "Tagging Multiple Objects to be Adjusted Simultaneously" feature of the present invention;

Exhibit 3 Page 121

US 6,686,926 B1

7

FIG. **12** illustrates the "Object Drawing Expand/Contract" feature of the present invention;

FIGS. **13A–13D** illustrate the "Object Drawing Add/Subtract" feature of the present invention;

FIGS. **14A–14E** illustrate the "Auto Calculate" feature of the present invention;

FIGS. **15A–15E** illustrate the "Grab & Bend" feature of the present invention;

FIGS. **16A–16C** illustrate the "Variable Width Lines" feature of the present invention;

FIGS. **17A–17D** illustrate how the depth value (or other information) transition can be controlled and referenced to the variable width line according to the present invention;

FIGS. **18A–18C** illustrate how the nature of the depth value (or other information) transition for a variable width line can be controlled according to the present invention;

FIGS. **19A** and **19B** conceptually illustrate Gain and Symmetry adjustments, respectively, which can be made to object rendering algorithms according to the present invention;

FIGS. **20A–20D** illustrate the "Real Time Squaring Adjustment" feature of the present invention; and

FIGS. **21A** and **21B** illustrate the "Spiral Algorithm" feature of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. **1**, an exemplary processing method **100** for converting two-dimensional images into three-dimensional images is illustrated. According to the present invention, at step **108**, image data (DATA) is provided to a high capacity digital storage device. For example, a source of two-dimensional images **102** (such as 35 mm, 16 mm, 65 mm or 70 mm motion picture film) is processed by a scanner mechanism **104** to provide the DATA. Alternatively, the DATA can be provided from non-film imaging sources **110** (such as a digital camera). In a preferred embodiment, at step **106**, a backup copy of the DATA is stored.

According to the illustrated processing method **100**, (optional) preliminary image processing steps **112** and **114** provide for color correction and image enhancements, respectively. At step **116**, a color corrected data backup is saved. At step **118**, image frames are duplicated for rendering—according to the Dimensionalization™ processing (step **122**) of the present invention—into one of a pair of images (e.g., the right or "R" image) for a 3D stereoscopic image pair. One or more monitors (e.g., the illustrated monitors **120**, **128**) provide an interactive user interface which allows a user of the Dimensionalization™ process to render complementary images, view rendered images, defined objects in images, resulting 3D images, etc. For example, at step **126**, 3D switching between an original image and a rendered image is effected to provide the original image and the rendered image to the monitor **128** as the left (or "L" image) and the right (or "R" image), respectively. At step **124**, data relating to the Dimensionalization™ processing is stored. All processing according to the present invention can be performed by a single processor, by several processors, or by a combination of processors, firmware and hardware depending upon the specialized requirements of any particular system.

Referring to FIG. **2**, a workstation **200** according to the present invention includes one or more video monitors which provide a user of the Dimensionalization™ process with an interactive interface through which a plurality of

8

original images can be duplicated and rendered into a plurality of complementary images. More specifically, the interactive interface embodies a plurality of tools particularly adapted to facilitate rendering of the complementary images such that each resulting complementary image and its corresponding original image provide a stereo pair of images for a three-dimensional image.

The exemplary workstation **200** shown in FIG. **2** includes a time table monitor **202**, an application monitor **204**, an object manager monitor **206**, three-dimensional glasses **208** and one or more user input mechanisms such as a keyboard **210**, trackballs (or mouse) **212**, **222**, drawing tablets **214**, **216**, **220** and a drawing pen **218**. The workstation also includes a processor/controller which is programmed to provide signals to the monitors **204**, **206**, **208**, control the visual displays at these monitors, and receive and process user inputs provided to the system via the user input mechanisms **210**, **212**, **214**, **216**, **218**, **220**, **222**, i.e., control the interactive interface. The processor/controller is also programmed to control the rendering of the complementary images from the original images in response to inputs provided by the a user of the workstation. The processor/controller is additionally programmed to provide, in conjunction with the three-dimensional glasses **208** (which receive a synchronizing signal from the processor/controller), a three-dimensional image at the application monitor **204** which is updated in real time thus allowing the user to observe changes in the depth or placement of various objects within the three-dimensional image. As described below in greater detail, the object manager monitor **206** is employed to display the original images and/or copies of the original images as they are rendered into complementary images. The processor/controller is programmed to allow the user to select objects within images and to horizontally reposition portions of these objects within the complementary image automatically via a plurality of interactive tools which include object rendering functions. It should be understood that the functions implemented by the processor/controller can be performed by one or more processor/controller to optimize system performance or accommodate other design objects and constraints.

FIGS. **3A–3H** show an original image with various objects or portions of objects selected and outlined according to the present invention. Referring to FIG. **3A**, a user of the workstation **200** employs one of the drawing tablets **214**, **216**, **220** and the drawing pen **218** to outline with dashed lines, within a duplicated original image **300**, objects **302**, **304**, **306** which are further from the viewer than the building wall **308**. Selected objects are repositioned horizontally within the duplicate image **300** depending upon their depth. At the present time, object recognition software does not exist which is sufficiently advanced to reliably automate the identification of objects within an image and the assignment of a depth placement or value to each identified object. However, and notwithstanding the plurality of interactive object rendering tools provided by the workstation **200**, it should be understood that the scope of the present invention additionally contemplates a workstation **200** wherein the processor/controller is programmed to process the digitized duplicate images to at least partially automate the identification of objects and assignment depth values to the objects.

FIG. **3B** shows a distant object **310** which has been outlined. FIG. **3C** shows an object **310** with a depth placement in between the wall **308** and the distant object **310**.

FIG. **3D** illustrates another important aspect of the present invention, namely, that objects within other objects can be selected by the user. More specifically, FIG. **3D** shows

Exhibit 3 Page 122

US 6,686,926 B1

9

objects 312, 314, 316, 318 which are sub-objects of object 310 and which have depth placements in between the wall 308 and the object 310. This aspect is further illustrated in FIG. 3E which shows an object 320 which is also a sub-object of object 310 and which has a depth placement in between the objects 312, 314, 316, 318 and the object 310.

FIG. 3F shows a selected object 322 which is nearer to the viewer than the wall 308. FIG. 3G shows a selected object 324 which is a sub-object of object 322 and which is still closer to the viewer than the object 322.

A key aspect of the present invention is that the workstation 200 includes a plurality of object rendering tools that automate the horizontal translation of the selected objects and, more specifically, determine how far various portions of the selected objects are to be translated. This critical aspect takes into account the fact that many objects are not uniform in distance from the viewer throughout the object. For example, and as shown in FIG. 3H, object 326 varies in distance from the viewer from point 328 to point 330 according to a linear relationship. The workstation 200 includes an object rendering tool adapted to automate the horizontal translation of portions of the object 326 between points 328, 330 according to a linear function. As discussed below, the workstation 200 also includes object rendering tools that apply other types of functions in horizontally translating portions of selected objects, e.g., sinusoidal and non-linear functions as well as functions that render a plurality of different surfaces within the selected object.

FIGS. 8A–8H conceptually illustrate exemplary preferred specialized object rendering functions of the workstation 200. FIG. 8A illustrates that an object or portion of an object, e.g., a left or right border of a selected object, can be repositioned horizontally within the duplicate image, either to the left or to the right depending upon whether the object to be rendered is to appear closer to the viewer or further away from the viewer in the projected or displayed 3-D image.

FIG. 8B illustrates that a selected object can be repositioned different amounts from one portion of the object to another. This "skew" rendering function is particularly well suited for creating an illusion of graduated, or linear, depth change from a near portion of the object to a far portion of the object as is desirable for the object 326 (FIG. 3H).

FIG. 8C illustrates that a "skew" can be applied to a plurality of different portions of a selected object to simulate, for example, a "bend" within the object. Similarly, FIG. 8H illustrates that a "corner push" object rendering function can be made available as a semiautomated tool which only requires that the user identify a predetermined group of boundaries within the object and specify ranges of horizontal repositioning distances, minimum and maximum numbers of pixels to be shifted, or the like.

FIG. 8D illustrates a "stretch" object rendering function which is similar to the "position" function of FIG. 8A but instead stretches an object horizontally. The "stretch" function can be realized through pixel repeating or by extrapolating and expanding vertical columns of pixels depending upon the particular application.

FIGS. 8E, 8F and 8G illustrate that object rendering functions including sinusoidal or circular components can also be made available to the user. The "straight bulge" illustrated in FIG. 8F allows the user to apply, for example, a sinusoidal depth adjustment along a predetermined axis within the two-dimensional object to be repositioned. Although the bulge of FIG. 8F is about a vertical axis of the object, it should be understood that the aforementioned axis

10

can also be horizontal or positioned at any other angle in between vertical and horizontal.

The "spherical bulge" of FIG. 8E is similar to the "straight bulge" of FIG. 8F but instead applies a depth adjustment to portions of the selected object according to a two-dimensional circular surface rendering function. The "cone bulge" of FIG. 8G applies both a circular function and a linear function to portions of the selected object to determine how each portion is to be repositioned. An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the step of: applying depth information associated with a tunnel shape to a defined object in an image such that a perceived depth of the defined object transitions from an outer arc in the foreground to an inner arc in the background or vice versa. It should be understood that other object rendering functions than those explicitly disclosed herein are also contemplated as being within the scope of the present invention.

FIG. 4 illustrates how objects or portions of objects of a duplicated image are selected and displaced horizontally relative to an original image to form a complementary image. FIG. 4 shows an original image and a duplicate of the original image that has been rendered into a complementary image superimposed over the original image. The original image includes an original fixed depth object 402, an original graduated depth object 404, and an original non-linear depth object 406. The complementary image includes a complementary fixed depth object 408, a complementary graduated depth object 410, and a complementary non-linear depth object 412. The complementary fixed depth object 408 is rendered by employing an object rendering function such as the "position" function of FIG. 8A. The complementary graduated depth object 410 is rendered by employing an object rendering function such as the "skew" function of FIG. 8B. The complementary non-linear depth object 412 is rendered by employing an object rendering function such as the "spherical bulge" function of FIG. 8E. Object 414 is positioned at mid-range distance and therefore its complementary object is superimposed directly over it.

Another key aspect of the present invention is that the workstation 200 allows the user to render a plurality of similar complementary images by recalling, and, as appropriate, adjusting object rendering information already established for a similar complementary image, typically within the same movie scene. FIG. 5 shows an Object Manager visual display 500 which, in a preferred embodiment, is presented on the monitor 206 (FIG. 2) of the workstation 200. Referring to FIG. 5, an operative frame portion 502 shows a current image 504, a previous image 506, and seven subsequent images 508, 510, 512, 514, 516, 518, 520. The Object Manager visual display 500 also includes a current frame objects portion 522 and a previous frame objects portion 524 which, in the illustrated example, show the objects of the current image 504 and the previous image 506, respectively. Among its various functional capabilities, the Object Manager visual display 500 allows a user of the workstation 200 to copy previously rendered objects from one frame to another, e.g., by grabbing and sliding objects from one image to another.

A View Table portion 526 allows the user to apply rendered objects of one group of images to another group even if the groups of images are not adjacent, such as in A/B cuts. A Scratch Pad Memory portion 528 includes a top row of start frames and a bottom row of end frames for stored 3D video "clips". After activating the Scratch Pad Memory portion 528 by selecting the Scratch switch on the Object

Exhibit 3 Page 123

US 6,686,926 B1

11

Manager visual display **500**, clips can be defined by employing the Store Start Frame and Store End Frame switches. The Recall switch is employed to access a selected stored clip for playing the clip, e.g., by employing the Loop switch, the Play Fwd switch, or another switch which controls the viewing of image sequences at the workstation **200**. Although the start and stop frames of eight clips are shown in FIG. **5**, any number of clips can be stored. To view (scroll) to previously or subsequently stored clips, the scroll bars **530**, **532** are employed, respectively. Similarly, with respect to the current frame objects portion **522**, the previous frame objects portion **524** and the View Table portion **526**, additional stored frames objects/images besides those displayed can be accessed (scrolled to) by employing the scroll bars to the left and right of these portions of the Object Manager visual display **500**.

In a preferred embodiment, the View Table portion **526** is implemented and controlled such that views in which objects have been stored will be visually indicated as such, e.g., with colored bar indicators **530** on the left side of the view frames. In a preferred embodiment, colored bar indicators **532** (a different color than indicators **530**) are provided on the right side of the view frames to indicate that depth values have been stored. In a preferred embodiment, similar indicating bars are provided for the current frame objects portion **522** and the previous frame objects portion **524**, indicating that objects have the same depth values or objects that are referenced together.

It should be understood that the object manipulation capabilities of the Object Manager visual display **500** can also be used in conjunction with the keyboard **210** (FIG. 2) and that functions can be shared and/or migrated between the two as desired to accommodate particular applications, user preferences, etc.

Another key aspect of the present invention is that the processor/controller is adapted or programmed to generate visual display control signals such that the visual displays at the monitors **202**, **204**, **206** (FIG. 2) include a plurality of image regions depending upon the stage of the Dimensionalization™ process and the user inputs provided. These image regions include original image regions, duplicate image regions, complementary image regions, 3-D image regions, and object regions in various combinations. For example, one or more of the monitors **202**, **204**, **206** can be controlled to provide an image region for an original image, duplicate image, complementary image, or 3-D image region as desired. One or more of the monitors **202**, **204**, **206** can be controlled to provide an object region with sub-regions that individually show selected objects in the image region. In a preferred embodiment, selected objects are shown in outline only, or in silhouette or reverse silhouette.

With respect to employing color correction processing in conjunction with Dimensionalization™ processing, each frame that makes up the motion picture image has been scanned and stored in a high-density digital storage system. The images may be color corrected prior to the separation of images for three-dimensional rendering. Color correction is accomplished by the use of hardware and/or software. Color correction with this process may be sped up by performing the corrections on the lower resolution images while recording the parameters and translating those parameters, applying the correction decisions to the high-resolution images. In this way the processing time may be deferred and automatically carried out on the high-resolution images while the operator is busy color correcting the next scene or scenes. Color correction may also be significantly sped up by having the software program perform calculations in the back-

12

ground in anticipation of use. The background processing is transparent to the operator while the operator may be involved in other tasks. The advantage of performing background calculations is that the processed information is made much more readily available for use by the operator.

Color correction involves changing the color balance of each scene. Color balance is whereby the red, green, and blue whole components that make up the fill color image are varied in linear and non-linear amounts. Color balance typically involves adjustment of the blacks or low light areas of an image, the gammas or mid gray areas, and the whites or highlight areas of an image. The Dimensionalize™ system makes use of color correction tools which are part of present day graphic programs such as Adobe Photoshop and the like. Selectable area color correction is made use of if necessary by defining, or drawing around particular areas of an image and applying color correction parameters to those selected areas. Although selectable area color correction may be useful, it is used only when necessary as it may slow down the entire color correction process.

As part of the Dimensionalize™ Process, all color correction tools within the operated graphics software may be utilized and therefore instructed by the primary computer to execute commands, or a series of commands upon a batch, series, or entire sequence of images.

The color correction parameters, or the instructions for color corrections used to color correct a series of images, may be carried out on high resolution images after the color correction decisions have been determined and stored using lower resolution images or in the background while other processes are being performed.

FIG. **6** shows an exemplary preferred embodiment of a Dimensionalize™ Manager visual display **600** of the workstation **200**. Generally, the Dimensionalize™ Manager visual display **600** provides an interface through which the user applies object rendering functions to selected objects. While the Dimensionalize™ Manager visual display **600** is shown separately from the Object Manager visual display **500** of FIG. **5**, it should be understood that the system features made available to the user through these displays can be presented through a single visual display or through additional visual displays depending upon the particular nature of the system and its intended applications.

The Dimensionalize™ Manager visual display **600** is controlled by the processor/controller and, in a preferred embodiment, is provided at the application monitor **204**. The Dimensionalize™ Manager visual display **600** is used in conjunction with the user input mechanisms **210**, **212**, **214**, **216**, **218**, **220**, **222** and, in the illustrated example, includes a picture area **602** which is preferably provided so as to maintain a 1.85 to 1 aspect ratio. The illustrated Dimensionalize™ Manager visual display **600** also includes an upper tool bar area **604** and a lower tool bar area **606** positioned above and below the picture area **602**, respectively. In FIG. **6**, the upper tool bar area **604** is controlled so as to provide a Dimensionalization™ Toolbar **608**, and the lower tool bar area **606** is controlled so as to provide a Object Manager Toolbar **610**. Other toolbars such as an Object Drawing Toolbar **612** (FIG. **7**) can be selectively provided in the upper tool bar area **604** and/or the lower tool bar area **606** as controlled by the user, for example, using a function key of the keyboard **210** or some other user input mechanism to cycle through a plurality of different toolbars.

Referring to FIG. **6**, the Dimensionalization m Toolbar **608** provides a row of switches for object rendering functions such as "position", "bend", "stretch", "straight bulge",

Exhibit 3 Page 124

US 6,686,926 B1

13                                                                                          14

"spherical bulge", "cone bulge" and "corner push". When a user of the workstation **200** selects an object rendering function, an interactive graphics window or the like is presented within the picture area **602**. In a preferred embodiment, implementation of a selected object rendering function is effected by inputting function parameters or variables via a "pop up" interactive graphics window. For example, if a "skew" function is selected, the user employs the interactive interface to select depth placements for the front and back of the object being rendered. Once the front and back of an object have been assigned placement values, a calculate placement switch (for example) is activated by the user. In response, the processor/controller calculates the placement of all points in between the front and back of the selected object according to the "skew" object rendering function. The resulting placement values can be applied to the selected object of one frame or the selected objects of a plurality of frames.

Among its additional features, the Dimensionalization™ Toolbar **608** includes Record Dimension, Reset Placement and Revert switches. By way of example, the Record Dimension switch is employed to store an object rendering function with particular user input values. The Reset Placement switch is used to reset the various parameters of an object rendering function to a predetermined set of start parameters. The Revert switch reverts the rendering of an object to a previous rendering. It should be understood that the aforementioned switches (any of the switches, for that matter) can alternatively be provided at the keyboard **210** rather than in a visual display.

With reference to FIGS. **5–7** and additional figures as indicated, a set of features for an exemplary preferred Dimensionalization™ workstation **200** is now described.

"Virtual Objects"

"Virtual Objects" are objects that are drawn without foreground objects in the way. It is desirable to have "Virtual Objects" whereby objects are drawn without the interference of any foreground or background objects. In other words, if an object is drawn, such as a floor, for example, the floor is drawn imagining that only the floor exists in the image. Any objects on the floor are not drawn. The purpose of this is so that the algorithm applied to the floor follows the virtual floor. Referring to FIG. **9A**, an image **900** includes a floor **902**, a left wall **904**, a right wall **906**, a back wall **908** and a plurality of people **910**. Referring to FIG. **9B**, a six-sided outline **920** is drawn as a "virtual floor". More specifically, the "virtual floor" is defined by excluding the people **910** from the outline **920**, so that an algorithm, a skew in this case, can be applied to the floor that takes into account the absence, or rather cutouts of the people. The people **910**, as separate objects will have there own algorithms applied, separate from the floor. In the case of a skew algorithm, each person standing on the floor is typically "Referenced To" (discussed below) the floor where they stand, or rather, where their feet happen to be in the same depth plane.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the steps of: defining a virtual object in an image by excluding one or more objects from an area of the image; and employing a depth adjustment algorithm to reposition pixels of the virtual object within the image. The software is designed such that pixel repeating will automatically adjust itself accordingly to fill gaps where the objects may have separated.

The Virtual Object feature is accessible to a user of the workstation **200** via the Virtual Object switch in the Object Manager visual display **500** (FIG. **5**) or the Virtual Object switch in the Object Manager Toolbar **610** (FIG. **6**). Accordingly, here is an example of redundant switch access to particular features of the Dimensionalization™ workstation **200** which may be desirable for features which are frequently or to accommodate ergonomic or other considerations.

The Virtual Object function can be used in other ways as well. For example, when a section of an already defined object is re-defined, or rather, copied and edited, to only adjust the depth of that edited section. For purposes of this disclosure, a "defined object" includes, but is not limited, to drawn objects. Referring to FIG. **15E**, the dinosaur is a defined object with a neck and head that bend around toward the viewer. In this case, it is desirable to apply a separate algorithm (e.g., a stretch algorithm) only to the neck and head portion of the dinosaur. This can be accomplished according to the present invention by copying the entire object, and then trimming it down to only the portion to which the algorithmic change is to be applied. The rest of the dinosaur, defined as a whole object, may have an entirely different algorithm or a positional change applied to it. This is the same as the example of FIGS. **9A** and **9B**, but in reverse.

"Reference To" Command:

This feature provides the ability to indicate a reference point or points in an image and assign that reference point or points to a selected object or group of objects so the object or objects will track the movement of the selected reference point. In the illustrated exemplary workstation **200**, the Reference To feature is accessible via the Reference To switch in the Object Manager Toolbar **610** (FIG. **6**).

According to the present invention, objects may be connected at their connecting reference points by a command that attaches the connecting points together. Once the connecting points have been established, the connected objects will remain at the same depth plane at the connecting points. One method of attaching objects together is to enable a function, either by softkey, or keyboard key, as the "reference point tag" function and then touching the points of the objects with the pen to the objects that need to be tagged. Once that action is done, those objects will remain referenced (connected) together at those points. In other words, if one object moves by having an algorithm applied, all connecting points will move accordingly where they happen to be connected.

Referring to FIG. **10**, in an image **1000**, a person **1002** stands in the foreground on a walk **1004** which runs into the background. Another person **1006** stands further back in the background. The walk **1004** requires a skew type algorithm to cause the depth effect of it running into the background but the persons **1002**, **1006** do not require the skew effect. However, the persons **1002**, **1006** do require their positions to be referenced at their feet (reference points A, B, respectively) to the skewed walk **1004** to reestablish their positions in depth.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the steps of: applying a reference point to an image; and associating the reference point with a plurality of defined objects in the image such that when pixels of one of the defined objects are repositioned within the image, the plurality of defined objects remain connected together at the reference point.

"Tagging Multiple Objects to be Adjusted Simultaneously"

This feature provides the ability to tag objects so they can have separate depth algorithms applied and adjusted simul-

Exhibit 3 Page 125

US 6,686,926 B1

15

taneously. In the illustrated exemplary workstation **200**, a Tag Points switch is provided in the Object Manager Toolbar **610** (FIG. **6**).

As part of the Dimensionalization™ process, objects and subjects are individually defined so that appropriate depth values can be applied to each of them causing the reconstruction of what was a three-dimensional image. As part of this process, each of the defined objects and subjects may have different depth algorithms applied and in different amounts. Since each object or subject may require different depth algorithms to be applied, but yet have points that exist in the same depth plane, according to the present invention, each object can be tagged, or linked together, so that points of objects that are in the same depth plane stay "attached" even when different algorithms are applied to each of the objects.

By way of example, FIG. **11A** shows an image with a Ceiling A, Right Wall B, Floor C, Left Wall D and Back Wall E. FIGS. **11B–11F** illustrated that each of the Ceiling A, Right Wall B, Floor C, Left Wall D and Back Wall E is an individually defined object. According to the present invention, these objects are tagged, or linked together, and shown again (enlarged) in FIG. **11G**. Tagged or linked together as described above, the Ceiling A, Right Wall B, Floor C and Left Wall D are automatically repositioned by the processor/controller as shown in FIG. **11H** when Back Wall E is repositioned to the right. By tagging, or rather numerically identifying each of the defined objects, each object can then remain isolated so that each separate algorithm may be applied. This is important as various objects within an image may be connected to others that happen to be in the same depth plane, yet still require different algorithms.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the steps of: linking together a plurality of defined objects in an image; and linking together depth adjustment algorithms which are applied to the defined objects such that an adjustment to the depth adjustment algorithm applied to one of the defined objects automatically causes adjustments to be made to the depth adjustment algorithms applied to the other defined object(s).

"Object Drawing Expand/Contract"

This feature provides the ability to expand or contract an object drawing. In the illustrated exemplary workstation **200**, a group of Expand/Contract switches **620** is provided in the Object Manager Toolbar **610** (FIG. **6**). These switches allow left, right, top and/or bottom drawn object boundaries to be expanded or contracted as discussed below.

During the Dimensionalization™ process, it is frequently desirable to be able to easily expand or contract a drawn object boundary. For example, this may be necessary to capture outside or inside pixels of an object to insure a pixel repeat of that object. Moreover, pathlines may be inadvertently drawn (or otherwise positioned) too close to a given object. If the object requires a reposition, the actual defined pathline of that object must be drawn such that it captures the pixels outside of that object itself so it can pixel repeat the gap that will occur when that object moves. If a defined object pattern needs to expand, its pixels can, for example, be expanded outward towards the left or the right.

FIG. **12** shows a pathline of a defined object expanding towards the left to ensure that the pixels just outside that object are captured as to pixel repeat to cover up the gap of missing information that will occur by the repositioning of that selected object. In an exemplary preferred embodiment,

16

expanding and contracting is prohibited for edges of a defined object pattern pathline that a user attempts to move such that they would overlap another edge boundary of the defined object. It should be understood that Object Expansion/Contraction can be applied to left, right, top and/or bottom drawn object boundaries even though FIG. **12** only illustrates a left boundary expansion. By way of example, an Object Contraction may be useful if a horizontal edge of a defined object needs to be trimmed away from the outside of the object. Defined Objects can also be expanded or contracted by an equal number of pixels in all directions.

An image processing system according to an embodiment of the present invention includes: an interactive user interface providing an object modifying tool configured to allow a user of the system to independently expand or contract a left, right, top and/or bottom boundary of a drawn object within an image. In a preferred embodiment, the drawn boundary object is computer generated employing an object recognition technique (rather than drawn by a human). In a preferred embodiment, the object modifying tool is configured to expand or contract the left, right, top and/or bottom boundary in a substantially uniform manner (e.g., one pixel at a time). In a preferred embodiment, the object drawing tool implements logic to prevent an edge boundary of the defined object from being repositioned such that it overlaps another edge boundary of the defined object.

"Object Drawing Add/Subtract"

This feature provides the ability to add or subtract to an object drawing. In the illustrated exemplary workstation **200**, switches for implementing this feature are provided in the Object Manager Toolbar **610** (FIG. **6**).

According to the present invention, a method is provided for adding or subtracting from a drawing without having to do a "wrap around" to connect the two ends of the new portion together. In other words, an exemplary preferred processor/controller is configured to allow a user of the workstation **200** to add or subtract from an object drawing by only having to draw the section that is to be added or subtracted which is much faster than conventional approaches. Referring to FIG. **13A**, an object drawing **1300** is modified, or Subtracted from, by drawing a line **1302** resulting in a modified object drawing **1300'** (FIG. **13B**). Referring to FIG. **13C**, the object drawing **1300** is modified, or Added to, by drawing a line **1304** resulting in a modified object drawing **1300"** (FIG. **13D**).

"Object Sizing" Functions:

This feature provides the ability to enlarge, or reduce the size of defined objects in real time. As part of the Dimensionalization™ process, multiple objects and subjects may change in size from one frame to another. This feature allows the operator to simply, with one adjustment, increase or decrease the size of the defined object outline in real time as the operator views the results in real time. In the illustrated exemplary workstation **200**, switches for implementing this feature are provided in the Object Manager Toolbar **610** (FIG. **6**) and in the Object Drawing Toolbar **612** (FIG. **7**).

During the processing of a large number of frames, the Dimensionalization™ process facilitates rapid copying of objects to any number of frames. Although some objects may closely exist in numerous frames over time, it is likely that those objects will change position and size. The Object Sizing function allows the operator to easily adjust the size and position of a defined object or object pathline in real time to conform to the object in the picture that has changed its size or position from one frame to the next. This saves a considerable amount of time by not having to redraw the defined object outline for each and every frame.

**Exhibit 3 Page 126**

US 6,686,926 B1

17

An image processing system according to an embodiment of the present invention includes: an interactive user interface providing an object sizing tool and configured to allow a user of the system to variably increase and/or decrease a size of a drawn object boundary within an image and to view changes to the drawn object boundary. In a preferred embodiment, the interactive user interface is configured to allow the user to view changes to the drawn object boundary in real time. In a preferred embodiment, the drawn boundary object is computer generated employing an object recognition technique (rather than drawn by a human). In a preferred embodiment, the size of the drawn object boundary is proportionally increased or decreased. In a preferred embodiment, the size of the drawn object boundary is increased or decreased by a uniform number of pixels away from its original boundary. In a preferred embodiment, the interactive user interface is also configured to allow the user to convert two-dimensional images into three-dimensional images. In a preferred embodiment, the interactive user interface is also configured to allow the user to color correct images.

"Object Dividing" Function (Group Ungroup)

This feature provides the ability to divide a previously defined object into multiple objects, or combine different defined objects into a single object. For example, as part of the Dimensionalization™ process, it may be necessary to divide a defined object into two or more separate objects. This function allows the operator to divide a defined object or subject into multiple objects which then may have completely separate depth algorithms applied. In the illustrated exemplary workstation 200, Group and Ungroup switches for implementing this feature are provided in the Object Manager Toolbar 610 (FIG. 6).

An image processing system according to an embodiment of the present invention includes: an interactive user interface providing an object dividing tool configured to allow a user of the system to divide a defined object within an image into a plurality of other objects and/or combine a plurality of defined objects within the image into a single object.

"Real Time Defined Object Viewing" Function:

This feature provides the ability to view selected outlined objects as images play in real time. As part of the Dimensionalization™ process, and prior to the point at which depth algorithms may be applied, it is advantageous for the operator to be able to view the images with the defined object outlines as the images play in real time. This feature allows the operator to view in real time the results of depth adjustments to an object as the adjustments are being made. A method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention provides that outlines of multiple defined objects in an image are viewed in real time.

"Auto Calculate" Function:

This feature provides the ability to select a defined object or objects of one frame, and select an object or objects of another frame, and automatically calculate the in-between differences (e.g., in depth information, size and/or position) of the selected object or objects between the two frames.

As part of the Dimensionalization™ process, there may be objects in a scene that change in either position or size over time, which is in essence, a number of frames. The Auto Calculate feature of the Dimensionalization™ workstation 200 allows the user to mark the objects of one frame and the same objects in later frames, as time has passed, and auto-calculate the in-between differences. By doing so, the speed of the Dimensionalization™ process is increased tremendously. The Auto Calculate function is versatile and

18

provides for the calculation of in-between changes of the objects or subjects that are linear (FIG. 14C), non-linear (FIG. 14D) or determined according to a custom curve (FIG. 14E).

By way of example, the Auto Define feature can be employed for a scene where an object starts out in the foreground and, over several seconds, moves toward the background. Rather than applying a separate algorithm to each individual frame, the Auto Define feature can be employed to instead apply a depth to the object in the frame where the object is in the foreground and then apply another depth to the same object where it has completed its transition to the background, and then Auto Calculate all of the in-between values.

FIGS. 14A and 14B represent a series of images showing a ball rolling from a foreground position towards the background. FIG. 14A shows both the start and end position of the ball. Although each of the progressive frames may contain different shaped defined objects, the in-between depth values from start to finish can be calculated and applied to each of the corresponding objects within those frames employing the Auto Calculate feature.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes: an interactive user interface configured to allow a user of the system to select one or more defined objects which are in both a start image and a stop image and to employ depth information associated with the selected objects to automatically determine depth information for a sequence of images between the start image and the stop image. In a preferred embodiment, the interactive user interface is configured to allow the user to automatically apply the depth information to the sequence of images.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes: an interactive user interface configured to allow a user of the system to select one or more defined objects which are in both a start image and a stop image and to employ size information associated with the selected objects to automatically determine size information for a sequence of images between the start image and the stop image. In a preferred embodiment, the interactive user interface is configured to allow the user to automatically apply the size information to the sequence of images.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes: an interactive user interface configured to allow a user of the system to select one or more defined objects which are in both a start image and a stop image and to employ position information associated with the selected objects to automatically determine position information for a sequence of images between the start image and the stop image. In a preferred embodiment, the interactive user interface is configured to allow the user to automatically apply the position information to the sequence of images.

"Grab & Bend" Function:

This feature provides the ability to grab a point or points of a selected object with a drawing pen and drag the selected point(s) causing the selected object to bend or stretch into a new position in real time while viewing the object in 3D. The Grab & Bend feature makes the object definition process faster by allowing a user of the Dimensionalization™ workstation 200 to simply grab a point on a defined object and stretch it into its new position in real time. In one

Exhibit 3 Page 127

US 6,686,926 B1

19

embodiment, the user selects points of an object from which the object is bent or stretched by essentially pulling it with a user input mechanism such as the tablet pen. For example, the user marks two points on a circle and grabs the object anywhere within those two points and stretches the object as desired. In another embodiment, the user marks points within an object to define its bending points with the tablet pen and then grabs any place within that object and bends it into place while watching the resulting 3D effect of that bend in real time.

Another method according to the present invention for adding depth to defined objects is to mark a reference point within the object with the drawing tablet pen, select the closest algorithm, and then grab that point and bend it into a desired depth position while watching the 3D effect at the same time. FIG. 15A shows a defined object shape 1500 with a reference point at an original position 1502 defined by the operator. FIG. 15B shows an example where the operator has dragged, e.g., with the drawing pen, the object 1500 by its reference point to a new position 1504 causing the object to stretch, pivoting by its boundaries, into object 1500' as shown in FIG. 15C.

Another example is described below with reference to FIG. 15D which is an image 1510 of a dinosaur 1512 with the neck and head of the dinosaur shown curving toward the viewer. With the Grab & Bend feature, the user of the Dimensionalization™ workstation 200 can rapidly select a boundary for the algorithm to "pivot" about and then bend the object into a depth position that looks realistic while directly viewing the feedback of the 3D effect of that bend in real time. Referring to FIG. 15E, variable width transition borders 1514, 1516 ("Variable Width Lines" feature) are used and the object is stretched into its new position in the resulting image 1510'. An advantage of drawing a variable width border is that the depth will smoothly transition from one side of the transition border to the other, which is often preferable to having a hard edge depth transition. Multiple transition borders can be used, or single borders with no transition can be used.

Another method according to the present invention for quickly grabbing and bending an object into place while viewing is to mark reference points that connect together linearly or by curved lines, and then mark a grabbing reference point with the drawing pen and bend that object by its reference point into a new depth position while viewing the 3D effect in real time.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes: an interactive user interface configured to allow a user of the system to select a portion of a defined object in an image to which a depth adjustment algorithm is being applied, to employ one or more user input mechanisms of the system to deform the selected portion of the defined object, and to view a three-dimensional image which changes as the defined object is modified.

"Grab, Tag, & Bend" Function:

This feature provides the ability to select and tag points of a selected object or objects with a drawing pen and drag the selected tagged points causing the selected object or objects to bend or stretch into a new position in real time while viewing the said object or objects in real time. This feature also allows the user to simply tab multiple points of selected objects with the drawing pen and then bend or stretch each of the tagged objects at one time in real time.

"External Object Data" Function:

This feature provides the ability to accept external dimensional data from an external source for the purpose of

20

isolating objects. An advantage of this feature is that it provides a mechanism for rapidly and automatically providing object definition information. As a result, the time spent defining objects is shortened thereby accelerating the object definition and depth application process. The external data may come from an alternate 3D source camera.

"External Depth Data" Function:

This feature provides the ability to accept external dimensional data from an external source for the purpose of reinsertion of depth values. An advantage of this feature is that it provides a mechanism for rapidly and automatically providing object depth information. As a result, steps of the Dimensionalization™ process whereby depth is added are drastically shortened speeding up the depth application process. The external data may also come from an alternate 3D source camera.

"Variable Width Lines"

This feature provides the ability to draw, or apply a variable width line that contains an area of pixels with which an algorithm (that may selected or pre-selected) or information (such as color correction information) is associated. In the illustrated exemplary workstation 200, switches for implementing this feature are provided in the Object Drawing Toolbar 612 (FIG. 7).

In many cases objects may have rounded edges that taper off, in depth. The Variable Width Lines feature of the present invention provides the user of the Dimensionalization™ workstation 200 with the ability to draw around certain objects or subjects within an image with lines that are variable in width. The width of these lines can be adjusted, in real time, as the lines are being drawn, or after the lines have been drawn. The depth algorithms contained within (and/or other information associated with) these variable width lines can be pre-selected, applied, or changed afterwards.

The Variable Width Lines feature enables the user to smooth out hard edges by transitioning the depth values (or color correction information) across the "variable width line" from one side (edge) of the variable width line to its opposite side (edge). Referring to FIG. 16A, an image 1600 includes a drawn line 1602 bordering an object 1604. According to the present invention, and referring to FIG. 16B, a fixed variable width depth transition (or other information transition) can be applied via a fixed variable width line 1606 (FIG. 16B). Alternatively, and referring to FIG. 16C, a plurality of variable width depth (or other information) transitions can be applied to portions of the drawn line 1602 as shown by variable width lines 1608, 1610, 1612.

The Variable Width Lines feature also enables the user to control detailed aspects of how the depth value (or other information) transition is to be applied. FIG. 17A shows an image 1700 with drawn boundaries 1702, 1704 for objects 1706, 1708, respectively. According to the present invention, the user can control how a depth value (or other information) transition is referenced to the variable width line. For example, a linear transition can occur equally on both sides of the drawn boundary 1702 (FIG. 17B). Alternatively, the transition occurs starting at the drawn boundary 1702 and moves outward away from the object 1706 (FIG. 17C) or moves inward into the object 1706 (FIG. 17D). It should be understood that different percentages of a transition than those illustrated in FIGS. 17B–17D can be applied on either side of a drawn boundary.

The nature of the depth value (or other information) transition can also be controlled with precision. For example, an algorithm applied to effect the transition can be

Exhibit 3 Page 128

US 6,686,926 B1

21                                                                22

linear (FIG. **18**A), non-linear with a gradual transition (FIG. **18**B) or non-linear with a more pronounced transition (FIG. **18**C). Transition variations other than those specifically illustrated are also within the scope of the present invention.

An image processing system for converting two-dimensional images into three-dimensional images according to an exemplary embodiment of the present invention includes: an interactive user interface configured to allow a user of the system to draw a variable width line on an image and to associate information with an area of pixels contained within the variable width line. In a preferred embodiment, the interactive user interface is configured to allow the user to change the variable width line while viewing an image which changes depending upon changes made to the variable width line. In a preferred embodiment, the interactive user interface is configured to allow the user to convert two-dimensional images into three-dimensional images, and the information comprises depth information. In a preferred embodiment, this depth information changes in value across the variable width line. In a preferred embodiment, this depth value transitions from an outside boundary of the variable width line to an inside boundary of the variable width line. In another preferred embodiment, the interactive user interface is configured to allow the user to color correct images, and the information comprises color correction information.

"Magnification Window" Feature

This feature provides the user with the ability to enable and control a magnified sub-window for more accurate drawing. As discussed below, the Magnification Window feature allows the user of the Dimensionalization™ workstation **200** to see the full width of the entire image while at the same time be able to draw accurately. In the illustrated exemplary workstation **200**, a Mag Window switch for implementing this feature is provided in the Dimensionalization™ Toolbar **608** (FIG. **6**).

In order to draw accurately around objects, it is helpful and often necessary to have a blow up of the area being drawn. The Magnified Window feature allows this to occur while simultaneously providing a full width of the entire image. The foregoing are accomplished by providing a viewing a mode whereby a sub-window appears to the left or right side of the drawing. By way of example, and referring to FIG. **9**C, a sub-window **950** within the image **900'** contains a magnification of the section being drawn. In a preferred embodiment, as the operator draws around the object on a full width image, the Mag Window shifts up, down, left or right accordingly, as the drawing cursor moves towards one of the four edges of the image where it would otherwise be cut off. The image within the Mag Window is automatically positioned to track to keep the drawing cursor **952** in the center of the Mag Window.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the step of: providing an interactive user interface configured to allow a user to initiate and control a presentation of a magnified portion of an image inside a sub-window within the image while drawing outlines of objects in the image.

"Real Time Depth Adjustment"

This feature provides the ability to mark a reference point within an object causing the selection of that image, and adjusting the amount of depth algorithm for that object in real time while viewing the 3D result of that image on a 3D display.

In order to speed up the Dimensionalization™ process, it is advantageous to mark a reference point within a defined object, and having assigned a depth algorithm, adjust the amount of depth of that object while viewing the results in real time. As an example, a particular object may be selected by touching the pen within the object and then adjusting the amount of depth plus or minus while the results can be visually seen in 3D changing in real time. Once the appropriate amount of depth is achieved, the operator stops making further adjustment.

An image processing method for converting two-dimensional images into three-dimensional images according to an exemplary embodiment of the present invention includes the step of: adjusting a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional image while viewing results of applied changes to the three-dimensional image.

"Real Time Depth Shaping"

This feature provides the ability to select an object within an image and adjust the shape of a depth algorithm for that object in real time while viewing the 3D result of that image on a 3D display. The Real Time Depth Shaping feature also functions to allow the user to adjust the shape of a depth algorithm that gets assigned to defined objects. It is essential, for speed, to be able to view the results of the shape being adjusted in real time.

An image processing method for converting two-dimensional images into three-dimensional images according to an exemplary embodiment of the present invention includes the step of: adjusting a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional image while viewing the three-dimensional image in real time, wherein the step of adjusting a depth algorithm includes adjusting a shape parameter of the depth algorithm.

"Real Time Symmetry Adjustment"

This feature provides the ability to select a reference point within an object causing a reference point to occur within that image, and adjusting the symmetry of the depth algorithm for that object by pivoting by the selected reference point while viewing the 3D result of that image on a 3D display. The Real Time Symmetry Adjustment feature allows the user to simply mark a reference point anywhere within a defined object, and having assigned a depth algorithm, adjust the symmetry of the depth algorithm that has been selected for that object while viewing the results in real time. As an example, one may select with the pen, a point within an object and then cause the shape, or depth of the object to be non-symmetrical.

This feature also provides the ability to select a reference point within an object causing a reference point to occur within that image, and adjusting the symmetry of the depth algorithm for that object by moving, or sliding the selected reference point across the said object in real time, and simultaneously viewing the 3D result of that image on a 3D display. According to the present invention, this feature allows the user to grab a point of reference within an object, e.g., with a pen, and stretch or bend the depth algorithm into the desired 3D effect while viewing the 3D results in real time.

Symmetry adjustments such as illustrated in FIG. **19**B also provide the user with an interactive tool for effecting Gain adjustments such as illustrated in FIG. **19**A. The illustrated Dimensionalization™ Toolbar **608** (FIG. **6**) also includes an object viewer portion which provides cross-sectional profile views of the current state of an object normal to the x-axis and y-axis for aiding the operator in arriving at a desired object shape.

An image processing method for converting two-dimensional images into three-dimensional images accord-

Exhibit 3 Page 129

US 6,686,926 B1

23

ing to an exemplary embodiment of the present invention includes the step of: adjusting a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional image while viewing the three-dimensional image in real time, wherein the step of adjusting a depth algorithm includes adjusting a symmetry parameter of the depth algorithm.

"Real Time Squaring Adjustment"

This feature provides the ability to select a reference point within an object causing a reference point to occur within that image, and adjusting the squaring of a depth algorithm in real time while viewing the 3D result of that image. This feature allows the user to quickly adjust the squaring of an object's depth algorithm. For example, if an object has a spherical algorithm assigned to it, adjusting the squaring in a positive direction would cause the algorithm to conform its original circle shape, into a square shape, as shown in FIG. 20A. If the squaring adjusts in the negative direction, the algorithm would approach a shape as demonstrated in FIG. 20C.

If a spherical shape of an object is required, the depth algorithm in the form of a circle is used, as shown in FIGS. 20A and 20B. FIG. 20B shows how the algorithm is made of one half of a circle. The left half of FIG. 20A shows what the effect will be when the squaring function is applied in the positive or negative direction. This effect is only shown on the left side so that it can be seen against the actual circle, in the right half. Referring to FIG. 20C, two examples of level increases of the squaring function are shown. Additionally, there are also six levels in the negative direction. The squaring function, in the positive direction essentially "morphs" the circle towards a square in the positive direction. In the negative direction, the circle morphs towards a triangle waveform, or line, and then through to the inverse of a circle. FIG. 20C shows some examples of what happens when the squaring function is applied symmetrically in the positive and negative directions. FIG. 20D shows a more simplified version of each of the waveform transitions. FIG. 20C just shows more of them.

The algorithm starts off with the circle, as the default. This results in a smooth spherical shape to a very round object. But if the object is not perfectly round, the algorithm can be adjusted to conform to the depth that the object wants to be. Another way to help visualize this is to imagine as if the line on the bottom of FIG. 20D is the monitor. The depth lines shown are coming out of the monitor. If imagining that those lines are coming out of the monitor, it can be seen that when the circle fall towards a line, or triangle, the object would appear as a wedge. If the circle is seen changing near to a square, the object would be perceived as pushed out except towards the edges. If the symmetry is adjusted, it will essentially bend the algorithm to the left or to the right. In a preferred embodiment, squaring and symmetry are independent of gain. Gain is the same as the amount of depth applied. The amount of depth is probably the most used function by the Dimensionalist™.

An image processing method for converting two-dimensional images into three-dimensional images according to an exemplary embodiment of the present invention includes the step of: adjusting a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional image while viewing the three-dimensional image in real time, wherein the step of adjusting a depth algorithm includes adjusting a squaring parameter of the depth algorithm.

"Repeat Pixel"

This feature provides the ability to repeat pixels wherever positional depth algorithms cause an object to separate away

24

form its original location whereby a gap of missing pixels would otherwise result.

When various depth values are assigned to defined objects, gaps may occur on one side of the objects where repositioning has taken place. The gap may be caused by any one of the depth algorithms. It is essential that this missing information be filled-in by repeating the pixels immediately adjacent to the object itself that has moved across the gap of missing information. According to the present invention, this automatic repeating of pixels occurs with any and/or all algorithms, wherever a gap of missing information occurs.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the steps of: employing a depth adjustment algorithm to reposition pixels of a defined object within an image; and employing retained pixel information to implement pixel repeating in the image to fill empty pixels resulting from application of the depth adjustment algorithm. In a preferred embodiment, the pixel repeating is automatically implemented without user intervention.

"Real Time Depth Positioning"

This feature provides the ability to reposition objects with depth algorithms automatically repeating pixels in real time. According to the present invention, in the interest of speed, objects or sections of objects can be repositioned with any depth algorithm in real time while viewing the results in 3D in real time.

"Original Pixel Recovery"

This feature provides the ability to automatically undo, or restore all original pixel information that may be altered or removed by the object positioning with various depth algorithms for the purpose of undoing, or reversing a depth algorithm object position. In other words, if an object is moved or skewed, as example, in one direction, pixels on one side will be repeated and on the other side pixels will be covered up by the objects new position. If the object is moved back the other direction for any reason, it is necessary and desirable to recover the original pixels that were present rather than repeating the pixels across where actual pixel information used to exist.

Where pixels get repeated in one direction, and covered up by the other, the inverse function is also necessary. When depth algorithms are applied, objects may cover up pixels in the direction of the object movement. One of the key benefits to the present invention is the fact that objects have the ability to have their depth values applied plus or minus while the operator views the results in 3D in real time. This feature provides the user with the ability to automatically undo the repeated pixels when the reverse depth direction is applied. For example, if an object moves into the foreground, it has actually repositioned itself to the left in the new right view frame. When that object moved to the left, it covered up pixels to the left of that object. If that same object moves back, in the opposite direction, to the right, the pixels that were originally covered up need to be restored. According to the present invention, pixels that get covered up by depth algorithms are safely stored and never lost so they may be recovered when necessary.

An image processing method according to an embodiment of the present invention includes the step of: storing, and making available for recovery, pixel data for all previous steps in an image rendering process.

"Simultaneous Depth Algorithms"

This feature provides the ability to increase or decrease a multiple number of depth algorithms of multiple objects simultaneously in real time while being viewed in 3D.

Exhibit 3 Page 130

US 6,686,926 B1

25

There will be many situations where an operator applies more than one algorithm to many objects, and more than one algorithm to even one object. This feature allows the operator to adjust all, or a selected number, of algorithms at the same time. By way of example, this feature allows an operator to adjust the adjust the position or depth value of an object on the left side of the screen and, at the same time, adjust another.

An image processing system for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes: an interactive user interface configured to allow a user of the system to select a plurality of defined objects in an image and to automatically and independently apply depth algorithms to each of the defined objects. In a preferred embodiment, the interactive user interface is configured to allow the user to apply a common depth algorithm (or different depth algorithms) to each of the defined objects.

"Multiple Depth Properties Applied Simultaneously"

This feature provides the ability to store and recall in user scratch pad memories depth algorithms with depth properties. FIG. 11G demonstrates a scene whereby multiple objects may be tagged (linked) together so that multiple depth properties can be applied simultaneously while viewing the results in real time. According to the present invention, Tagged Objects may follow the same algorithms frame by frame over time.

"Spiral Algorithm"

This feature provides the ability to apply a spiral depth algorithm to an object, or objects, creating a spiral effect, while viewing the depth of the object in real time while viewing the 3D end result effect.

There are some photographic scenarios in which an object may spiral its way from the foreground to the background, or vice versa. It is a tremendous advantage to be able to utilize an algorithm that takes this condition into account thereby dramatically speeding up the process of reconstructing its depth back into the original scene. FIG. 21A conceptually illustrates such a spiral shape as an algorithm, although the algorithm itself may be modified to conform to the content of the object or objects to be processed.

Applying a depth to a spiral shape in the form of an algorithm that adjusts itself automatically has a complexity in that it must always remain connected together. FIG. 21B conceptually illustrates the way in which the spiral algorithm would function. The spiral algorithm must essentially take into account the entire object shape and cross connection points. A cross connection point is where one arm, or leg, of the spiral crosses over another as it travels from the foreground to background or vice versa. A reference point can simply be selected by the operator marking a point within the picture, e.g., with the drawing tablet pen. The reference point is the point that the operator will then grab with the pen and bend into its new position. As the operator bends the reference point into a new position, the defined object will appropriately stretch itself as shown in FIG. 21B. A second reference point may also be selected to essentially govern or limit the position of the back end of the object as so desired by the operator. The enormous advantage to this operation is the speed in which this is done by the operator's ability to have continuous feedback of the depth reconstruction process by actually seeing the 3D results in real time as the adjustments are made.

An image processing method for converting two-dimensional images into three-dimensional images according to an embodiment of the present invention includes the step of: applying depth information associated with a spiral

26

shape to a defined object in an image such that a perceived depth of the defined object spirals in a circular manner from foreground to background or vice versa.

"Custom Depth Algorithm Shaping"

This feature provides the ability to customize a depth algorithm curve. According to the present invention, the user of the Dimensionalization™ workstation **200** is provided with the ability to quickly mark a point, or points, within an object and cause a customized modification to that object. This feature is desirable because many objects are complex in that they just do not conform to a perfect (or standard) algorithm.

In a preferred embodiment, the user is provided with tools for easily and rapidly implementing this feature. For example, the processor/controller is configured to allow the user to use the pen tablet to mark two or more points and then cause a customized depth property to take place.

Those skilled in the art will appreciate that various adaptations and modifications of the just described preferred embodiment can be configured without departing from the scope and spirit of the invention. Therefore, it is to be understood that, within the scope of the appended claims, the invention may be practiced other than as specifically described herein.

I claim:

1. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

defining and preserving in its entirety a virtual object in an image as if objects in front of the virtual object are not present in the image; and

employing a depth adjustment algorithm to reposition pixels of the virtual object within the image not affecting the objects in front of the virtual object to create a three-dimensional image in which depth is perceivable by a viewer.

2. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

applying a reference point to an image; and

associating the reference point with a plurality of defined objects in the image such that when pixels of one of the defined objects are repositioned within the image to create a three-dimensional image in which depth is perceivable by a viewer, the plurality of defined objects remain connected together at the reference point.

3. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

linking together a plurality of defined objects in an image; and

linking together depth adjustment algorithms which are applied to the defined objects such that an adjustment to the depth adjustment algorithm applied to one of the defined objects automatically causes adjustments to be made to the depth adjustment algorithms applied to the other defined object(s) to create a three-dimensional image in which depth is perceivable by a viewer.

4. An image processing system, comprising:

an interactive user interface providing an object sizing tool and configured to allow a user of the system to variably increase and/or decrease a size of a drawn object boundary within an image and to view changes to the drawn object boundary;

wherein the size of the drawn object boundary is increased or decreased by a uniform number of pixels away from its original boundary;

Exhibit 3 Page 131

US 6,686,926 B1

27

wherein the interactive user interface is configured to allow the user to convert two-dimensional images into three-dimensional images.

**5**. The image processing system of claim **4**, wherein the interactive user interface is configured to allow the user to view changes to the drawn object boundary in real time.

**6**. The image processing system of claim **4**, wherein the drawn boundary object is computer generated employing an object recognition technique.

**7**. The image processing system of claim **4**, wherein the size of the drawn object boundary is proportionally increased or decreased.

**8**. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface configured to allow a user of the system

to select a portion of a defined object in an image to which a depth adjustment algorithm is being applied,

to employ one or more user input mechanisms of the system to stretch the selected portion of the defined object, and

to view a three-dimensional image which changes as the defined object is modified.

**9**. An image processing system for converting two-dimensional images into three-dimensional images, comprising:

an interactive user interface configured to allow a user of the system

to draw a variable width line on an image and to associate information with an area of pixels contained within the variable width line and

to change the variable width line while viewing an image which changes depending upon changes made to the variable width line.

**10**. The image processing system of claim **9**, wherein the interactive user interface is configured to allow the user to convert two-dimensional images into three-dimensional images, and the information comprises depth information.

**11**. The image processing system of claim **10**, wherein the depth information changes value across the variable width line.

**12**. The image processing system of claim **11**, wherein the depth value transitions from an outside boundary of the variable width line to an inside boundary of the variable width line.

**13**. The image processing system of claim **9**, wherein the interactive user interface is configured to allow the user to color correct images, and the information comprises color correction information.

**14**. An image processing method for converting two-dimensional images into three-dimensional images, comprising the step of:

providing an interactive user interface configured to allow a user to initiate and control a presentation of a magnified portion of an image inside a sub-window within the image while drawing outlines of objects in the image.

**15**. An image processing method for converting two-dimensional images into three-dimensional images, comprising the step of:

adjusting a symmetry and/or squaring parameter of a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional image while viewing results of applied changes to the three-dimensional image.

**16**. An image processing method for converting two-dimensional images into three-dimensional images, comprising the steps of:

employing a depth adjustment algorithm to reposition pixels of a defined object within an image; and

28

restoring retained pixel information to pixels which the information was previously associated with and which have become empty pixels resulting from application of the depth adjustment algorithm.

**17**. An image processing method for converting two-dimensional images into three-dimensional images, comprising the step of:

applying depth information associated with a spiral shape to a defined object in an image such that a perceived depth of the defined object spirals in a circular manner from foreground to background or vice versa.

**18**. A memory device comprising:

an article of data storage media upon which is stored images, information or data created employing an image processing method for converting two-dimensional images into three-dimensional images including the steps of

defining and preserving in its entirety a virtual object in an image as if objects in front of the virtual object are not present in the image, and

employing a depth adjustment algorithm to reposition pixels of the virtual object within the image not affecting the objects in front of the virtual object to create a three-dimensional image in which depth is perceivable by a viewer.

**19**. A method for providing a three-dimensional image, comprising the steps of:

receiving or accessing data created employing an image processing method for converting two-dimensional images into three-dimensional images including the steps of

defining and preserving in its entirety a virtual object in an image as if objects in front of the virtual object are not present in the image, and

employing a depth adjustment algorithm to reposition pixels of the virtual object within the image not affecting the objects in front of the virtual object to create a three-dimensional image in which depth is perceivable by a viewer; and

employing the data to reproduce a three-dimensional image.

**20**. A memory device comprising:

an article of data storage media upon which is stored images, information or data created employing an image processing method for converting two-dimensional images into three-dimensional images including the steps of

applying a reference point to an image, and

associating the reference point with a plurality of defined objects in the image such that when pixels of one of the defined objects are repositioned within the image to create a three-dimensional image in which depth is perceivable by a viewer, the plurality of defined objects remain connected together at the reference point.

**21**. A method for providing a three-dimensional image, comprising the steps of:

receiving or accessing data created employing an image processing method for converting two-dimensional images into three-dimensional images including the steps of

applying a reference point to an image, and

associating the reference point with a plurality of defined objects in the image such that when pixels of one of the defined objects are repositioned within the image to create a three-dimensional image in which depth is perceivable by a viewer, the plurality of

**Exhibit 3 Page 132**

US 6,686,926 B1

29

defined objects remain connected together at the reference point; and

employing the data to reproduce a three-dimensional image.

22. A memory device comprising:

an article of data storage media upon which is stored images, information or data created employing an image processing system for converting two-dimensional images into three-dimensional images including an interactive user interface configured to allow a user of the system

to select a portion of a defined object in an image to which a depth adjustment algorithm is being applied,

to employ one or more user input mechanisms of the system to stretch the selected portion of the defined object, and

to view a three-dimensional image which changes as the defined object is modified.

23. A method for providing a three-dimensional image, comprising the steps of:

receiving or accessing data created employing an image processing system for converting two-dimensional images into three-dimensional images including an interactive user interface configured to allow a user of the system

to select a portion of a defined object in an image to which a depth adjustment algorithm is being applied,

to employ one or more user input mechanisms of the system to stretch the selected portion of the defined object, and

to view a three-dimensional image which changes as the defined object is modified; and

employing the data to reproduce a three-dimensional image.

24. A memory device comprising:

an article of data storage media upon which is stored images, information or data created employing an image processing method for converting two-dimensional images into three-dimensional images including the step of:

adjusting a symmetry and/or squaring parameter of a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional

30

image while viewing results of applied changes to the three-dimensional image.

25. A method for providing a three-dimensional image, comprising the steps of:

receiving or accessing data created employing an image processing method for converting two-dimensional images into three-dimensional images including the step of

adjusting a symmetry and/or squaring parameter of a depth algorithm that is applied to an object in one of a stereoscopic pair of images for a three-dimensional image while viewing results of applied changes to the three-dimensional image; and

employing the data to reproduce a three-dimensional image.

26. A memory device comprising:

an article of data storage media upon which is stored images, information or data created employing an image processing method for converting two-dimensional images into three-dimensional images including the steps of

employing a depth adjustment algorithm to reposition pixels of a defined object within an image, and

restoring retained pixel information to pixels which the information was previously associated with and which have become empty pixels resulting from application of the depth adjustment algorithm.

27. A method for providing a three-dimensional image, comprising the steps of:

receiving or accessing data created employing an image processing method for converting two-dimensional images into three-dimensional images including the steps of

employing a depth adjustment algorithm to reposition pixels of a defined object within an image, and

restoring retained pixel information to pixels which the information was previously associated with and which have become empty pixels resulting from application of the depth adjustment algorithm; and

employing the data to reproduce a three-dimensional image.

*  *  *  *  *

Exhibit 3 Page 133

# EXHIBIT 4

US007102633B2

(12) **United States Patent**          (10) **Patent No.:**     **US 7,102,633 B2**
    Kaye et al.                        (45) **Date of Patent:**       **Sep. 5, 2006**

(54) **METHOD FOR CONFORMING OBJECTS TO A COMMON DEPTH PERSPECTIVE FOR CONVERTING TWO-DIMENSIONAL IMAGES INTO THREE-DIMENSIONAL IMAGES**

(75) Inventors: **Michael C. Kaye**, Agoura Hills, CA (US); **Charles J. L. Best**, Los Angeles, CA (US)

(73) Assignee: **In-Three, Inc.**, Westlake Village, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 194 days.

(21) Appl. No.: **10/147,380**

(22) Filed: **May 15, 2002**

(65)        **Prior Publication Data**

US 2005/0099414 A1 May 12, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/029,625, filed on Dec. 19, 2001, now Pat. No. 6,515,659, which is a continuation-in-part of application No. 09/819,420, filed on Mar. 26, 2001, now Pat. No. 6,686,926, which is a continuation-in-part of application No. 09/085,746, filed on May 27, 1998, now Pat. No. 6,208,348.

(51) **Int. Cl.**
    *G06T 15/00*          (2006.01)

(52) **U.S. Cl.** ..................................................... **345/419**
(58) **Field of Classification Search** ................. 345/418, 345/419, 420, 426, 427, 428
    See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,772,465 A | 11/1973 | Vlahos et al. | .............. 382/167 |
| 4,475,104 A | 10/1984 | Shen | .......................... 345/422 |

| | | | |
|---|---|---|---|
| 4,600,919 A | 7/1986 | Stern | ........................... 340/725 |
| 4,606,625 A | 8/1986 | Geshwind | ................... 352/38 |
| 4,608,596 A | 8/1986 | Williams et al. | ............. 358/81 |
| 4,645,459 A | 2/1987 | Graf et al. | ................... 434/43 |
| 4,647,965 A | 3/1987 | Imsand | ........................ 358/88 |
| 4,697,178 A | 9/1987 | Heckel | ...................... 345/422 |
| 4,723,159 A | 2/1988 | Imsand | ........................ 358/88 |
| 4,809,065 A | 2/1989 | Harris et al. | ................. 348/51 |
| 4,888,713 A | 12/1989 | Falk | ........................... 364/522 |
| 4,925,294 A | 5/1990 | Geshwind et al. | ........... 352/57 |
| 4,933,670 A | 6/1990 | Wislocki | .................... 345/167 |
| 4,965,844 A | 10/1990 | Oka et al. | ................... 382/44 |
| 5,177,474 A | 1/1993 | Kadota | ....................... 345/642 |
| 5,181,181 A | 1/1993 | Glynn | ........................ 702/141 |
| 5,185,852 A | 2/1993 | Mayer | ........................ 358/1.1 |
| 5,237,647 A | 8/1993 | Roberts et al. | ............. 345/419 |
| 5,341,462 A | 8/1994 | Obata | ........................ 345/422 |
| 5,347,620 A | 9/1994 | Zimmer | ..................... 345/592 |
| 5,428,721 A | 6/1995 | Sato et al. | |
| 6,031,564 A * | 2/2000 | Ma et al. | ................... 348/43 |
| 6,215,516 B1 * | 4/2001 | Ma et al. | ................... 348/43 |
| 6,515,662 B1 * | 2/2003 | Garland | ..................... 345/427 |
| 6,590,573 B1 | 7/2003 | Geshwind | ................... 345/419 |
| 6,650,339 B1 | 11/2003 | Silva et al. | |
| 6,677,944 B1 * | 1/2004 | Yamamoto | ................. 345/422 |
| 6,686,926 B1 * | 2/2004 | Kaye | .......................... 345/680 |

OTHER PUBLICATIONS

Hanrahan et al., "Direct WYSIWYG painting and texturing on 3D shapes", Computer Graphics, vol. 24, Issue 4, pp. 215–223. Aug. 1990.

(Continued)

*Primary Examiner*—Phu K. Nguyen
(74) *Attorney, Agent, or Firm*—Henricks, Slavin & Holmes LLP

(57)            **ABSTRACT**

Methods for converting two-dimensional images into three-dimensional images employing various interactive image processing tools that allow a user to apply any number or combination of image pixel repositioning depth contouring effects, algorithms or the like to create three-dimensional images.

**14 Claims, 14 Drawing Sheets**



Exhibit 4 Page 134

**US 7,102,633 B2**

Page 2

OTHER PUBLICATIONS

Grossman, "Look Ma, No Glasses", Games, Apr. 1992, pp. 12–14.

Slinker et al., "The Generation and Animation of Random Dot and Random Line Autostereograms", Journal of Imaging Science and Technology, vol. 36, No. 3, pp. 260–267, May 1992.

A. Michael Noll, *Stereographic Projections by Digital Computer,* Computers and Automation, vol. 14, No. 5 (May 1965),pp. 32–34.

A. Michael Noll. *Computer–Generated Three–Dimensional Movies,* Computers and Automation, vol. 14, No. 11 (Nov. 1965), pp. 20–23.

* cited by examiner

**Exhibit 4 Page 135**



FIG. 1

Exhibit 4 Page 136



FIG. 2A



FIG. 2B

Exhibit 4 Page 137



FIG. 3A



FIG. 3B

Exhibit 4 Page 138



FIG. 4A



FIG. 4B

Exhibit 4 Page 139



FIG. 5A



FIG. 5B

Exhibit 4 Page 140



Exhibit 4 Page 141



FIG. 7A

FIG. 7B

FIG. 7C
Result

FIG. 7D

FIG. 7E
Result with Sub-Sections

FIG. 7F
Object conforms to changes in depth.

Exhibit 4 Page 142



FIG. 8A                    FIG. 8B



Object conforms to changes in depth.

FIG. 8C                    FIG. 8D

**Exhibit 4 Page 143**



FIG. 9A

FIG. 9B

FIG. 9C

Exhibit 4 Page 144



FIG. 9D



FIG. 9E

Exhibit 4 Page 145



FIG. 10A



FIG. 10B

Exhibit 4 Page 146



1100 ⤴          FIG. 11A



1100' ⤴          FIG. 11B

Exhibit 4 Page 147



FIG. 12A

FIG. 12B

FIG. 12C

FIG. 12D

Exhibit 4 Page 148



FIG. 13A



FIG. 13B



FIG. 13C

Exhibit 4 Page 149

US 7,102,633 B2

**1**

## METHOD FOR CONFORMING OBJECTS TO A COMMON DEPTH PERSPECTIVE FOR CONVERTING TWO-DIMENSIONAL IMAGES INTO THREE-DIMENSIONAL IMAGES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/029,625 entitled "Method And System For Creating Realistic Smooth Three-Dimensional Depth Contours From Two-Dimensional Images" filed on Dec. 19, 2001, now U.S. Pat. No. 6,515,659, which is a continuation-in-part of U.S. patent application Ser. No. 09/819,420 entitled "Image Processing System and Method for Converting Two-Dimensional Images Into Three-Dimensional Images" filed on Mar. 26, 2001, now U.S. Pat. No. 6,686,926 which is a continuation-in-part of U.S. patent application Ser. No. 09/085,746 entitled "System and Method for Converting Two-Dimensional Images into Three-Dimensional Images" filed on May 27, 1998, now U.S. Pat. No. 6,208,348, all of which are incorporated herein by reference in their entirety.

### COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to methods for conforming objects to a common depth perspective for converting two-dimensional images into three-dimensional images.

2. Description of the Related Art

In order for a three-dimensional image that is rendered from a two-dimensional image to appear realistic it often needs to include many smooth and complex transitions of depth. Unfortunately, known tools within graphic software packages or software filter plug-ins are not specifically designed to convert two-dimensional images into three-dimensional images and, consequently, do not facilitate an accurate true and believable re-creation of a three-dimensional image.

Moreover, known graphics-related software and methods for manipulating images do not provide tools that are capable of facilitating the individual conversion of a large number of two-dimensional images into three-dimensional images in a way that is practical or in a way that can be accomplished within a practical time realm. In order to be able to process a large number of images (as in the hundreds of thousands of frames in the typical motion picture) in a way that is practical and not time prohibitive, tools not yet known to exist would be required. Thus, it would be desirable to be able to provide methods for conforming objects to a common depth perspective for converting two-dimensional images into three-dimensional images in a manner that addresses the afore-described deficiencies of existing image processing software and methods.

### SUMMARY OF THE INVENTION

The methods of the present invention relate to re-creating depth information that was perhaps never actually recorded

**2**

and, in so doing, creating a set of three-dimensional motion picture images from two-dimensional motion picture images that can then be used for viewing. According to the present invention, objects or subjects are defined and appropriate depth information is restored back into image objects or the image as a whole, producing a three-dimensional result as if the starting image had been originally photographed in three-dimensions to begin with. One or more pixel manipulating algorithms are used to affect image pixels along the horizontal X-axis within an image to effectively cause forward or back depth perspective and shape. In various embodiments, the placement of pixels is performed to a sub-pixel level in order to achieve the finest and most accurate depth detail, resulting in a highly realistic three-dimensional reproduction.

The present invention relates to methods for converting two-dimensional images into three-dimensional images in an expedient way permitting a time allowable system to exist for implementing a conversion of the large number of frames that make up a typical motion picture. In order to create a three-dimensional image out of a two-dimensional image, another perspective of the image that was perhaps not originally recorded is created or reconstructed. In various embodiments, the images are reconstructed by applying one or more, or a multitude, of various linear or non-linear algorithms that cause pixels to be displaced in the image.

In order to recreate realistic appearing three-dimensional images, image objects are defined in some manner and depth information is associated with these objects. According to the present invention, this is accomplished manually or by semi- or fully-automatic methods.

In the process of converting motion pictures into 3D, it is critical to have at one's disposal a set of tools or methods that are capable of conveniently facilitating the conversion of hundreds of thousands of frames in a time allowable realm. Otherwise, the process would be time prohibitive and not of practical utility for purposes of converting motion pictures into 3D.

Embodiments of the present invention pertain to methods that allow objects making up an image to be automatically placed at their respective and appropriate depth locations within the image. Such methods save an enormous amount of time as opposed to having to manually place image objects at their appropriate depth locations.

According to various embodiments of the present invention, the bottommost points of objects are referenced and/or attached to other objects. Although it often makes sense to link objects in this manner, in other embodiments, portions of objects other than the bottommost points are referenced and/or attached to other objects in the image.

The present invention further involves various methods that allow objects making up an image to be easily referenced to one another so that objects will move together, or track one another, thus making it much simpler for objects to conform together to their proper depth perspective. By allowing objects, or portions of objects, to be referenced and track together, three-dimensional conversion processing of motion pictures according to the present invention occurs rapidly and efficiently.

Various embodiments of the present invention pertain to related methods that are used to easily provide three-dimensional shape to image objects, as well as apply an overall perspective reference to images which, in turn, causes the objects in an image to conform together as any one of the objects is moved as a result of the application of depth algorithm(s).

**Exhibit 4 Page 150**

**3**

Other embodiments of the present invention relate to methods for permitting camera angle and/or positional changes to be used to automatically calculate depth changes as scenes change their perspective angles or positions. All of the tools described herein, or various subcombinations of these tools, represent various embodiments of processes for effecting three-dimensional motion picture conversions according to the present invention.

The term DIMENSIONALIZE™ process (or DIMENSIONALIZING™ or DIMENSIONALIZATION™ process) makes reference to and identifies any of the methods for converting standard two-dimensional images into three-dimensional images according to the present invention. The process fundamentally involves employing any combination of software, hardware and/or firmware to process two-dimensional images (e.g., scanned images or captured images in a computer system) and to recreate depth information that perhaps was not recorded when the two-dimensional images were originally created, thus facilitating the creation of realistic appearing three-dimensional motion picture images which can be used for viewing directly or projecting.

The DIMENSIONALIZE™ process involves actions taken by a person (referred to as a DIMENSIONALIST™) who performs or directs the tasks of evaluating images and defining objects or subjects (e.g., by drawing around the objects or subjects within the images). Through the process, appropriate depth information is associated with the identified objects thereby providing restored, or recreated three-dimensional images that appear as realistic as if the original two-dimensional image had been captured or created in three-dimensions to begin with.

As part of the DIMENSIONALIZATION™ process, objects are repositioned on the horizontal axis (X-axis) of an image to effectively cause forward or back depth placement. In order to achieve the most accurate and smooth realistic three-dimensional reproduction, the horizontal placement (repositioning) of pixels is performed to a sub-pixel level. Although there is a correlation of depth and dimension to pixel placement, the DIMENSIONALIZATION™ process—as implemented with present day technology—still needs to be monitored by the DIMENSIONALIST™ to ensure optimal accuracy as there are too many variables affecting depth placement (due to the multitude of possible camera angles within a given scene and image).

DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the invention will become readily apparent upon reference to the following detailed description when considered in conjunction with the accompanying drawings, in which like reference numerals designate like parts throughout the figures thereof, and wherein:

FIG. **1** illustrates an exemplary workstation for implementing the image processing techniques of the present invention;

FIG. **2A** illustrates an example of an image containing multiple defined objects;

FIG. **2B** illustrates an example of the image of FIG. **2A**, after the road object has been skewed;

FIG. **3A** illustrates an example of an image of connecting walls to demonstrate objects being assigned reference points;

FIG. **3B** illustrates an example of the image of FIG. **3A** wherein the walls have been shifted in position and remain connected together by their reference points;

**4**

FIG. **4A** illustrates an example of an image of a room with a portion of a back wall that protrudes outward to illustrate depth conforming of objects that are referenced together;

FIG. **4B** illustrates an example of the image of FIG. **4A** wherein the connecting walls have been shifted and stretched into correct position by virtue of a skew applied to the floor object;

FIG. **5A** illustrates an example of a image of a room with other than straight bottom corners;

FIG. **5B** illustrates an example of the image of FIG. **5A** wherein the room perspective has been changed;

FIG. **6A** illustrates an object defined as a whole object;

FIG. **6B** illustrates the object of FIG. **6A** being sub-divided with a dividing path line;

FIG. **6C** illustrates the result of the object of FIG. **6B** being sub-divided;

FIG. **6D** illustrates the object of FIG. **6A** being further divided with three more dividing path line sections;

FIG. **6E** illustrates the object of FIG. **6A** with its bottom perimeter being defined as a reference path line;

FIG. **6F** illustrates the result of the object of FIG. **6A** when perspective is applied;

FIG. **7A** illustrates a curved object defined as a whole object;

FIG. **7B** illustrates the object of FIG. **7A** being sub-divided with a dividing path line;

FIG. **7C** illustrates the result of the object in FIG. **7B** being sub-divided;

FIG. **7D** illustrates the object of FIG. **7A** being further divided with three more dividing path line sections;

FIG. **7E** illustrates the result of FIG. **7A** having been divided into sub-objects;

FIG. **7F** illustrates the result of FIG. **7A** when perspective is applied to the object;

FIG. **8A** illustrates an object connected to a virtual box;

FIG. **8B** illustrates the object of FIG. **8A** with a connecting path line defined and used as a reference;

FIG. **8C** illustrates the object of FIG. **8A** with a second connecting path line referenced to the bottom of the virtual box;

FIG. **8D** illustrates the object of FIG. **8A** when perspective is applied to the virtual box;

FIG. **9A** illustrates an image of a room with four objects;

FIG. **9B** illustrates the image of FIG. **9A** with the back wall defined as a closed contour for applying depth to the entire room;

FIG. **9C** illustrates the result of applying perspective to the room of FIG. **9A**;

FIG. **9D** illustrates the objects of FIG. **9A** with the objects having path lines defined to be used as attached references to the surroundings;

FIG. **9E** illustrates the result of all of the objects of FIG. **9A** conforming to the correct depth perspective as the entire room is given perspective;

FIG. **10A** illustrates an example of the room objects of FIG. **9A**, except that the objects are spaced away from their surrounding surfaces;

FIG. **10B** illustrates the example of FIG. **10A** wherein the objects have sections of their path lines defined for use as references projected to the nearest surrounding surfaces;

FIG. **11A** illustrates an example of an image with an object in free space, not attached to or adjacent to any objects, with a projected surface.

**Exhibit 4 Page 151**

US 7,102,633 B2

5

FIG. **11**B illustrates the example of FIG. **11**A except several frames later showing how the object maintains its tracking to its projected surface;

FIG. **12**A illustrates a graphical user interface tool for adjusting an original camera angle of a scene;

FIG. **12**B illustrates the graphical interface tool of FIG. **12**A with the frame being repositioned;

FIG. **12**C illustrates the graphical interface tool of FIG. **12**A with the frame having been repositioned again;

FIG. **12**D illustrates the graphical interface tool of FIG. **12**A with the frame having been repositioned yet again;

FIG. **13**A illustrates a graphical user interface tool for adjusting the focal distance of a virtual camera, the interface showing a correlation between an image and a camera angle over a large focal distance;

FIG. **13**B illustrates the graphical user interface tool of FIG. **13**A with the interface showing a correlation between an image and a camera angle over a small focal distance; and

FIG. **13**C illustrates the graphical user interface tool of FIG. **13**A with the interface showing a correlation between an image and a camera angle when the focal point is at near infinity.

## DETAILED DESCRIPTION

Referring to FIG. **1**, a workstation **100** according to the present invention includes one or more video monitors which provide a user of the DIMENSIONALIZATION™ process with an interactive interface through which a plurality of original images can be duplicated and rendered into three-dimensional images. More specifically, the interactive interface embodies a plurality of tools particularly adapted to facilitate rendering of three-dimensional complementary images such that each resulting complementary image and its corresponding original image provide a stereo pair of images for a three-dimensional image. It should be noted however that the scope of the present invention additionally includes creating or rendering multiple frames, rather than a single frame.

The exemplary workstation **100** shown in FIG. **1** includes a time table monitor **102**, an application monitor **104**, an object manager monitor **106**, three-dimensional glasses **108** and one or more user input mechanisms such as a keyboard **110**, trackballs (or mouse) **112**, **122**, drawing tablets **114**, **116**, **120** and a drawing pen **118**. The workstation also includes a processor/controller **130** which is programmed to provide signals to the monitors **102**, **104**, **106**, control the visual displays at these monitors, and receive and process user inputs provided to the system via the user input mechanisms **110**, **112**, **114**, **116**, **118**, **120**, **122**, i.e., control the interactive interface. The processor/controller **130** is programmed to provide, in conjunction with the three-dimensional glasses **108** (which synchronize to a signal from the processor/controller), a three-dimensional image at the application monitor **104** which is updated thus allowing the user to observe changes in the depth or placement of various objects within the three-dimensional image. As described below in greater detail, the object manager monitor **106** is employed to display the original images over a number of frames, their objects, and sub-objects. The object manager provides a display allowing the user to maintain organization over a multitude of frames representing time. The processor/controller **130** is programmed to allow the user to select objects within images and to horizontally reposition portions of these objects within an image automatically via a plurality of interactive tools which include object rendering functions.

6

In addition to controlling the processes within the DIMENSIONALIZATION™ workstation, the processor/controller **130** can be used to send the processed data to storage or through various outlets for use. The processed DIMENSIONALIZED™ data can be stored on data storage media **132**, which may include solid state memory, magnetic tape, magnetic disc, or optical disc such as compact discs or digital versatile disc (DVD) type removable storage. By storing the DIMENSIONALIZED™ product onto removable media, the data can be reproduced and viewed in a wide variety of ways. For example, DVDs can be used in a media player **134** to play back the DIMENSIONALIZED™ data for three-dimensional (3D) reproduction on a 3D display **136** in a home or professional environment, such as a theatre. The DIMENSIONALIZED™ data can also be broadcast (data broadcast transmission **138**) over cable, via the Internet, for example, or be broadcast by electromagnetic transmission such as Satellite or television type transmission. Once the DIMENSIONALIZED™ data is received (data broadcast receiver **140**) it can then be used in a wide variety of display applications such as, home entertainment or theatre projection, just to name a few.

It should be understood that the functions implemented by the processor/controller **130** can be performed by one or more processor/controller. Moreover, these functions can be implemented employing a combination of software, hardware and/or firmware taking into consideration the particular requirements, desired performance levels, etc. for a given system or application.

In various embodiments, some objects are defined as "VIRTUAL OBJECTS™". "Virtual Objects" are objects that are defined or drawn ignoring other objects that may exist in front of the object being defined. In other words, if an object is defined, such as a floor, for example, the floor is defined with the focus being only the floor, as if no other objects were in the way. Objects that may exist on the floor are ignored and consequently not defined or drawn. For the purposes of this illustration, sub-objects are also not shown. Sub-objects are portions of objects that are defined for the purpose of applying separate depth algorithms to.

Various embodiments of the present invention provide the ability for objects to be automatically referenced to other objects which significantly increases the speed of the 2D to 3D conversion process. By way of example, as objects are defined, their positions relative to other objects in the image are automatically determined and the objects are automatically placed at these positions.

A "Reference to Bottom" feature (or tool), according to various embodiments of the present invention, allows objects to be assigned a "bottom reference" which is employed to automatically place the objects at the correct depth as they are defined. This feature is particularly useful because, due to gravity, the bottommost portion of objects often are in contact with objects beneath them. An advantageous result of this feature is that the depth values at the bottommost points of contact do not need to be manually placed by the user, rather these values are automatically determined. By way of example, a depth value for a bottommost point of contact is assigned (matched) to a depth value associated with the referenced object beneath the bottommost point of contact. Moreover, eliminating the need to place objects provides significant time savings which is crucial when faced with the task of converting the hundreds of thousands of frames of a typical motion picture. It should be appreciated, however, that other types of object reference tools can be employed (and at anytime during the image conversion process) to assign to an object a depth

Exhibit 4 Page 152

US 7,102,633 B2

7

value that has already been associated with another object, nearest appropriate background, etc.

FIGS. 2A and 2B show images **200** and **200'**, respectively, and illustrate how the "Reference To Bottom" feature can be used to automatically position multiple objects in depth to their corresponding background. For example, by employing the "Reference To Bottom" feature, the two people, or rather their objects **201** and **202**, can be (instantaneously) placed at the depths of the respective points at which they stand with no additional user input. In this case, the objects **201** and **202** will be assigned the depth values of the background immediately behind their bottommost points, i.e., the depth values associated with the respective points on the sidewalk beneath their feet. For example, the depth value associated with a point on the sidewalk behind a bottommost point **212** is assigned to the object **201**. Lampposts **203** and **204** and the street clock **206** can be attached in the same way at their bottommost points **210**, **211** and **209**, respectively. Lamppost **205** can be attached in the same manner except, in this case, the lamppost has been defined as a virtual object since part of that object is covered up. As a virtual object, the lamppost **205** is defined in its virtual entirety, which from the illustrated perspective includes dashed boundary line **207**, and is attached in the same way at its bottommost point **208**. Both whole and virtual objects can be attached with automatic depth placement with the same efficiency.

Referring to FIG. 2B, a zero reference plane **214** (shown as a dashed line), also referred to as a depth focal point, is the point in space where there is no placement of depth, which leaves that depth location at the plane of the screen or monitor. A "Zero Reference" feature of the present invention provides the user with the ability to easily assign any point or path in the image to a "Zero Reference". In various embodiments, the "Zero Reference" plane can be altered at any time during the image conversion process.

Once objects have been assigned a reference, they can automatically track the depth of whatever they have been referenced or attached to. By way of example, a skew function may be applied to the road object **213** to give the appearance of perspective with the foreground transitioning into the background. In the foreground (in front of the "Zero Reference" plane), pixels of the road object **213** are shifted to the left as is denoted by dashed road boundary line **215**. In the background (behind the "Zero Reference" plane), pixels of the road object **213** are shifted in the opposite direction as they will appear to be further back in space than the plane of the screen. Since the objects **201**, **202**, **203**, **204**, **205** and **206** have already been referenced to various points along the road object **213**, they will automatically shift their depth positions to track whatever depth values are applied to the road object **213**. As a result, a user of the conversion process is required to do far less work and the system functions in a much more expedient fashion.

Thus, according to various embodiments of the present invention, a user is provided with the ability to reference object points, entire path lines or portions of path lines to hidden objects. According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes employing an interactive user interface to reference a partially or completely hidden defined object in an image to a reference defined object in the image such that, when pixels of the reference defined object are repositioned within the image, the partially or completely hidden defined object and the reference defined object remain connected together. By way of example, the partially or completely hidden defined object and the reference defined object can be connected together

8

at one or more object points, or at one or more partial or complete path lines.

Another feature, according to various embodiments of the present invention, is the "Reference To" command. The "Reference To" feature allows a user to mark any point within an object and reference that point of the object to the corresponding screen coordinate point of other objects. For example, FIG. 3A depicts an image **300** with walls **301**, **302**, **304** and **305**. Walls **301** and **302** connect together at referenced point **303**. Walls **304** and **305** connect together at referenced point **306**. Walls **301** and **305** are in the foreground and walls **302** and **304** run into the background. Given this situation, the two foreground walls **301** and **305** will be positioned. Walls **302** and **304** will have a stretch algorithm applied in order to make them appear as running from foreground into the background. Because both walls **301** and **305** are being positioned towards the foreground, with reference to reference plane **309** (shown in dashed lines), they will shift to the left. Referring to FIG. 3B, a right side **308** of the wall **301** has been shifted to the left of its prior location which is indicated by dashed line **307**. As illustrated, wall **302** will therefore stretch becoming longer and wall **304** will compress (or reverse stretch) becoming shorter. Notwithstanding the foregoing terminology, each of these walls is essentially having a "stretch" function applied to it, but to achieve opposite results.

It would be extremely time consuming to have to manually place each and every object to their respective depth locations. With reference to FIGS. 3A and 3B and by way of example, the present invention addresses this concern by allowing the user to simply mark the reference point **303** and attach the wall **302** to the wall **301** employing a "Reference To" command. From that time on (until unreferenced, or unattached, by the user), the wall object **302** follows the reference point **303** no matter where the wall object **301** is shifted to. In this example, employing "Reference To" commands to establish the reference points **303** and **306** keeps the walls **301** and **302** connected to each other and the walls **304** and **305** connected to each other as the walls **301** and **305** are shifted to the left (toward the foreground). It should be noted that in this example single points are shown as references. A single reference allows an object to pivot from that reference point while it stays connected by its reference.

References for attaching objects together may also be in the form of multiple points. According to various embodiments of the present invention, applying multiple reference points to an object causes the shape of the object to conform to the background objects that those points are referenced to, adding perspective to the shape of the object. FIG. 4A shows an example image **400** of a room with a back section that protrudes outward. For the purposes of this example, the ceiling **401**, floor **409**, and each of the walls **402**, **403**, **404**, **405**, **406**, **407** and **408** is a defined object. The left wall **402** is attached to the floor **409** by referencing to point **411** and **412**. As a result, the left wall **402** now automatically conforms to the perspective provided by movement of the points **411** and **412**, for example, when a skew function is applied to the floor **409** as shown in FIG. 4B. With this feature it is not necessary to separately add and adjust a stretch algorithm to the wall **402**. The two objects will now conform to each other. In the same manner, the opposite wall **408** will compress (or reverse stretch) as the applied reference points **417** and **418** get closer together also by virtue of the skew applied to the floor object **409**. Although the above examples pertain to skew and stretch algorithms conforming together, it should be understood that the referencing of

**Exhibit 4 Page 153**

US 7,102,633 B2

9

objects together according to the present invention results in the conforming of the shapes of these objects together, independent of the number, types and/or combinations of algorithms that have been applied to the objects.

References for attaching objects together may also be in the form of one or more paths. By way of example, various embodiments of the present invention allow the user to reference objects together by connecting path lines of objects together. Entire path lines or portions of path lines of objects can be referenced together. Another time saving benefit of various embodiments of the present invention is the ability for the user to store connected and common path line objects in the process of object definition. This saves the user valuable time by eliminating the need to redraw sections of objects that have already been drawn.

Skew and stretch (or other) algorithms may also be applied individually, or automatically by having a designated perspective reference in the image calculate the appropriate algorithms. FIG. 5A also illustrates connected objects conforming together and, more specifically, shows an example of an image **500** of a room protruding away from foreground. In this example, the left wall **501** shares a common path line **502** with object **503**. Section **503** is a straight (planar) section of wall connecting between the left wall **501** and floor **505** at a 45 degree angle. Object **503** also shares a common path line **504** with the floor **505**. On the right side of the image **500** there is a similar section between the right wall **509** and the floor **505**, except this section **507** is curved by a convex bulge contour being applied from one end of this object to the other. This convex shaped object **503** shares common path lines **506** and **508** with the floor **505** and right wall **509**, respectively. It should be noted that the left wall **501**, the right wall **509** and floor **505** are also connected and referenced to the back wall **510** and the ceiling **511**. According to the present invention, since all these objects are referenced together by their connecting path lines, they will all conform to a common perspective as any one of these objects is moved. FIG. 5B illustrates an example of how each of the connected objects will behave when depth is assigned to any of the connected objects.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: applying one or more path lines to an image; and associating the path line(s) with a plurality of defined objects in the image such that, when a pixels of one of the defined objects are repositioned within the image, the plurality of defined objects remain connected together at the path line(s). As shown in FIGS. 5A and 5B, the path lines can, but do not necessarily, include a plurality of contiguous path lines.

Various embodiments of the present invention also facilitate connecting path lines for use in assigning depth perspective, which is particularly useful for more complex objects. The following discussion makes reference to FIGS. 6A–6F, which depict an example of an object conforming its depth perspective with flat sides. FIG. 6A illustrates an object **600** that has been defined in its entirety with an object path line **601**. FIG. 6B illustrates how the user can define a front sub-section **602** with a dividing path line **610**, enclosing the closest side (of the object **600**), to be used as a closed contour. By way of example, and as described in U.S. patent application Ser. No. 10/029,625 entitled "Method And System For Creating Realistic Smooth Three-Dimensional Depth Contours From Two-Dimensional Images," the user can then easily add (apply) a linear bulge causing the object **600** to conform its shape accordingly from its front to back angles. With objects that are fairly simplistic in their shape,

10

as in FIG. 6A, this is a very expedient method. If the object is not as simple and, for example, has many in-between curves from front to back, the user may choose to use an alternate method to quickly apply shape to the object. FIG. 6C shows the result which is an object divided as two sub-sections, so in effect the bulge algorithm can be modified to accommodate the two or more sections. As depicted in FIG. 6D, the object can be further divided into an upper top sub-section **603** and an upper side sub-section **604** by a defining path line **605**. Similarly, the object can be still further divided into a lower top sub-section **606** and a lower side sub-section **607** by a dividing path line **608**. FIG. 6E shows the result which is an object that has been divided into all of the sub-sections necessary for conforming its shape as desired. A path line **609** is referenced to the bottom of the object. As shown in FIG. 6F, when the bottom moves, all sides of the object previously defined as sub-objects will automatically conform accordingly. Thus, according to various embodiments of the present invention, an entire object can be made to automatically conform its sub-sections accordingly in response to adjusting any one of its sub-sections.

In the foregoing example, the object had straight lines front to back. However, it should be understood that the principles of the present invention are equally applicable to and accommodate any shape with in-between curves if, for example, the object has curves from front to back rather than being straight.

The following discussion makes reference to FIGS. 7A–7F, which depict an example of an object conforming its depth perspective with curved and flat sides. FIG. 7A illustrates a curved object **700** which is represented as a whole by an object path line **701**. FIG. 7B illustrates how the user can draw a dividing path line **702** to separate the side surface from the rest of the object. FIG. 7C shows the result which is an object divided as two sub-sections. Similar to the example discussed above with reference to FIGS. 6A–6F, the resulting front side section in FIG. 7C can also be used as a closed contour with a simple linear bulge algorithm applied. The difference with this curved object **700** is that the straight front section can be divided from the curved section, as depicted by the dashed line **710** in FIG. 7F, so that, although connected together at that path line, a separate curved algorithm can be applied to cause the curved section to bend inward, away from the viewer, while the straight portion maintains its shape. Referring to FIG. 7D, and again similar to the example discussed above with reference to FIGS. 6A–6F, the object **700** can be divided into an upper top sub-section **703** and a side sub-section **704** by a dividing path line **705**. Another dividing path line **706** can then be used to further divide the object creating a lower top sub-section **707** adjacent the side sub-section **704**. FIG. 7E shows the result which is an object that has been divided into all of the sub-sections necessary for conforming its shape as desired. Since the shape of this object is curved in the front, the surface **708**, as seen in FIG. 7F, can conform its round shape by referencing a section of path line **709** to the object below the bottom of the object. As depicted in FIG. 7F, the object can then conform each of its straight and curved sides together, with stretch and/or skew algorithms, and automatically, since all of the sides are connected and referenced together.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: employing an interactive user interface to apply a plurality of path lines to a defined object within an image such that the path lines define regions

**Exhibit 4 Page 154**

US 7,102,633 B2

11

within the defined object, and to selectively apply object shaping algorithms to the defined regions with reference to the path lines.

Objects can be conformed to an appropriate depth perspective in a variety of different ways. According to one embodiment of the present invention, an object is conformed to an appropriate depth perspective by applying a virtual object shape (such as a box) to the object. Generally, the object is referenced to the virtual object shape and then the virtual object shape is manipulated to conform the object to an appropriate depth perspective. This feature is particularly useful for conforming freestanding objects where there is no other object to reference to.

FIG. **8A** shows a virtual object shape in the form of a virtual box. The illustrated virtual box **800** includes sides **801**, **802** and **803**, which can be placed at the edges of the object, and virtual box walls **804** and **805** which can be adjusted, for example, by positioning the intersecting reference point **806**. Referring to FIG. **8B**, a section of object path line **807** can also be referenced to the virtual box. Referring to FIG. **8C**, a front curved section of the object path line **808** can also be referenced to the bottom of the virtual box. As shown in FIG. **8D**, the virtual box can then be used to conform the entire object, including complex curved sections, to the depth placement applied to the virtual box. It should be noted that either the virtual box or any point of the object may be used to alter the depth of the object. It should also be reiterated that is only one of the methods according to the present invention for applying depth to an object.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: employing an interactive user interface to define a virtual object shape in an image and to associate surfaces of the virtual object shape with portions of one or more defined objects in the image such that pixels in the image associated with the one or more defined objects are automatically repositioned in response to changes made to the virtual object shape. Although the virtual object shape discussed with reference to FIGS. **8A–8D** includes a plurality of planar surfaces, it should be understood that virtual object shapes according to the present invention can be any shape, can include any number of distinct surfaces, and can include curved surfaces as well as planar surfaces.

Referring to FIGS. **9A–9D**, a more complex example of objects conforming together is now described. FIG. **9A** shows an image **900** of a room protruding away from the foreground with four arbitrary corner objects **901**, **902**, **903** and **904**. The room itself may be defined as a virtual object. Moreover, various embodiments of the present invention provide the user with the option of defining the walls as separate virtual objects with common connecting path lines, as previously described with reference to FIGS. **5A** and **5B**, or the entire room may be defined as a single object, and the entire room pushed back in its required depth by defining the back wall **905** as a closed contour with a linear bulge applied. In this example, and referring to FIG. **9B**, a closed contour **906** is used to apply a linear bulge in the reverse direction to push the room back giving it depth. As shown in FIG. **9C**, in the resulting image **900'**, the entire room conforms to the appropriate depth applied.

According to various embodiments of the present invention, portions of defining path lines can be used for referencing objects to other objects or to the background. By way of example, FIG. **9D** illustrates how the top left corner object **901** can be automatically provided with its correct

12

depth parameters by referencing the portions of the defining path lines (of that object) that are connected to the background. In this case, the user can easily define the portion of the object connected to the background wall and ceiling by referencing the portion **906** of the object that makes contact with the adjacent wall and ceiling. The user can accomplish this, for example, by applying a start point **907** and an end point **908** to identify the portion of path line to be referenced. An identification mark **909**, or other visible indicator, can be used to designate the portion of the object that is to be referenced. In this example, a portion **910** of the object path line is not connected to the background wall and should therefore not be referenced. The curved section of the object **901** can be defined as a sub-object and easily bulged outward, for example, by applying a contour line through its center as described in U.S. patent application Ser. No. 10/029,625 entitled "Method And System For Creating Realistic Smooth Three-Dimensional Depth Contours From Two-Dimensional Images." The lower left object **903** can be easily referenced in the same manner by referencing the portion **911** of the path line of the object to its adjacent background, in this case, the floor and left wall. The upper right object **902** represents a curved object for which only the portion **912** of the path line that is both in view and in contact with adjacent background is referenced to the background. The spherical depth shape of this portion of object can be easily added as appropriate by applying (employing) a bulge reference point **913** as shown. The lower right object **904** has its edges also referenced by a path line portion **914** as points along that portion of path line that make contact with the floor and right wall. So referenced, the objects **901**, **902**, **903** and **904** will now conform, or rather track, the movements of the surroundings to which they are referenced. Referring to FIG. **9E**, as depth is applied to the room, the objects—having been referenced to the background object, the room—track the movement of the room.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: applying one or more path lines to an image; and associating the path line(s) with a plurality of defined objects in the image such that, when pixels of one of the defined objects are repositioned within the image, the plurality of defined objects remain connected together at the path line(s), wherein at least one of the path lines is a portion of a boundary of one of the defined objects.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: identifying a portion of a path line in an image; and using the identified portion to reference a plurality of defined objects within the image together such that, when pixels of one of the defined objects are repositioned within the image, the plurality of defined objects remain connected together at the identified portion of the path line.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: linking together a plurality of regions in an image, the plurality of regions including a designated perspective reference region; and automatically applying pixel placement algorithms to the regions in response to a repositioning of pixels in the designated perspective reference region such that the regions remain linked together.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: linking together a plurality of objects in an image; and applying a perspective adjustment

Exhibit 4 Page 155

US 7,102,633 B2

13

to the image which repositions pixels within the image causing shapes of the objects to conform to the applied perspective adjustment. By way of example, virtual reference points and/or path lines are used to link together the objects.

Various embodiments of the present invention also provide the user with the ability to reference an object to other objects or background in the image that are not adjacent to or necessarily in contact with the object. For example, and referring to FIG. 10A, objects can be referenced to other objects (e.g., background objects such as a wall, floor, ground, etc.) employing "common reference path lines." In FIG. 10A, the image 1000 is similar to the images in FIGS. 9A–9E, except that the objects 1001, 1002, 1003 and 1004 are free standing and not adjacent to their surroundings. For instance, the object 1001 is spaced away from the ceiling and wall by posts 1005, yet it is still desirable to reference the object 1001 to its nearby surroundings, the ceiling and wall. The curved object 1002 is also spaced below the ceiling and away from the wall by posts 1006. Similarly, the objects 1003 and 1004 are positioned off the floor and away from their respective walls by posts 1007 and 1008, respectively. In this example, and referring to FIG. 10B, common reference points or paths are tagged and used to project the object boundaries to their nearest surroundings so the objects will track perspective changes that occur to the room. In FIG. 10B, the top right object 1002 is shown with a top path line 1009 with a section bounded by marking end points 1010 that is to be selected out and projected (referenced) to the ceiling 1011. Similarly, a bottom path line section 1012 is selected out and projected to the wall 1013. By projecting an edge, path or points of an object over to another object ("remote object") or background (e.g., a near adjacent boundary), the projected edge, path or points track movement of the remote object or background. The original projection information, such as positional relationships between the projected edge, path or points and the remote object or background, is updated as the remote object or background is moved and can, in turn, be used to automatically apply depth to the object such that the shape of the object tracks movement of the remote object or background.

Referring still to FIG. 10B, the bottom right object 1004 is another example of an object shape for which two sections of the object are projected to near surroundings. The back section 1014 of the object 1004 is defined to be used as a reference and projected out to the wall 1015. The bottom section 1016 of the object 1004 is similarly defined to be used as a reference and projected out to the floor 1017.

The top left object 1001 and the bottom left object 1003, with their straight edges, are examples of objects for which reference points can be used for projecting to a remote object or background. By way of example, reference points 1018, 1019 and 1020 are applied to the standoff posts (of the objects) that make contact with the ceiling, left wall and floor, respectively, rather than referencing the objects with path lines, as in the previous example. Whether objects are referenced directly with connecting points or path lines, or connected indirectly with projected points or path lines, in either case the present invention provides tools to facilitate the automatic tracking of the depth perspective of an object with the movement of its surroundings.

Similar to the above examples, objects can also be referenced to virtual projected surfaces. A projected virtual surface may be particularly useful in a situation, such as illustrated in FIGS. 11A and 11B, where an object is free standing in space rather than being directly adjacent to other objects. By projecting out a virtual surface, an object can be

14

referenced to another object without having to be adjacent or connected to it. FIGS. 11A and 11B depict such an example whereby an object moves, from an image 1100 to an image 1100', across several frames, changing its size and position by tracking the projected virtual surface to which it has been referenced.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: identifying one or more points and/or path lines of a defined object within an image; projecting and referencing the one or more points and/or path lines to another location within the image such that, when pixels associated with the location are repositioned within the image, pixels associated with the defined object are repositioned in a corresponding manner as if the defined object were linked to the location. As discussed above, the other location can be a virtual surface within the image.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: employing an interactive user interface to select one or more path lines associated with defined objects in an image and to store information associated with the selected path line(s). For example, at least two of the path lines are interconnected and the information includes path line interconnection information. In another example, the information indicates that at least one of the path lines is associated with more than one of the defined objects. In another embodiment, the method further includes: employing the interactive user interface to recall the stored information to define one or more objects in another image. By way of example, the stored information includes object interconnection information and/or common path line objects information.

Up to this point, the description has pertained to how objects can be individually provided depth and depth references for speed of converting two-dimensional images into three-dimensional images. In various other embodiments of the present invention, the functionality of a plurality of algorithms (e.g., the skew and stretch algorithms) are combined into one cohesive function that provides a continuous mapping of the real plane onto the real plane. This provides a much more efficient method for correlating objects to their appropriate depth location since the process is reduced to a single step rather than multiple steps which saves time. With this method, adjacent objects, if attached to a scene perspective point, track together such that adjacent object path lines remain adjacent. This is a consequence of the continuous nature of the combined process and provides a general continuity of perspective to an image rather than having to rely on additional user input(s) such as referenced object path lines, as previously described. Although this method does not assume anything about the perspective point of the scene, e.g., single point perspective or centered perspective, in most cases, the perspective point will be a single point perspective, ensuring that all objects in the scene align correctly, relative to the scene and to each other, to the perspective of the scene. However, if multiple perspective points are required, this method can be extended to provide a fitting modeling of such conditions.

Referring back to FIG. 9D, a single perspective point can be applied manually or automatically to the image (e.g., to the center of the image) that will provide perspective to the image. The objects 901, 902, 903 and 904 can be provided depth shape either before or after overall perspective is applied to the image. An advantage of this method is that objects conform to their appropriate depth reference location by virtue of the combined perspective process, as with the

Exhibit 4 Page 156

US 7,102,633 B2

15

result illustrated in FIG. 9E. The dashed lines in this figure illustrate the original position of the objects, whereas the solid lines depict the changed position of the objects caused by depth and depth perspective being applied to the image. This significantly speeds up the conversion process which is important when having to convert large numbers of image frames, as in a typical motion picture.

It is rather common for many motion picture sequences to have a camera shot that starts at one angle and, either in a continuous running sequence or scene to scene, changes its angle or position during shooting. According to various embodiments of the present invention, when a camera changes its angle of view point, algorithms are applied (changed) accordingly to correct for the difference in angular perspective of the changed camera position. Whether depth algorithms are applied to individual or groups of objects, or according to the overall perspective point method described above, the present invention permits further automation for determining changes in camera angles and positions.

Various embodiments of the present invention employ methods by way of a graphical user interface that allow the user to input any camera angle position into the system for automatically recalculating appropriate changes to previously set depth algorithms. This saves time since the user does not need to completely readjust algorithms for the changed angle of view. Rather, the user can simply track the position of the camera with the software automatically calculating changes for the new angle of view. FIG. 12A depicts an example of such a graphical user interface in the form of a graphical representation of a sphere 1201. In the illustrated example, the user positions the frame at a center position 1202, assuming that this corresponds to the initial point or angle of view of the camera. A user input device such as a tablet pen 1203 can be used for repositioning the frame to different positions over the sphere 1201. As a default setting, the frame can be centered in shown in FIG. 12A. Referring to FIG. 12B, when the scene is played further down in time to a point where the camera pans or tilts into a different position, in this case the upper left of the image, the user can then use the graphical interface and user input device to grab the frame and drag (or otherwise move) it to the new position 1204. In FIG. 12A, the camera angle points nearly straight to the image. FIG. 12B represents the angle if a camera was shooting downward toward the right of the scene. FIG. 12C illustrates the angular position 1205 as if the camera was shooting downward toward the left of the scene. FIG. 12D illustrates the angular position 1206 of the camera shooting upwards a little toward the right of a scene.

The present invention further pertains to a method for the user to indicate to the system not only the angle, as described above, but also the focal point distance. This allows for full flexibility for perspective correlation of the photographing camera.

Various embodiments of the present invention employ methods by way of a graphical user interface that allow the user to input any focal point distance into the system for automatically recalculating appropriate changes to previously set depth algorithms. FIG. 13A depicts an example of such a graphical user interface in the form of a graphical representation of a sphere 1301. More specifically, FIG. 13A illustrates a graphical user interface tool for adjusting the focal distance of a virtual camera, the interface showing a correlation between an image and a camera angle over a large focal distance. The graphical sphere 1301 helps the user to visualize the correlation between the actual photo-

16

graphed images and how the camera angles translate at different focal point distances. To this end, FIGS. 13B and 13C illustrate use of the graphical interface tool in situations where the camera angle is over a small focal distance and when the focal point is at near infinity, respectively.

Further with regard to FIG. 13A, the graphical interface depicts an image 1302 for which the subject matter (a tree and background horizon) were photographed straight on, or reasonably level from some distance away from the camera position 1303. In this large focal point distance case, the user can adjust the frame size and position 1304 within the graphical sphere to represent what the camera photographed. If the camera happened to shift its position upward to the camera position 1305, looking down at the tree, as shown in the image 1306, then the user would translate this information to the system by repositioning the frame upwards to frame position 1307, to recreate the originally photographed position. Conversely, if the photographed image 1309 revealed that the camera 1308 was pointed upward at the image, then the user would indicate the position of the camera by moving the frame downward to frame position 1310.

FIG. 13B illustrates what happens when the subject matter (a box) appears to be much closer to the camera. In this case, the angle (or curve 1311) is much greater, should the camera move upwards or downwards pivoting on the subject. The closer distance between camera and subject is represented by the larger frame 1312, within the graphic of the sphere. Referring to FIG. 13C, in the reverse direction, if the camera angle appears to be such that the subject focal point is at near infinity, then the frame within the sphere is reduced towards a point that still can be used for repositioning on the sphere.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: employing a graphical interface to adjust an angular perspective and/or a focal distance of a virtual camera associated with an image and to make adjustments to algorithms that cause changes in perceived depths of objects or regions within the image conforming to angular perspective and/or focal distance changes.

Products generated by any of the systems or methods disclosed herein also fall within the scope of the present invention. Such products include, but are not limited to, any three-dimensional image generated employing any of the methods or systems described herein as well as any form of device upon which is stored information (or data) pertaining to any such three-dimensional image (e.g., machine-readable storage media such as digital video disks, digital tape, etc.). Any data storage media that stores images, information or data created employing any of the methods or systems described herein also falls within the scope of the present invention. Accordingly, various embodiments of the present invention are also represented by articles of data storage media upon which are stored images, information or data created employing any of the methods described herein.

According to an embodiment of the present invention, a method for providing a three-dimensional image includes: receiving or accessing data created employing any of the methods described herein; and employing the data to reproduce a three-dimensional image.

Those skilled in the art will appreciate that various adaptations and modifications of the just described embodiments can be configured without departing from the scope and spirit of the invention. Therefore, it is to be understood that, within the scope of the appended claims, the invention may be practiced other than as specifically described herein.

**Exhibit 4 Page 157**

US 7,102,633 B2

17

We claim:

**1**. A method for converting two-dimensional images into three-dimensional images, comprising:

applying one or more path lines to an image; and

using the path line(s) to reference a plurality of defined objects in the image together such that, when pixels of one of the defined objects are repositioned within the image, the plurality of defined objects remain connected together at the path line(s).

**2**. The method for converting two-dimensional images into three-dimensional images of claim **1**, wherein at least two of the path lines are contiguous.

**3**. The method for converting two-dimensional images into three-dimensional images of claim **1**, wherein at least one of the path lines is a portion of a boundary of one of the defined objects.

**4**. A method for converting two-dimensional images into three-dimensional images, comprising:

employing an interactive user interface to reference a partially or completely hidden defined object in an image to a reference defined object in the image such that, when pixels of the reference defined object are repositioned within the image, the partially or completely hidden defined object and the reference defined object remain connected together.

**5**. The method for converting two-dimensional images into three-dimensional images of claim **4**, wherein the partially or completely hidden defined object and the reference defined object are connected together at one or more object points.

**6**. The method for converting two-dimensional images into three-dimensional images of claim **4**, wherein the partially or completely hidden defined object and the reference defined object are connected together at one or more partial or complete path lines.

**7**. A method for converting two-dimensional images into three-dimensional images, comprising:

linking together a plurality of regions in an image, the plurality of regions including a designated perspective reference region; and

automatically applying pixel placement algorithms to the regions in response to a repositioning of pixels in the designated perspective reference region such that the regions remain linked together.

18

**8**. A method for converting two-dimensional images into three-dimensional images, comprising:

identifying a portion of a path line in an image; and

using the identified portion to reference a plurality of defined objects within the image together such that, when pixels of one of the defined objects are repositioned within the image, the plurality of defined objects remain connected together at the identified portion of the path line.

**9**. A method for converting two-dimensional images into three-dimensional images, comprising:

identifying one or more points and/or path lines of a defined object within an image;

projecting and referencing the one or more points and/or path lines to another location within the image such that, when pixels associated with the location are repositioned within the image, pixels associated with the defined object are repositioned in a corresponding manner as if the defined object were linked to the location.

**10**. The method for converting two-dimensional images into three-dimensional images of claim **9**, wherein the other location comprises a virtual surface within the image.

**11**. A method for converting two-dimensional images into three-dimensional images, comprising:

linking together a plurality of objects in an image; and

applying a perspective adjustment to the image which repositions pixels within the image causing shapes of the objects to conform to the applied perspective adjustment.

**12**. The method for converting two-dimensional images into three-dimensional images of claim **11**, wherein virtual reference points and/or path lines are used to link together the objects.

**13**. An article of data storage media upon which is stored images, information or data created employing any of the methods of claims **1**–**6**, **7**, **8** and **9**–**12**.

**14**. A method for providing a three-dimensional image, comprising:

receiving or accessing data created employing any of the methods of claims **1**–**6**, **7**, **8** and **9**–**12**; and

employing the data to reproduce a three-dimensional image.

\*    \*    \*    \*    \*

**Exhibit 4 Page 158**

**EXHIBIT 5**

US007116323B2

(12) **United States Patent**
Kaye et al.

(10) **Patent No.:**     **US 7,116,323 B2**
(45) **Date of Patent:**       **Oct. 3, 2006**

(54) **METHOD OF HIDDEN SURFACE RECONSTRUCTION FOR CREATING ACCURATE THREE-DIMENSIONAL IMAGES CONVERTED FROM TWO-DIMENSIONAL IMAGES**

(75) Inventors: **Michael C. Kaye**, Agoura Hills, CA (US); **Charles J. L. Best**, Los Angeles, CA (US)

(73) Assignee: **In-Three, Inc.**, Westlake Village, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 68 days.

(21) Appl. No.: **10/316,672**

(22) Filed: **Dec. 10, 2002**

(65) **Prior Publication Data**

US 2005/0104878 A1      May 19, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/147,380, filed on May 15, 2002, which is a continuation-in-part of application No. 10/029,625, filed on Dec. 19, 2001, now Pat. No. 6,515,659, which is a continuation-in-part of application No. 09/819,420, filed on Mar. 26, 2001, now Pat. No. 6,686,926, which is a continuation-in-part of application No. 09/085,746, filed on May 27, 1998, now Pat. No. 6,208,348.

(51) **Int. Cl.**
  *G06T 15/00*      (2006.01)

(52) **U.S. Cl.** ...................... **345/419**; 345/420; 345/422; 348/42; 348/43; 348/44

(58) **Field of Classification Search** ............... 345/419, 345/420, 422, 428, 619, 629; 348/42–44
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,621,127 A     11/1971   Hope ......................... 348/56

(Continued)

FOREIGN PATENT DOCUMENTS

EP        1187494 A2     3/2002

(Continued)

OTHER PUBLICATIONS

Ohm et al., An Object-Based System for Stereopscopic Viewpoint Synthesis, IEEE transaction on Circuits and Systems for Video Technology, vol. 7, No. 5, Oct. 1997, pp. 801-811.*

(Continued)

*Primary Examiner*—Phu K. Nguyen
(74) *Attorney, Agent, or Firm*—Henricks, Slavin & Holmes LLP

(57)       **ABSTRACT**

An exemplary method of reconstructing a hidden surface area in an image includes the steps of: identifying a separation pixel gap in an image resulting from a repositioning of image pixels to create a three-dimensional image; identifying pixels from one or more images; and filling the separation pixel gap with the pixels. Replacement pixels can be retrieved from a single image in a search sequence of images, or from a plurality of images in the sequence. One or more pixel fill techniques can be employed to determine replacement pixels for the separation pixel gap which best match adjacent background pixels.

**26 Claims, 6 Drawing Sheets**



Exhibit 5 Page 159

## US 7,116,323 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,737,567 A | 6/1973 | Kratomi | 348/56 |
| 3,772,465 A | 11/1973 | Vlahos et al. | 345/519 |
| 3,851,955 A | 12/1974 | Kent et al. | 352/60 |
| 4,017,166 A | 4/1977 | Kent et al. | 352/57 |
| 4,021,846 A | 5/1977 | Roese | 348/57 |
| 4,168,885 A | 9/1979 | Kent et al. | 352/129 |
| 4,183,633 A | 1/1980 | Kent et al. | 352/129 |
| 4,235,503 A | 11/1980 | Condon | 352/60 |
| 4,436,369 A | 3/1984 | Bukowski | 359/352 |
| 4,475,104 A | 10/1984 | Shen | 340/729 |
| 4,544,247 A | 10/1985 | Ohno | 359/462 |
| 4,558,359 A | 12/1985 | Kuperman et al. | 368/64 |
| 4,600,919 A | 7/1986 | Stern | 340/725 |
| 4,603,952 A | 8/1986 | Sybenga | 352/62 |
| 4,606,625 A | 8/1986 | Geshwind | 352/38 |
| 4,608,596 A | 8/1986 | Williams et al. | 348/34 |
| 4,645,459 A | 2/1987 | Graf et al. | 434/43 |
| 4,647,965 A | 3/1987 | Imsand | 358/88 |
| 4,697,178 A | 9/1987 | Heckel | 340/729 |
| 4,723,159 A | 2/1988 | Imsand | 348/50 |
| 4,809,065 A | 2/1989 | Harris et al. | 358/88 |
| 4,888,713 A | 12/1989 | Falk | 345/582 |
| 4,925,294 A | 5/1990 | Geshwind et al. | 352/57 |
| 4,933,670 A | 6/1990 | Wislocki | 340/709 |
| 4,965,844 A | 10/1990 | Oka et al. | 345/581 |
| 5,002,387 A | 3/1991 | Baljet et al. | 352/65 |
| 5,177,474 A | 1/1993 | Kadota | 340/729 |
| 5,181,181 A | 1/1993 | Glynn | 364/566 |
| 5,185,852 A | 2/1993 | Mayer | 395/109 |
| 5,237,647 A | 8/1993 | Roberts et al. | 395/119 |
| 5,341,462 A | 8/1994 | Obata | 395/122 |
| 5,347,620 A | 9/1994 | Zimmer | 395/129 |
| 5,402,191 A | 3/1995 | Dean et al. | 352/63 |
| 5,428,721 A | 6/1995 | Sato et al. | 345/650 |
| 5,481,321 A | 1/1996 | Lipton | 354/57 |
| 5,495,576 A | 2/1996 | Ritchey | 345/420 |
| 5,699,444 A | 12/1997 | Palm | 382/106 |
| 5,739,844 A | 4/1998 | Kuwano et al. | 348/43 |
| 5,742,291 A | 4/1998 | Palm | 345/420 |
| 5,748,199 A | 5/1998 | Palm | 345/473 |
| 5,907,364 A | 5/1999 | Furuhata et al. | 348/443 |
| 5,929,859 A | 7/1999 | Meijers | 345/419 |
| 5,973,700 A | 10/1999 | Taylor et al. | 345/427 |
| 5,973,831 A | 10/1999 | Kleinberger et al. | 348/43 |
| 6,011,581 A | 1/2000 | Swift et al. | 348/58 |
| 6,023,276 A | 2/2000 | Kawai et al. | 345/419 |
| 6,031,564 A * | 2/2000 | Ma et al. | 348/43 |
| 6,088,006 A | 7/2000 | Tabata | 345/7 |
| 6,091,421 A | 7/2000 | Terrasson | 345/419 |
| 6,166,744 A | 12/2000 | Jaszlics et al. | 345/629 |
| 6,198,484 B1 | 3/2001 | Kameyama | 345/419 |
| 6,208,348 B1* | 3/2001 | Kaye | 345/419 |
| 6,215,516 B1 | 4/2001 | Ma et al. | 348/43 |
| 6,456,340 B1 | 9/2002 | Margulis | 345/501 |
| 6,496,598 B1 | 12/2002 | Harman | 382/154 |
| 6,535,233 B1 | 3/2003 | Smith | 345/661 |
| 6,590,573 B1 | 7/2003 | Geshwind | 345/419 |
| 6,650,339 B1 | 11/2003 | Silva et al. | 345/619 |
| 6,677,944 B1 | 1/2004 | Yamamoto | 345/422 |
| 6,765,568 B1 | 7/2004 | Swift et al. | 345/419 |
| 6,791,542 B1* | 9/2004 | Matusik et al. | 345/420 |
| 2002/0048395 A1 | 4/2002 | Harman et al. | 382/154 |
| 2002/0063780 A1 | 5/2002 | Harman et al. | 348/14.05 |
| 2002/0075384 A1 | 6/2002 | Harman | 348/51 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/24000 A1 | 7/1997 |
| WO | WO 99/12127 A1 | 3/1999 |
| WO | WO 99/30280 A1 | 6/1999 |
| WO | WO 00/79781 A1 | 12/2000 |
| WO | WO 02/13143 A1 | 2/2002 |

OTHER PUBLICATIONS

Izquierdo et al., Virtual 3D-View Generation from Stereoscopic Video Data, IEEE, Jan. 1998, pp. 1219-1224.*

Kaufman, D., "The Big Picture", Apr. 1998, http://www.xenotech.com Apr. 1998, pp. 1-4.

Hanrahan et al., "Direct WYSIWYG painting and texturing on 3D shapes", Computer Graphics, vol. 24, Issue 4, pp. 215-223. Aug. 1990.

Grossman, "Look Ma, No Glasses", Games, Apr. 1992, pp. 12-14.

Slinker et al., "The Generation and Animation of Random Dot and Random Line Autostereograms", Journal of Imaging Science and Technology, vol. 36, No. 3, pp. 260-267, May 1992.

A. Michael Noll, Stereographic Projections by Digital Computer, Computers and Automation, vol. 14, No. 5 (May 1965), pp. 32-34.

A. Michael Noll, Computer-Generated Three-Dimensional Movies, Computers and Automation, vol. 14, No. 11 (Nov. 1965), pp. 20-23.

Izquierdo et al., Virtual 3D-View Generation from Stereoscopic Video Data, IEEE Jan. 1998, pp. 1219-1224.

* cited by examiner

Exhibit 5 Page 160



FIG. 1

Exhibit 5 Page 161

Frame 10



Frame 20



Frame 30



FIG. 2

Exhibit 5 Page 162



Pixel Repeat Method

Exhibit 5 Page 163

## Frame 10



FIG. 4A

FIG. 4B

Exhibit 5 Page 164



FIG. 5

Exhibit 5 Page 165



FIG. 6

FIG. 7A

$d0 = 0-0'$

FIG. 7B

$d0-0_n$ = recoverable area

FIG. 8

Optimal Area = $\max \{\|d0_i\|_{\mathbb{R}^2}\}_i$

FIG. 9

$d0m = \emptyset$

Optimal Area = $U_i (d0_i)$

Exhibit 5 Page 166

US 7,116,323 B2

1

## METHOD OF HIDDEN SURFACE RECONSTRUCTION FOR CREATING ACCURATE THREE-DIMENSIONAL IMAGES CONVERTED FROM TWO-DIMENSIONAL IMAGES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/147,380 entitled "Method For Conforming Objects To A Common Depth Perspective For Converting Two-Dimensional Images Into Three-Dimensional Images" filed on May 15, 2002, which is a continuation-in-part of U.S. patent application Ser. No. 10/029,625 entitled "Method And System For Creating Realistic Smooth Three-Dimensional Depth Contours From Two-Dimensional Images" filed on Dec. 19, 2001, now U.S. Pat. No. 6,515,659 which is a continuation-in-part of U.S. patent application Ser. No. 09/819,420 entitled "Image Processing System and Method for Converting Two-Dimensional Images Into Three-Dimensional Images" filed on Mar. 26, 2001, now U.S. Pat. No. 6,686,926 which is a continuation-in-part of U.S. patent application Ser. No. 09/085,746 entitled "System and Method for Converting Two-Dimensional Images into Three-Dimensional Images" filed on May 27, 1998, now U.S. Pat. No. 6,208,348, all of which are incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

In the process of converting two-dimensional (2D) motion picture images into three-dimensional (3D) motion picture images, each frame of the motion picture has another perspective of the image created that perhaps was not originally recorded. This is referred to as a complementary image. Reconstructing the complementary image is done by applying algorithms that cause pixels to be shifted along the horizontal axis of the image.

In the process of creating a 3D perspective image out of a 2D image, various objects or portions of objects within the image are repositioned. If an image object requires repositioning along the horizontal, or X axis, to effectively position the object toward or away from the viewer, the repositioned object covers up existing pixels on one side of the object and creates a gap of missing pixels on the other side of the object. This gap of missing pixels may also be referred to as the pixel fill area. For example, if an object is placed in the foreground, that object in a newly-created right view will be positioned to the left, covering over pixels on its left edge. As objects shift their position, they cover up existing pixels in the direction that the object moves, and leave a gap of missing pixel information on the other side of the object.

In U.S. patent application Ser. No. 09/819,420, it was disclosed ("Repeat Pixel" feature) that the missing gap of pixels can be filled by repeating pixels from the edge of the background object that the object is moving away from. In many cases, this approach is sufficient even though the pixel repeat information is not an exact replica of the pixel information that should actually be present in the gap of missing information. As long as the pixel repeat gap is not extensively large (which would occur if the object happens to move a great distance toward or away from the viewer) and as long as the repeat pixel information does not exhibit any type of motion artifacts relative to its adjacent surrounding backgrounds, simply "pixel repeating" background pixels across the gap often goes unnoticeable.

2

One of the reasons that pixel repeating can go unnoticed is that the pixel repeating occurs in only one image and is therefore seen by only one eye. In effect, it is part of a three-dimensional disparity. The brain interprets depth by differences of what we perceive with our left and right eye of an image. The fact that the image seen by one eye contains pixel repeat information can, in many cases, go quite undetectable. Even in a real photographed 3D image, the edges of foreground against background result in edges differences between the left and right eye views.

It is the consistency and uniformity of the content along the edges of objects that the brain evaluates to determine whether an image should be accepted as a legitimate coherent 3D image, rather than an image with distracting artifacts. If the edges start to become out of context with the surrounding background, either by size or shape for example, the brain will tend to interpret and sense these areas of the image as artifacts. It is when the differences become too great and inconsistent with the flow of the image content that the brain stimulates human senses to consciously perceive such image artifacts as distracting and/or unreal.

There are some cases in the process of converting two-dimensional images into three-dimensional images where the background information around a surrounding object does not lend itself to pixel repeating. This may either be because the gap is too wide or because there may be too much activity of motion near the edge of the object by other objects. In this case, the area of pixel fill is simply not a good fit and results in a visual distraction.

In view of the foregoing, it would be desirable to be able reduce or eliminate image artifacts that occur in the process of applying depth to objects during the conversion of 2D images into 3D images.

### BRIEF DESCRIPTION OF THE DRAWINGS

Detailed description of embodiments of the invention will be made with reference to the accompanying drawings:

FIG. 1 illustrates an exemplary system and workstation for implementing the image processing techniques of the present invention;

FIG. 2 illustrates a sequence of frames of a person walking against a background;

FIG. 3A illustrates an example of a foreground object in an original image;

FIG. 3B illustrates the foreground object of FIG. 3A shifting position with the pixel repeat method being implemented;

FIG. 4A illustrates an example of pixel fill areas being replaced by pixels from another frame according to an exemplary method the present invention;

FIG. 4B illustrates an example of the area of pixels to be copied into the frame of FIG. 4A;

FIG. 5 illustrates an example of an image for which areas of pixels are copied from multiple frames according to an exemplary method the present invention;

FIG. 6 illustrates two positions of a simple rectangular object to illustrate the areas of available replacement pixels and the areas where no available pixels are revealed;

FIGS. 7A and 7B illustrate how the shifting of an object in position over a sequence of frames makes is possible to locate missing image information in alternate frames;

FIG. 8 illustrates a search sequence in which a single frame includes all of the recovery information; and

FIG. 9 illustrates a search sequence in which the recovery information is retrieved from a plurality of the frames in the sequence.

Exhibit 5 Page 167

US 7,116,323 B2

3

DETAILED DESCRIPTION

The following is a detailed description of the best presently known mode of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating the general principles of the invention.

In order to recreate a high quality, realistic three-dimensional image from a two-dimensional image, conversion artifacts must be eliminated, or at least minimized. The methods of the present invention eliminate or significantly reduce pixel fill artifacts. Various methods of the present invention generally involve retrieving missing pixel information for object separation gaps from other frames or images.

FIG. 1 shows an exemplary system 100 suitable for implementing the various methods of the present invention. During the process of converting images into 3D images, the original positions of image objects are shifted to adjust the perceived depths of the objects in the resulting 3D images forward or back toward the viewer. By way of example, and referring to the Operative Frame shown in FIG. 1, when the object corresponding to the man walking across the street is shifted to the left, a separation pixel gap 101 results. According to various embodiments of the present invention, pixel artifacts that are inherently caused by the process of objects being positioned in depth are avoided by using hidden pixels 102 from other images or frames 103 to fill pixels in the separation pixel gap 101. The hidden pixels 102 can be used, semi-automatically or automatically (see below), as they become revealed from other frames 103 to eliminate pixel repeat artifacts.

Various principles of the present invention are embodied in an interactive user interface and a plurality of image processing tools that allow a user to rapidly convert a large number of images or frames to create authentic and realistic appearing three-dimensional images. In the illustrated exemplary system 100, the 2D-to-3D conversion processing 104 is implemented and controlled by a user working at a conversion workstation 105. It is here, at a conversion workstation 105, that the user gains access to the interactive user interface and the image processing tools and controls and monitors the results of the 2D-to-3D conversion processing 104. It should be understood that the functions implemented during the 2D-to-3D processing 104 can be performed by one or more processor/controller. Moreover, these functions can be implemented employing a combination of software, hardware and/or firmware taking into consideration the particular requirements, desired performance levels, etc. for a given system or application.

The three-dimensional converted product and its associated working files can be stored (storage and data compression 106) on hard disk, in memory, on tape, or on any other means of data storage. In the interest of conserving space on the above-mentioned storage devices, it is standard practice to data compress the information; otherwise files sizes can become extraordinarily large especially when dealing with a full-length motion picture. Data compression also becomes necessary when the information needs to pass through a system with limited bandwidth, such as a broadcast transmission channel, for instance, although compression is not absolutely necessary to the process if bandwidth limitations are not an issue.

The three-dimensional converted content data can be stored in many forms. The data can be stored on a hard disk 107 (for hard disk playback 124), in removable or non-removable memory 108 (for use by a memory player 125),

4

or on removable disks 109 (for use by a removable disk player 126), which may include but are not limited to digital versatile disks (dvd's). The three-dimensional converted product can also be compressed into the bandwidth necessary to be transmitted by a data broadcast receiver 110 across the Internet 111, and then received by a data broadcast receiver 112 and decompressed (data decompression 113), making it available for use via various 3D capable display devices 114.

Similar to broadcasting over the Internet, the product created by the present invention can be transmitted by way of electromagnetic or RF (radio frequency) transmission by a radio frequency transmitter 115. This includes direct conventional television transmission, as well as satellite transmission employing an antenna dish 116, which is much more prevalent these days. The content created by way of the present invention can be transmitted by satellite and received by an antenna dish 117, decompressed, and viewed on a monitor display 118, possibly incorporating a cathode ray tube (CRT), a display panel 119 such as a plasma display panel (PDP) or liquid crystal display (LCD), a front or rear projector 120 in the home, industry, or in the cinema, or a virtual reality (VR) type of headset 121. If the three-dimensional content is broadcast by way of RF transmission, the receiver 122, can in feed decompression circuitry directly, or feed a display device directly. Either is possible. It should be noted however that the content product produced by the present invention is not limited to compressed data formats. The product may also be used in an uncompressed form. Another use for the product and content produced by the present invention is cable television 123.

FIG. 2 illustrates three frames of an image sequence showing a person walking across a street. From top to bottom, the three frames are denoted "Frame 10", "Frame 20" and "Frame 30". These frames show the person in the left lane of the street, in the center of the street, and in the right lane of the street, respectively. As each frame has its objects shifted to create an alternate three-dimensional perspective, the foreground object, for example, of the person walking is shifted relative to its background.

FIGS. 3A and 3B illustrate an exemplary application of the Repeat Pixel method disclosed in U.S. patent application Ser. No. 09/819,420 which provides an approximation of what would have been at the edges of objects within the foreground/background separation gap, if the image had been photographed originally from that perspective angle. Referring to FIG. 3A, an original frame 301 is established, for this example, as the left view of one of the two three-dimensional perspectives. The frame 301 includes an object 303 of the person walking across the street. Referring to FIG. 3B, a complementary frame 302 is an image created from the original frame 301, for this example, as the right view of one of the two three-dimensional perspectives. In this example, the object 303 is shifted to the left to create the complementary frame 302. The background object pixels just to the right of the foreground object are repeated across the gap of missing pixels toward the left as the object is positioned to the left as an approximate reconstruction of the background object in the area of the foreground object's original position. This Repeat Pixel process can be used for each frame of the motion picture sequence.

In many situations objects do not remain stationary across multiple frames. For example, objects could move side to side or up and down independent of other objects in the scene or with various camera movements. The present invention makes use of the fact that there may be more accurate pixels available in other frames that can be captured

Exhibit 5 Page 168

US 7,116,323 B2

**5**

and placed in more critical areas where pixel repeating may not be appropriate for filling the gaps in the scene image that result from object position shifts. The utilization of more accurate pixel information, in turn, facilitates the creation of more accurate three-dimensional reproductions. Thus, various methods of the present invention are embodied in a system which allows a user to quickly and accurately provide the (most consistent and accurate) pixel fill information that will result in the most realistic three-dimensional conversion. Speed and accuracy are both very important in the process of converting full-length motion pictures as they may contain more than one hundred and fifty thousand frames.

According to an embodiment of the present invention, rather than using the Pixel Repeat method, more accurate pixels (e.g., from other frames) are used to fill the pixel gaps. Using more accurate pixel fill information reduces the occurrence of noticeable artifacts from object positioning during the conversion process as objects are positioned in or out of the image. The method of reconstructing obscured background areas is accomplished by copying pixels from other frames where the background pixels are revealed. FIG. **4**A illustrates an example image (Frame **10**) where the pixel fill area is filled by more correct and consistent pixel information. In this example, pixels are retrieved from a different image (Frame **20**—FIG. **4**B). In frame **20**, the person has moved to a completely different position relative to the background revealing useful background pixels in the area that was originally blocked in FIG. **4**A by the foreground object. These pixels can now be used to fill in any gaps created by the foreground object's shift in relative depth positioning. In one embodiment, the goal is to construct the most accurate approximation of what would have been at these edges had the image been actually photographed from that perspective angle vantage point. The end result will be a much more realistic three-dimensional image free of distracting artifacts.

Referring again to FIG. **2**, in this simple scenario the background is stationary and only the person, a foreground object, has moved. However, this may not always be the case. In many cases, the camera may also be in motion as foreground and background objects alter their relative positions. Even though useful background pixels are revealed in other frames, there are many image variables. For example, the image may tilt, or move in or out, or rotate its position. According to various hidden image reconstruction methods of the present invention, these variables are taken into account.

Even though useful pixels may become revealed in other frames, the camera may have moved, or tilted, or zoomed, etc. Thus, as available and revealed pixels may not always be from stationary camera shots, various methods of the present invention are embodied in tools ("handles") that allow the user to alter the image in a desired manner. For example, the interactive user interface can be configured to provide the user with one or more tools that allow the user to adjust the revealed pixels to fit more precisely in the pixel gap. Exemplary handles, as such, or tools, allow the user to rotate, position, size, distort, or blur the pixels to achieve the best match to the edge background to make it appear "transparent" to the viewer. Ideally, the viewer will not recognize the pixel gap areas once pixels are fitted. The pixel gap areas should go unnoticed, as they would in a real 3D image if one were to analyze that perspective angle view. Although the foregoing discussion makes reference to obtaining useful and available pixels from other frames, it should be appreciated that the scope of the present invention

**6**

additionally includes obtaining useful pixels that become available anywhere in the subject frame.

Various methods of the present invention are embodied in interactive tools designed to allow the user to not only retrieve the best set of pixels as the closest match, but also to adjust them accordingly to provide the best fit to match adjacent backgrounds. Such interactive tools include, for example, horizontal and vertical sizing and positioning of the area pixels, rotation of the pixels, geometric distortions, color correction, and the ability to blur the pixels. The interactive tools also allow the user to obtain the best match to the adjacent backgrounds in an expeditious manner.

According to various methods of the present invention, the pixel gap areas that become reconstructed, or rather, filled-in by pixels from other frames, can also have corresponding depth shape and depth values applied to them so that they blend in more consistently with their associated background objects. In other words, the pixel gap areas can be provided with depth shape, varying depth, etc., rather than having a uniform depth value (which would cause the pixel gap area to appear to be flat). For example, if a foreground object shifts its position, moving toward the viewer, creating a pixel gap, and the pixels for that pixel area gap are then retrieved from another frame and filled in, that pixel gap area can also have the appropriate depth properties added to it so as to not appear flat. In one embodiment, the depth properties are consistent with the adjacent object pixel surroundings. In another embodiment, objects are defined as Virtual Objects as disclosed in U.S. patent application Ser. Nos. 10/147,380, 10/029,625 and 09/819,420. Generally, Virtual Objects are objects defined in their entirety, ignoring other objects that may be in front of them. In some situations, it is much easier to apply depth to the pixel gap areas if objects are defined as Virtual Objects.

Various methods of the present invention are embodied in interactive tools designed to allow the user to obtain pixels from any number of images or frames. This functionality accommodates the fact that useful pixels may become revealed at different moments in time in other frames as well as at different locations within an image. FIG. **5** illustrates an exaggerated example where the pixel fill gaps of an image **500** (Frame **10**) are filled by pixels from more than one frame. By way of example, the interactive user interface can be configured to allow the user to divide a pixel fill area **501** (e.g., with a tablet pen **502**) to use a different set of pixels from different frames, in this case, Frames **1** and **4**, for each of the portions of the pixel fill area **501**. Similarly, the pixel fill area **503** can be divided to use different pixel fill information retrieved from Frames **25** and **56** for each of the portions of the pixel fill area **503**. Ideally, the user is provided with complete flexibility to obtain pixel fill information from any combination of images or frames in order to obtain a best fit and match of background pixels.

According to an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes the steps of: defining an area of pixels of a separation gap within an image frame that was caused by image pixels having moved; and replacing pixels in the separation gap with pixels from one or more different frames. In one embodiment, the step of replacing pixels includes employing an interactive interface to select an area of pixels of a frame within a series or sequence of frames and to use pixels from the selected area to fill the separation gap. In another embodiment, the step of replacing pixels includes employing an interactive interface to select areas of pixels within a series or sequence of frames and to use pixels from the selected areas to fill the separation gap. In another

**Exhibit 5 Page 169**

US 7,116,323 B2

7

embodiment, the method further includes the step of scaling pixels in the separation gap. In another embodiment, the method further includes the step of repositioning pixels in the separation gap. In another embodiment, the method further includes the step of blurring pixels in the separation gap. In another embodiment, the method further includes the step of color correcting pixels in the separation gap. In another embodiment, the method further includes the step of distorting pixels in the separation gap.

According to an embodiment of the present invention, a method of reconstructing a hidden surface area in an image includes the steps of: identifying a separation pixel gap in an image resulting from a repositioning of image pixels to create a three-dimensional image; identifying pixels from one or more images; and filling the separation pixel gap with the pixels. In one embodiment, the identified separation pixel gap is associated with an object in the image, and the identified pixels are associated with a corresponding object in a different image; the object can be defined in its entirely, ignoring other objects that may be in front of it. In another embodiment, the identified separation pixel gap is associated with a hidden portion of the image, and the identified pixels are associated with a corresponding portion of a different image that is at least partially visible in the different image. In another embodiment, the identified pixels are from a plurality of different image frames. In another embodiment, the step of filling in the separation pixel gap includes scaling the pixels to accommodate the separation pixel gap. In another embodiment, the step of filling in the separation pixel gap includes rotating the pixels to accommodate the separation pixel gap. In another embodiment, the step of filling in the separation pixel gap includes geometrically distorting the pixels. In another embodiment, the step of filling in the separation pixel gap includes color correcting the pixels. In another embodiment, the step of filling in the separation pixel gap includes blurring the pixels. In another embodiment, the method further includes the step of applying a depth shape to the pixels. In another embodiment, the method further includes the step of manipulating depth properties of the pixels in consideration of depth properties of adjacent object pixel surroundings.

If it so happens that there are no useful pixels available for a particular missing pixel or pixels, the user can use the Repeat Pixel method while other pixels for other areas of the same object are taken from other frames. Thus, various embodiments of the present invention allow the user to employ any combination of different pixel fill methods.

FIG. 6 depicts an example of a frame 600 with a rectangular object. The frame 600 shows the object in both first and second positions. In its second position, the object is rotated to the right relative to its first position. In this example, background pixels can be used to fill the positional gaps of the object from each alternate position. However, in area 601 there are no available pixels from any other frame. In this area, alternate pixel fill techniques, such as Repeat Pixel can be used.

According to an embodiment of the present invention, a method of reconstructing a hidden surface area in an image includes the steps of: identifying a separation pixel gap resulting from a repositioning of image pixels to create a three-dimensional image; and employing a plurality of different pixel fill techniques to determine replacement pixels for the separation pixel gap which best match adjacent background pixels.

Various embodiments of the present invention facilitate selection of background pixels in an automated or semi-automated fashion via hidden surface reconstruction soft-

8

ware utilities. For example, pixel fill information can be derived from a group of selected frames or from a range of frames as discussed below.

In various embodiments of the present invention, the reconstruction of hidden surface areas involves first determining a range of frames containing areas of the missing data and, second, determining the frame containing the optimal area of missing data within the selected range of frames. In one embodiment, the first determination is approached as a problem of topology and the second determination is approached as a maximization problem. The first problem is a subset of the second problem.

The Topology of the Problem:

An exemplary automated hidden surface reconstruction utility attempts to reconstruct a pixel gap area in a particular frame by determining an alternate frame that contains the largest body of useable pixel information that coincides with the pixel gap area. The term "coincident area" means the area in the alternate frame that is topologically equivalent, under some isometric mapping, and in particular, the identity mapping, to the pixel gap area in the original frame. This automated portion of the process assumes a best-fit match for the pixel gap area as a pixel-by-pixel maximization. Any inaccuracies in reconstruction due to non-identity mapping of image area from one frame to the next, e.g. rotation, scaling, translation, and generic warping along the boundary, can then be addressed by the user with an image editing tool.

An image region comparison technique is used to determine if an image region in an alternate frame contains missing image information hidden in the original frame. By way of example, an image region is represented as a 2-dimensional topological set. Basic point-set topological operations then facilitate the pertinent region comparisons in the reconstruction process. This makes it possible to compare an image region filled by a graphical object in one frame with an image region occupied by that object in any other frame in the sequence.

FIGS. 7A and 7B illustrate how the shifting of an object in position over a sequence of frames makes is possible to locate missing image information in alternate frames. Referring to FIG. 7A, a region of image discrepancy caused by the shift of the object is determined quantitatively. This region is compared with the object's original region of definition in alternate frames to determine if any portion of the area of discrepancy is uncovered in those frames, as depicted in FIG. 7B. The object's non-shifted position in Frame 2 (FIG. 7B) is to the left of the object's non-shifted position in Frame 1 (FIG. 7A). This shift in the object's position over a sequence of frames makes it possible to "see" hidden surfaces behind the object in the original frame.

For a given frame, there may be multiple frames that provide some or all of the recovery (hidden pixel) information needed. In determining an optimal solution set, at least one frame may provide all of the recovery information. For example, and referring to FIG. 8, a frame in a search sequence is identified that provides the maximum area of recovery of any single frame in the sequence. In other situations, no single frame provides all of the information for an optimal solution set. For example, and referring to FIG. 9, available recovery information is retrieved and combined from a plurality of frames in the search sequence. Both methods can be employed by the software to find the optimal recovery area, i.e., the greatest area of pixel recovery possible given the problem constraints.

Exhibit 5 Page 170

US 7,116,323 B2

9

Implementation of the above logic utilizes a definition of a software object (in the object programming paradigm sense) that represents a self-aware topological point-set in $\mathfrak{R}^2$, e.g., an area object provided with basis point-set topological operators: union, intersection, and modulus, where the universe is defined as the entire frame area. This implementation provides a performance optimal, simple to use object that provides all the utility needed for the operations discussed in the previous section.

This representation is implemented as an incremental construction based on the 1-dimensional real interval. Each image scanline of the region is represented by a set of pairwise disjoint, monotone increasing interval subsets of the real line. The endpoints of an interval give an intersection of the scanline with the image region, thus, given a scanline subregion, SO, of a region, O, and its interval representation, $SO_i$,

$$\forall x \in \mathfrak{R}, \; x \in SO_i \Longleftrightarrow x \in SO \Longrightarrow x \in O$$

So that for an x coordinate, this interval representation gives a discrete method for determining if x is in the closure of the image region or its compliment on the represented scanline level, i.e., the interval representation of each scanline of the image region gives a discrete mapping of the region's closure and compliment.

The 2-D representation of the entire image region is then constructed as a set of these intervals—one unique interval set for each scanline level, ordered in increasing scanline-level. Now given the image region O, there is provided its interval-set representation, $O_i$, and,

$$\forall p(x, y) \in \mathfrak{R}^2, \; p \in O_i \Longleftrightarrow p \in O$$

Thus a discrete, or more to the point, binary map of the entire image region has been constructed. This map makes possible fast containment checks for points as well as giving the functionality needed for set logic basis operations: union, intersection, and subtraction.

According to an embodiment of the present invention, a method of reconstructing a hidden surface area in an image includes the steps of: identifying a separation pixel gap in an image resulting from a repositioning of image pixels in the image to create a three-dimensional image; and providing replacement pixels for the separation pixel gap such that an image artifact resulting from the repositioning of image pixels is no longer visible in the three-dimensional image. In one embodiment, the step of providing replacement pixels further includes the steps of: identifying image frames that include image areas that are coincident with the separation pixel gap; and determining which of the image frames contains a largest body of useable pixel information for replacing information missing in the image due to the separation pixel gap. In one embodiment, the step of identifying image frames further includes the step of determining whether the image areas are topologically equivalent, under some isometric mapping, to a separation pixel gap. In another embodiment, the step of providing replacement pixels further includes the step of comparing image regions to determine if an image region in an alternate image contains information missing from the image due to the separation pixel gap. In one embodiment, the step of comparing image regions further includes the steps of: representing the image regions as a two-dimensional topological sets; and employing point-set topological operations for pertinent image region comparisons. In another embodiment, the step of providing replacement pixels further includes the steps of: identifying image frames that include

10

image areas that are coincident with the separation pixel gap; and combining useable pixel information from a plurality of the image frames for replacing information missing in the image due to the separation pixel gap.

In various embodiments of the present invention, the selected pixel fill area is positioned over the selected frame(s) to be utilized for retrieving background fill pixels. It should be appreciated, however, that the interactive tools of the present invention can also be configured to allow for the reverse as well. In other words, the background fill pixels of other frames can be positioned with reference to the pixel fill area.

Products generated by any of the systems or methods disclosed herein also fall within the scope of the present invention. Such products include, but are not limited to, any three-dimensional image generated employing any of the methods or systems described herein as well as any form of device upon which is stored information (or data) pertaining to any such three-dimensional image (e.g., machine-readable storage media such as DVDs, digital tape, etc.). Any data storage media that stores images, information or data created employing any of the methods or systems described herein also fall within the scope of the present invention. Accordingly, various embodiments of the present invention are also represented by articles of data storage media upon which are stored images, information or data created employing any of the methods described herein.

According to an embodiment of the present invention, a method for providing a three-dimensional image includes: receiving or accessing data created employing any of the methods described herein; and employing the data to reproduce a three-dimensional image.

Those skilled in the art will appreciate that various adaptations and modifications of the just described embodiments can be configured without departing from the scope and spirit of the invention. Therefore, it is to be understood that, within the scope of the appended claims, the invention may be practiced other than as specifically described herein.

We claim:

1. A method for converting two-dimensional images into three-dimensional images, comprising the steps of:

for an image created as a new complimentary perspective from an original perspective image, and used in conjunction with the original perspective image to make up a three-dimensional stereoscopic pair of images, defining an area of pixels of a separation gap within the image that was caused by image pixels having moved; and

replacing pixels in the separation gap with pixels from one or more different frames such that an image artifact resulting from the image pixels having moved is reduced or substantially eliminated;

wherein the step of replacing pixels further comprises comparing image regions to determine if an image region in an alternate image contains information missing from the image due to the separation gap.

2. The method for converting two-dimensional images into three-dimensional images of claim 1, wherein the step of replacing pixels comprises:

employing an interactive interface to select an area of pixels of a frame within a series or sequence of frames and to use pixels from the selected area to fill the separation gap.

3. The method for converting two-dimensional images into three-dimensional images of claim 1, wherein the step of replacing pixels comprises:

Exhibit 5 Page 171

US 7,116,323 B2

**11**

employing an interactive interface to select areas of pixels within a series or sequence of frames and to use pixels from the selected areas to fill the separation gap.

**4**. The method for converting two-dimensional images into three-dimensional images of claim **1**, further comprising the step of:

scaling pixels in the separation gap.

**5**. The method for converting two-dimensional images into three-dimensional images of claim **1**, further comprising the step of:

repositioning pixels in the separation gap.

**6**. The method for converting two-dimensional images into three-dimensional images of claim **1**, further comprising the step of:

blurring pixels in the separation gap.

**7**. The method for converting two-dimensional images into three-dimensional images of claim **1**, further comprising the step of:

color correcting pixels in the separation gap.

**8**. The method for converting two-dimensional images into three-dimensional images of claim **1**, further comprising the step of:

distorting pixels in the separation gap.

**9**. A method of reconstructing a hidden surface area in an image, comprising the steps of:

identifying a separation pixel gap in an image resulting from a repositioning of image pixels to create a three-dimensional image;

identifying pixels from one or more images;

filling the separation pixel gap with the pixels such that an image artifact resulting from the repositioning of image pixels is reduced or substantially eliminated in the three-dimensional image; and

manipulating depth properties of the pixels in consideration of depth properties of adjacent object pixel surroundings;

wherein the step of filling the separation pixel gap further comprises

comparing image regions to determine if an image region in an alternate image contains information missing from the image due to the separation gap.

**10**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the identified separation pixel gap is associated with an object in the image, and the identified pixels are associated with a corresponding object in a different image.

**11**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the identified separation pixel gap is associated with a hidden portion of the image, and the identified pixels are associated with a corresponding portion of a different image that is at least partially visible in the different image.

**12**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the identified pixels are from a plurality of different image frames.

**13**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the step of filling in the separation pixel gap includes scaling the pixels to accommodate the separation pixel gap.

**14**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the step of filling in the separation pixel gap includes rotating the pixels to accommodate the separation pixel gap.

**15**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the step of filling in the separation pixel gap includes geometrically distorting the pixels.

**12**

**16**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the step of filling in the separation pixel gap includes color correcting the pixels.

**17**. The method of reconstructing a hidden surface area in an image of claim **9**, wherein the step of filling in the separation pixel gap includes blurring the pixels.

**18**. The method of reconstructing a hidden surface area in an image of claim **9**, further comprising the step of:

applying a depth shape to the pixels.

**19**. A method of reconstructing a hidden surface area in an image, comprising the steps of:

identifying a separation pixel gap in an image resulting from a repositioning of image pixels to create a three-dimensional image;

identifying pixels from one or more images; and

filling the separation pixel gap with the pixels;

wherein the identified separation pixel gap is associated with an object in the image, and the identified pixels are associated with a corresponding object in a different image;

wherein the object is defined ignoring other objects that may be in front of the object.

**20**. A method of reconstructing a hidden surface area in an image, comprising the steps of:

for an image created as a new complimentary perspective from an original perspective image, and used in conjunction with the original perspective image to make up a three-dimensional stereoscopic pair of images, identifying a separation pixel gap resulting from a repositioning of pixels in the image to create a three-dimensional image;

providing replacement pixels for the separation pixel gap such that an image artifact resulting from the repositioning of image pixels is reduced or substantially eliminated in the three-dimensional image; and

employing a plurality of different pixel till techniques to determine the replacement pixels for the separation pixel gap which best match adjacent background pixels;

wherein the step of providing replacement pixels further comprises

comparing image regions to determine if an image region in an alternate image contains information missing from the image due to the separation pixel gap.

**21**. A method of reconstructing a hidden surface area in an image, comprising the steps of:

for an image created as a new complimentary perspective from an original perspective image, and used in conjunction with the original perspective image to make up a three-dimensional stereoscopic pair of images, identifying a separation pixel gap in the image resulting from a repositioning of image pixels in the image to create a three-dimensional image; and

providing replacement pixels for the separation pixel gap such that an image artifact resulting from the repositioning of image pixels is no longer visible in the three-dimensional image;

wherein the step of providing replacement pixels further comprises

comparing image regions to determine if an image region in an alternate image contains information missing from the image due to the separation pixel gap.

**22**. A method of reconstructing a hidden surface area in an image, comprising the steps of:

**Exhibit 5 Page 172**

US 7,116,323 B2

**13**

identifying a separation pixel gap in an image resulting from a repositioning of image pixels in the image to create a three-dimensional image; and

providing replacement pixels for the separation pixel gap such that an image artifact resulting from the repositioning of image pixels is no longer visible in the three-dimensional image;

wherein the step of providing replacement pixels further comprises

identifying image frames that include image areas that are coincident with the separation pixel gap, and

determining which of the image frames contains a largest body of useable pixel information fix replacing information missing in the image due to the separation pixel gap.

**23**. The method of reconstructing a hidden surface area in an image of claim **22**, wherein the step of identifying image frames further comprises the step of:

determining whether the image areas are topologically equivalent, under some isometric mapping, to the separation pixel gap.

**24**. A method of reconstructing a hidden surface area in an image, comprising the steps of:

identifying a separation pixel gap in an image resulting from a repositioning of image pixels in the image to create a three-dimensional image; and

**14**

providing replacement pixels for the separation pixel gap such that an image artifact resulting from the repositioning of image pixels is no longer visible in the three-dimensional image;

wherein the step of providing replacement pixels further comprises

comparing image regions to determine if an image region in an alternate image contains information missing from the image due to the separation pixel gap.

**25**. The method of reconstructing a hidden surface area in an image of claim **24**, wherein the step of comparing image regions further comprises the steps of:

representing the image regions as a two-dimensional topological sets; and

employing point-set topological operations for pertinent image region comparisons.

**26**. A method for providing a three-dimensional image, comprising:

receiving or accessing data created employing any of the methods of claims **1**–**18** and **20**–**25**; and

employing the data to reproduce a three-dimensional image.

\*   \*   \*   \*   \*

**Exhibit 5 Page 173**

**EXHIBIT 6**

US007116324B2

(12) **United States Patent**
Kaye et al.

(10) Patent No.: **US 7,116,324 B2**
(45) Date of Patent: **Oct. 3, 2006**

(54) **METHOD FOR MINIMIZING VISUAL ARTIFACTS CONVERTING TWO-DIMENSIONAL MOTION PICTURES INTO THREE-DIMENSIONAL MOTION PICTURES**

(75) Inventors: **Michael C. Kaye**, Agoura Hills, CA (US); **Charles J. L. Best**, Los Angeles, CA (US)

(73) Assignee: **In-Three, Inc.**, Agoura Hills, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 62 days.

(21) Appl. No.: **10/674,688**

(22) Filed: **Sep. 30, 2003**

(65) **Prior Publication Data**

US 2005/0104879 A1     May 19, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/316,672, filed on Dec. 10, 2002, which is a continuation-in-part of application No. 10/147,380, filed on May 15, 2002, which is a continuation-in-part of application No. 10/029,625, filed on Dec. 19, 2001, now Pat. No. 6,515,659, which is a continuation-in-part of application No. 09/819,420, filed on Mar. 26, 2001, now Pat. No. 6,686,926, which is a continuation-in-part of application No. 09/085,746, filed on May 27, 1998, now Pat. No. 6,208,348.

(51) **Int. Cl.**
*G06T 15/00* (2006.01)

(52) **U.S. Cl.** ........................ **345/419**; 345/606; 382/60

(58) **Field of Classification Search** ................ 345/419, 345/418, 421, 422, 606, 607; 352/60, 61, 352/62
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,621,127 A | 11/1971 | Hope | 348/56 |
| 3,737,567 A | 6/1973 | Kratomi | 348/56 |
| 3,772,465 A | 11/1973 | Vlahos et al. | 382/167 |
| 3,851,955 A | 12/1974 | Kent et al. | 352/60 |
| 4,017,166 A | 4/1977 | Kent et al. | 352/60 |
| 4,021,846 A | 5/1977 | Roese | 348/57 |
| 4,168,885 A | 9/1979 | Kent et al. | 352/129 |
| 4,183,633 A | 1/1980 | Kent et al. | 352/60 |
| 4,235,503 A | 11/1980 | Condon | 359/352 |
| 4,436,369 A | 3/1984 | Bukowski | 359/462 |
| 4,475,104 A | 10/1984 | Shen | 345/422 |
| 4,544,247 A | 10/1985 | Ohno | 352/62 |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 1187494 A2 | 3/2002 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Selsis et al., Automatic Tracking and 3D Localization of Moving Objects by Active Contour Models, Intelligent Vehicles 95 Symposium, Sep. 1995, pp. 96-100.*

*Primary Examiner*—Phu K. Nguyen
(74) *Attorney, Agent, or Firm*—Henricks, Slavin & Holmes LLP

(57) **ABSTRACT**

A method for converting two-dimensional images into three-dimensional images includes: tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame.

**44 Claims, 9 Drawing Sheets**



Exhibit 6 Page 174

**US 7,116,324 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,600,919 A | 7/1986 | Stern | 345/473 |
| 4,603,952 A | 8/1986 | Sybenga | 352/65 |
| 4,606,625 A | 8/1986 | Geshwind | 352/38 |
| 4,608,596 A | 8/1986 | Williams et al. | 358/81 |
| 4,645,459 A | 2/1987 | Graf et al. | 434/43 |
| 4,647,965 A | 3/1987 | Imsand | 348/47 |
| 4,697,178 A | 9/1987 | Heckel | 345/422 |
| 4,723,159 A | 2/1988 | Imsand | 358/88 |
| 4,809,065 A | 2/1989 | Harris et al. | 345/428 |
| 4,888,713 A | 12/1989 | Falk | 364/522 |
| 4,925,294 A | 5/1990 | Geshwind et al. | 352/57 |
| 4,933,670 A | 6/1990 | Wislocki | 345/167 |
| 4,965,844 A | 10/1990 | Oka et al. | 382/44 |
| 5,002,387 A | 3/1991 | Baljet et al. | 352/65 |
| 5,177,474 A | 1/1993 | Kadota | 345/157 |
| 5,181,181 A | 1/1993 | Glynn | 345/163 |
| 5,185,852 A | 2/1993 | Mayer | 358/1.9 |
| 5,237,647 A | 8/1993 | Roberts et al. | 345/419 |
| 5,341,462 A | 8/1994 | Obata | 345/422 |
| 5,347,620 A | 9/1994 | Zimmer | 345/592 |
| 5,402,191 A | 3/1995 | Dean et al. | 352/63 |
| 5,428,721 A | 6/1995 | Sato et al. | 345/650 |
| 5,481,321 A | 1/1996 | Lipton | 352/57 |
| 5,699,444 A | 12/1997 | Palm | 382/106 |
| 5,742,291 A | 4/1998 | Palm | 345/420 |
| 5,748,199 A | 5/1998 | Palm | 345/473 |
| 5,929,859 A | 7/1999 | Meijers | 345/473 |
| 5,973,700 A | 10/1999 | Taylor et al. | 345/427 |
| 6,011,581 A | 1/2000 | Swift et al. | 348/58 |
| 6,023,276 A | 2/2000 | Kawai et al. | 345/419 |
| 6,031,564 A | 2/2000 | Ma et al. | 348/43 |
| 6,088,006 A | 7/2000 | Tabata | 345/7 |
| 6,091,421 A | 7/2000 | Terrasson | 345/419 |
| 6,166,744 A | 12/2000 | Jaszlics et al. | 345/629 |
| 6,215,516 B1 | 4/2001 | Ma et al. | 345/419 |
| 6,492,986 B1 * | 12/2002 | Metaxas et al. | 345/420 |
| 6,590,573 B1 | 7/2003 | Geshwind | 345/419 |
| 6,650,339 B1 | 11/2003 | Silva et al. | 345/619 |
| 6,677,944 B1 | 1/2004 | Yamamoto | 345/422 |
| 6,798,406 B1 * | 9/2004 | Jones et al. | 345/419 |
| 2002/0048395 A1 | 4/2002 | Harman et al. | 382/154 |
| 2002/0063780 A1 | 5/2002 | Harman et al. | 348/14.05 |
| 2002/0075384 A1 | 6/2002 | Harman | 348/51 |
| 2004/0004616 A1 | 1/2004 | Konya et al. | 345/419 |

### FOREIGN PATENT DOCUMENTS

| WO | WO 97/24000A-1 | | 7/1997 |
|---|---|---|---|
| WO | WO 99/12127 A1 | | 3/1999 |
| WO | WO 99/30280 A1 | | 6/1999 |
| WO | WO 00/79781 A1 | | 12/2000 |
| WO | WO 01/01348 A1 | | 1/2001 |
| WO | WO 02/13143 A1 | | 2/2002 |

### OTHER PUBLICATIONS

Smeulders et al., Tracking Nonparameterized Object Contours in Video, IEEE Transactions on Image Processing, vol. 11, No. 9, Sep. 2002, pp. 1081-1091.*

Murray et al., Active Tracking, IEEE International Conference on Intelligent Robots and Systems, Sep. 1993, pp. 1021-1028.*

Gao et al., Perceptual Motion Tracking from Image Sequences, IEEE, Jan. 2001, pp. 389-392.*

Yasushi Mae, Yoshiaki Shirai, Jun Miura, and Yoshinori Kuno, "Object Tracking in Cluttered Background Based on Optical Flow and Edges," *Proc. 13th Int. Conf. on Pattern Recognition*, vol. 1, pp. 196-200, Apr. 1996.

Di Zhong, Shih-Fu Chang, "AMOS: An Active System for MPEG-4 Video Object Segmentation," *ICIP* (2) 8: 647-651, Apr. 1998.

Hua Zhong, Liu Wenyin, Shipeng Li, "Interactive Tracker—A Semi-automatic Video Object Tracking and Segmentation System," Microsoft Research China, http://research.microsoft.com/asia.dload_files.group/mediasearching/icme_tracking-4th.pdf (downloaded Aug. 26, 2003).

Eric N. Mortensen, William A. Barrett, "Interactive segmentation with Intelligent Scissors," *Graphical Models and Image Processing*, v.60 n.5, p. 349-384, Sep. 2002.

Michael Gleicher, "Image Snapping," *SIGGRAPH*: 183-190, Jun. 1995.

Joseph Weber, Jitendra Malik, "Rigid Body Segmentation and Shape Description from Dense Optical Flow Under Weak Perspective," *IEEE Transactions on Pattern Analysis and Machine Intelligence*, vol. 19, No. 2, Feb. 1997, pp. 139-143.

E. N. Mortensen and W. A. Barrett, "Intelligent Scissors for Image Composition," *Computer Graphics (SIGGRAPH '95)*, pp. 191-198, Los Angeles, CA, Aug. 1995.

Hanrahan et al., "Direct WYSIWYG painting and texturing on 3D shapes", Computer Graphics, vol. 24, Issue 4, pp. 215-223. Aug. 1990.

Grossman, "Look Ma, No Glasses", Games, Apr. 1992, pp. 12-14.

Slinker et al., "The Generation and Animation of Random Dot and Random Line Autostereograms", Journal of Imaging Science and Technology, vol. 36, No. 3, pp. 260-267, May 1992.

A. Michael Noll, *Stereographic Projections by Digital Computer*, Computers and Automation, vol. 14, No. 5 (May 1965), pp. 32-34.

A. Michael Noll, *Computer-Generated Three-Dimensional Movies*, Computers and Automation, vol. 14, No. 11 (Nov. 1965), pp. 20-23.

* cited by examiner

Exhibit 6 Page 175

**U.S. Patent**      Oct. 3, 2006      Sheet 1 of 9      US 7,116,324 B2



FIG. 1A



The distance between Objects & Their Pathlines
should remain constant as Objects move.

FIG. 1B



FIG. 1C

Exhibit 6 Page 176



FIG. 2A



FIG. 2B

Exhibit 6 Page 177



FIG. 3A

FIG. 3B

Exhibit 6 Page 178



FIG. 4A

FIG. 4B

Exhibit 6 Page 179



FIG. 5A

FIG. 5B

Exhibit 6 Page 180



FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

FIG. 6E

FIG. 6F

Exhibit 6 Page 181



FIG. 7A

FIG. 7B



FIG. 8A

FIG. 8B

Exhibit 6 Page 182



FIG. 9



FIG. 10

Exhibit 6 Page 183



FIG. 11

Exhibit 6 Page 184

US 7,116,324 B2

**1**

# METHOD FOR MINIMIZING VISUAL ARTIFACTS CONVERTING TWO-DIMENSIONAL MOTION PICTURES INTO THREE-DIMENSIONAL MOTION PICTURES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/316,672 entitled "Method Of Hidden Surface Reconstruction For Creating Accurate Three-Dimensional Images Converted From Two-Dimensional Images" filed on Dec. 10, 2002, which is a continuation-in-part of U.S. patent application Ser. No. 10/147,380 entitled "Method For Conforming Objects To A Common Depth Perspective For Converting Two-Dimensional Images Into Three-Dimensional Images" filed on May 15, 2002, which is a continuation-in-part of U.S. patent application Ser. No. 10/029,625 entitled "Method And System For Creating Realistic Smooth Three-Dimensional Depth Contours From Two-Dimensional Images" filed on Dec. 19, 2001, now U.S. Pat. No. 6,515,659, which is a continuation-in-part of U.S. patent application Ser. No. 09/819,420 entitled "Image Processing System and Method for Converting Two-Dimensional Images Into Three-Dimensional Images" filed on Mar. 26, 2001, now U.S. Pat. No. 6,686,926, which is a continuation-in-part of U.S. patent application Ser. No. 09/085,746 entitled "System and Method for Converting Two-Dimensional Images into Three-Dimensional Images" filed on May 27, 1998, now U.S. Pat. No. 6,208,348, all of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

In the process of converting a two-dimensional (2D) image into a three-dimensional (3D) image, at least two perspective angle images are needed independent of whatever conversion or rendering process is used. In one example of a process for converting two-dimensional images into three-dimensional images, the original image is established as the left view, or left perspective angle image, providing one view of a three-dimensional pair of images. In this example, the corresponding right perspective angle image is an image that is processed from the original image to effectively recreate what the right perspective view would look like with the original image serving as the left perspective frame.

In the process of creating a 3D perspective image out of a 2D image, as in the above example, objects or portions of objects within the image are repositioned along the horizontal, or X axis. By way of example, an object within an image can be "defined" by drawing around or outlining an area of pixels within the image. Once such an object has been defined, appropriate depth can be "assigned" to that object in the resulting 3D image by horizontally shifting the object in the alternate perspective view. To this end, depth placement algorithms or the like can be assigned to objects for the purpose of placing the objects at their appropriate depth locations.

In a motion picture, objects typically move (i.e., change position within the image, from frame to frame). An unfortunate consequence of some processes for converting two-dimensional images into three-dimensional images is that noticeable visual artifacts appear (e.g., as flickering or shuttering pixels) at object edges as objects move from frame to frame.

**2**

In view of the foregoing, it would be desirable to be able to convert two-dimensional motion pictures into three-dimensional motion pictures in such a manner that motion artifacts are significantly minimized or eliminated.

## BRIEF DESCRIPTION OF THE DRAWINGS

Detailed description of embodiments of the invention will be made with reference to the accompanying drawings:

FIG. 1A illustrates an example image with a magnified view of the spacing differences between an actual object edge and an object pathline;

FIG. 1B illustrates a sequence of frames representing motion of a person and how object to pathline spacing relationships should remain constant as the object moves from frame to frame;

FIG. 1C is a graph providing a visual representation of object to pathline spacing relationship errors and corresponding levels of perceptible motion artifacts;

FIG. 2A is an illustration of an arbitrary object showing the object edge and its pathline;

FIG. 2B is an illustration of the object of FIG. 2A showing change of the object shape at a different point in time;

FIG. 3A illustrates an image with two objects, a person and a car, transitioning into the image frame;

FIG. 3B illustrates the same image as FIG. 3A with the dome, wall, and street clock objects drawn as Virtual Objects;

FIG. 4A illustrates the same image as FIG. 3A except with the person and car objects drawn as Virtual Objects;

FIG. 4B illustrates an image subsequent to the image of FIG. 3A with both objects, the person and the car, fully in the image frame;

FIG. 5A illustrates the same image as FIG. 3A except with the person and car objects drawn as Virtual Objects with the car object including a Sub-Object;

FIG. 5B illustrates the same image as FIG. 4B except with the back lid of the car being defined as a Virtual Object;

FIGS. 6A–6F illustrate how points and/or paths can be applied to objects for creating crests, troughs or the like during the process of depth contouring objects;

FIGS. 7A and 7B show examples of inconsistent topology and consistent (or preserved) topology, respectively;

FIGS. 8A and 8B show examples of inconsistent surface shaping and consistent surface shaping, respectively;

FIG. 9 illustrates an interpolative mapping, M, for mapping from one "key frame" to the next according to an example embodiment of the present invention;

FIG. 10 illustrates clamping data to the boundaries of objects according to an example embodiment of the present invention; and

FIG. 11 illustrates an exemplary system and workstation for implementing the image processing techniques of the present invention.

## DETAILED DESCRIPTION

The following is a detailed description for carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating the general principles of the invention.

The present invention addresses the problem of image artifacts that can result from 2D to 3D motion picture image conversion processes. It has been observed that noticeable image artifacts sometimes occur when object edges are not defined consistently from frame to frame during such conversion processes. Accordingly, various methods of the

Exhibit 6 Page 185

US 7,116,324 B2

3

4

present invention pertain to providing edges that define objects for converting two-dimensional images into three-dimensional images in a manner that is consistent from frame to frame (i.e., as the objects move over time).

In an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame.

Motion Edge Artifacts and Correction:

As discussed above, visual artifacts in the form of inconsistencies at the edges of objects can result from conventional processes of converting 2D motion pictures into 3D motion pictures. These inconsistencies can become very noticeable with image object motion from frame to frame. It has been observed that such visual artifacts are caused by inconsistencies in the spacing between object outlines (or pathlines) and the actual edges of objects. (For purposes of this description, the terms "outline" and "pathline" are one and the same and interchangeable.) Various embodiments of the present invention exploit this observation and address the problem of noticeable (objectionable) artifacts resulting from 2D to 3D conversion processes by applying image data tracking techniques to maintain actual object edge to object pathline spacing relationships.

Thus, in an embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: defining an area of pixels around an object within an image frame of an image sequence, resulting in an outline of the object spaced a particular distance from edges of the object; tracking the object as the object moves or changes from frame to frame; and re-creating the outline in a different frame of the image sequence maintaining relative distances between the edges of the object and the outline to create a different perspective for a three-dimensional image. In another embodiment of the present invention, a method for converting two-dimensional images into three-dimensional images includes: defining an object within an image frame of an image sequence, resulting in an outline of the object spaced a particular distance from a perimeter of the object; tracking the object as the object moves or changes from frame to frame; and re-creating the outline in different frames of the image sequence maintaining relative distances between the perimeter of the object and the outline to create an alternate perspective for a three-dimensional image sequence.

Image data tracking according to the present invention can involve both edge detection and optical flow techniques. By tracking image data, a system can be implemented that is not only capable of maintaining object edge to object pathline spacing relationships as objects move over time, but also pertinent object information (e.g., depth placement information) pertaining to Virtual Objects, Sub-Objects, Contour Points and Pathlines, as described in subsequent sections.

Referring to FIG. 1A, according to various embodiments of the present invention, the creation of accurate, artifact-free 2D to 3D motion picture conversions involves maintaining a near constant difference error, n, between the image object boundary and the associated object pathlines. Generally, and also as shown in FIG. 1, pathlines that define

objects are slightly outside of the image object boundary in order to capture the image object in its entirety along with the smallest amount of background pixels behind the image object to allow for Pixel Repeat, if applicable. See, e.g., U.S. patent application Ser. No. 09/819,420 (describing "Repeat Pixel" feature: missing gap of pixels resulting from repositioning image object along the horizontal, or X axis can be filled by repeating pixels from the edge of the background object that the object is moving away from).

Referring to FIG. 1B, according to various embodiments of the present invention, as an object moves across the image over time, changes in the difference between the object edge and the defined pathline of the object are minimized with respect to the difference value at the initial frame time. If the object edge to object pathline distance spacing relationship becomes inconsistent as objects move, it has been observed that this can produce noticeable and distracting artifacts in the image. Generally, the greater the variation in the spacing between the image object and its pathline over time (from frame to frame), the more noticeable the artifacts become.

Referring to FIG. 1C, the graph illustrates the relationship between object to pathline error and the perceptibility of artifacts. The progression of object movement, frame by frame, is plotted along the X-axis. The level of artifact perceptibility (or noticeability) is plotted along the Y-axis. A greater number along the Y-axis represents a greater difference in object to pathline distance, which in turn represents a level of visual artifacts. In the illustrated example, the defined pathline for the object is varying in its distance from the edges of the object from frame to frame over time. If, on the other hand, and in the ideal scenario, a particular object has its outline defined consistently frame to frame over time relative to the actual object edge, there would be zero error on the graph along the bottom of the X axis and the object edges would be quiet, in a manner of speaking, not drawing attention to the object. The foregoing presumes that Hidden Surface Areas have also been appropriately corrected. For purposes of this description, "Hidden Surface Areas" refer to areas missing edge information. These areas cause a visual effect in an image (i.e., stimulating a different sensation) when a viewer focuses attention on them due to the fact they are only seen by one eye. The visual effect is caused by perspective differences at the edges between foreground and background objects. See, e.g., U.S. patent application Ser. No. 10/316,672 (describing "Hidden Surface Reconstruction" techniques).

Sufficiently large variations in the difference value may cause noticeable inconsistencies in object image boundaries. The solution according to various embodiments of the present invention is to ensure that object pathlines obey a maximum error threshold relative to the initial frame of definition. Assume that for a frame $f_t$ in a sequence $F=\{f^t\}_{t=0}^{N}$ the boundary of a region of an image object region can be represented as a simply connected closed path $p_t{}^0 \epsilon \mathfrak{R}^2$ parameterizable on [0,1] and that the defined simply connected pathline $p_t{}^1 \epsilon \mathfrak{R}^2$ of the object is parameterizable on [0,1]. Then for frame $f_t$, an error can be defined as:

$$e_t = \|p_t{}^0 - p_t{}^1\|.$$

Now for the frame, $f_0$, of the initial definition of the object, the following can be enforced:

$$e_t \leq e_0$$

for all frames in the sequence containing the object, as illustrated in FIGS. 2A and 2B. The norm ‖.‖ can be chosen

Exhibit 6 Page 186

US 7,116,324 B2

5

according to a severity of regulation to be imposed on the difference value. With this regulation, it can be ensured that extraneous area added to a boundary of an object through error in its defining pathline will be forced to an acceptable tolerance, providing an arbitrary control over, and therefore a means of minimization of, variation in the difference error.

Thus, in various embodiments of the present invention, the object outlines obey a maximum error threshold relative to an initial frame of definition. Various methods for converting two-dimensional images into three-dimensional images according to the present invention include selecting a severity of regulation for the distance spacing relationship to force errors in the object outlines to an acceptable tolerance.

Tracking Virtual Objects:

For purposes of the present description, the term "Virtual Objects" refers to objects that are defined in their entirety ignoring objects that may be in front of them. By way of example, and referring to FIG. **3**A, an image **300** includes background and foreground objects. The background objects include a dome **301**, a left wall **302**, and a street clock **303**. The foreground objects include a person **305** and a car **306** which are both partially out of view, or off screen. Referring to FIG. **3**B, the dome **301**, left wall **302**, and street clock **303** are defined as Virtual Objects and are shown with dashed outlines. Because the dome **301**, left wall **302**, and street clock **303** are defined as Virtual Objects, the portions of these objects that are revealed over time, as the foreground objects person **305** and car **306** move out of the way (FIG. **4**B), will have the correct depth information or shape associated with them. Thus, defining objects as Virtual Objects takes into account the fact that objects may be momentarily obstructed or out of view.

Referring to FIG. **4**A, in order to provide correct shape to these objects, they can be drawn in their entirety even outside of the frame. In this example, the image **400** includes a person **401** and a car **402** as foreground objects. The person **401** and the car **402** are defined as virtual objects with portions **403** and **404** of their respective outlines extending outside of the image area. Although the object portions that are outside the image frame may be, for the most part, unknown, basic estimations or approximations of their shape can be employed making it significantly easier for an operator creating a 3D motion picture from a 2D motion picture to then apply appropriate depth contours or other information to provide correct shapes to the entirety of the objects. As a consequence, shapes are more easily maintained once the objects fully enter the image frame. By way of example, FIG. **4**B shows a subsequent frame when both the person **401** and the car **402** have moved entirely into the frame with their respective shapes remaining as they were previously defined.

According to various embodiments of the present invention, Virtual Objects are tracked automatically along with the image objects as objects move frame by frame over time, for example, by employing an image data tracking technique. For frames where some pathline (outline) segments of image objects are outside the image frame area, the Virtual Object outline is still a complete outline. As such an object moves into the image frame, the object can remain "connected together" as a Virtual Object and move in its entirety. Thus, in various embodiments of the present invention, a virtual object corresponding to the object is defined such that the virtual object is tracked and the object outlines are

6

generated independent of whether the object is obstructed from view in a subsequent frame by another object moving into the foreground.

Tracking Sub-Objects:

Objects can be partitioned as "Sub-Objects" for the purpose of applying multiple areas of depth information to individual objects. Sub-objects can be of any shape or size and, in some embodiments, are contained completely within the associated full object. Visually, sub-objects are pieces of the surface of the full object that can be, but are not necessarily, shaped differently than the general surface of the full object. The depth values associated with a full object and a sub-object associated with the full object match along the boundary (or portion of the boundary) of the sub-object contained within the full object so that there is a continuous variation in depth across the boundary from the surface defined by a sub-object to the general surface of the full object. One example of this could be the depth details within a person's face. Each feature within a person's face has certain depth characteristics, such as a person's eyes being somewhat recessed, the nose protruding, etc. Thus, sub-objects defined within objects facilitate the application of separate algorithms to the sub-object sections for greater flexibility in recreating the depth of otherwise flat 2D surfaces.

According to various embodiments of the present invention, Sub-Objects are tracked automatically along with the image objects as objects move frame by frame over time, for example, by employing an image data tracking technique. This allows Sub-Objects to automatically re-conform in the same manner as Virtual Objects. By way of example, and referring to FIG. **5**A, an image **500** shows a car **501** (with a dashed outline) entering into the frame. In this example, a back lid **502** of the car **501** is defined as a sub-object. Separate depth shaping can be applied to the sub-object even though a portion of the object has not fully entered the frame. Referring to FIG. **5**B, as the car **501** enters the image frame, the sub-object is tracked and its contour depth shape information adjusted as necessary frame by frame. Thus, in various embodiments of the present invention, one or more sub-objects contained within an object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

Sub-objects can also be defined as Virtual Objects. Referring again to FIG. **5**B, the back lid **502** can be defined as a Virtual Object the outline of which is shown by solid segment **503** which represents a visible portion of the object and by dashed segment **504** which represents a portion of the object hidden by the bumper of the car **501**.

Tracking Contour Points and Pathlines:

In the 2D to 3D conversion process, contour information is used to provide shape to objects within images. By way of example, U.S. Pat. No. 6,515,659 to Kaye et al. entitled "Method And System For Creating Realistic Smooth Three-Dimensional Depth Contours From Two-Dimensional Images" describes techniques for applying variable but smooth depth contouring to image objects. Since objects defined in an image can be of any shape or size, the ability to apply contour information in such a manner results in a higher degree of realism in reconstructing graphical objects in three dimensions. By way of example, points and/or paths applied to objects provide convenient tools for creating crests, troughs or the like during the process of depth contouring the objects. This allows arbitrary shaping in the reconstruction of a three-dimensional surface of an object and object shaping with much greater depth detail, thereby

**Exhibit 6 Page 187**

US 7,116,324 B2

7

producing an object with a surface that appears curved and shaped in three dimensions and imparting a high level of realism to the appearance of the final product.

A variety of control functions, interactive interfaces, etc. can be utilized for producing a three-dimensional shape that will make a particular object appear as a realistic three-dimensional recreation. By way of example, and referring to FIGS. **6**A–**6**F, points and/or paths can be applied to objects for creating crests, troughs or the like during the process of depth contouring the objects. For example, an operator can freehand draw (or otherwise apply) a point or pathline anywhere within the object to define a crest or ridge of a bulge function that is to be applied to the object. Bulges generated by the contour pathlines can be convex or concave in screen depth coordinates depending on the amplitude and positive or negative direction (polarity) of the algorithm that the operator applies to each of the independent bulge points and/or contour pathlines. By way of example, if the operator applies a single point or path, a single bulge will occur. If the operator applies multiple points or paths, multiple bulges will occur.

In FIG. **6**A, a boundary perimeter **650** for a randomly shaped object is shown with a point **652** positioned therein. The point **652** can be user or otherwise-defined and positioned anywhere within the object. Depending upon the polarity of the algorithm applied to the object, an outward or inward appearing bulge is applied to the object as shown in FIGS. **6**B and **6**C, respectively.

As discussed above, multiple points can be applied to an object for creating crests, troughs or the like during the process of depth contouring the object. In FIG. **6**D, for example, points **654** and **656** have been applied to the object, resulting in multiple contoured bulges being applied to the surface of the object.

Also, as discussed above, one or more pathlines can be applied to an object for creating crests, troughs or the like during the process of depth contouring the object. In FIG. **6**E, for example, pathline **658** defines a ridge of a depth contour applied to the object. In FIG. **6**F, the pathline **658'** defines a different ridge applied to the object and, therefore, different depth contouring. The pathlines **658** and **658'** can, but do not necessarily define an upper or lower most point of a depth ridge to be created.

It should be appreciated that any number of points and/or pathlines can be applied to an object during the process of depth contouring the object. The amount of bulge, or amplitude, can then be adjusted accordingly to produce the desired and most realistic recreation of depth.

As objects move and/or change shape in each frame over time, depth contour information must follow along with the object to maintain a correct and consistent shape. If the shape is not consistent across frames, the object shape may be erratic and noticeably distracting as the object moves.

According to various embodiments of the present invention, depth contour information (such as Contour Points and Pathlines) are tracked automatically along with the image objects as objects move frame by frame over time, for example, by employing an image data tracking technique. This allows depth contour information to automatically re-conform in the same manner as Virtual Objects and Sub-Objects; and the shapes of objects automatically reform as the objects move and/or change from frame to frame. As an object moves from frame to frame, the depth contour information, such as contour pathlines, follow the movement of the object and reform their shape along with the changes in the object itself. Thus, in various embodiments of the present invention, one or more points contained within an object are associated with depth information and defined such that the one or more points track the object as the object moves or changes from frame to frame. In various embodiments of the present invention, one or more contour pathlines contained within an object are associated with depth contour information and defined such that the one or more contour pathlines track the object as the object moves or changes from frame to frame.

Tracking Strategies:

According to various embodiments of the present invention, the object outlines can be created employing a pixel image data tracking technique, a key frame curve interpolation technique, or a combination of pixel image data tracking and key frame curve interpolation techniques. With minimal user input, a consistent and accurate sequence of object pathlines across a sequence of frames can be generated by methods utilizing pixel image data tracking and/or key frame curve interpolation. It should be appreciated, however, that other methods for object segmentation in a sequence of images based on the object segmentation of an initial image or a proper subset of images in the sequence can be employed.

With respect to maintaining and updating the shaping constructs of an object in a way that is consistent with the associated object, consistent topology and consistent geometry are the two most important considerations. Topologically, constructs initially contained by the closure of the object pathline should remain inside of this planar set over time. FIGS. **7**A and **7**B show examples of inconsistent topology and consistent (or preserved) topology, respectively. Geometrically, object surface shaping should remain consistent with the geometry of the user's initial or key definitions. FIGS. **8**A and **8**B show examples of inconsistent surface shaping and consistent surface shaping, respectively.

Key Frame Curve Interpolation Strategy:

Using an appropriate family of curve approximation (b-spline approximations, bezier approximations, etc.), a curve shape can be defined in several user-selected "key frames" of an image sequence and likely shapes for the undefined frames can be interpolated from the "key frame" data. Although implementation of these interpolative methods generally generate curves in the undefined frames that both closely approximate the actual outline of the image object and are consistent with the "key frame" data, the various constructs of the object can be tracked appropriately, as discussed above.

According to various embodiments of the present invention, interpolative techniques can be employed to consider the input "key frame" data and to generate a discrete and sequential mapping from one "key frame" to the next. This map is then applied to each time step in between two "key frames" to approximate the missing data in the frames between. This map is, by construction, a homeomorphism. Referring to FIG. **9**, this means that the topology of point-sets that the map is applied to is preserved; thus, given the interpolative mapping, M, and a set A and point p such that:

$$M:R^n \to R^n, A \subseteq R^n, p \in A.$$

results in

$$p \in A \to M(p) \in M(A).$$

This means that if the interpolative map constructed from the object pathline "key frame" data is applied to the curve/point-based constructs contained in the object, these constructs will remain inside of the object (as in FIG. **7**B).

**Exhibit 6 Page 188**

US 7,116,324 B2

9

The interpolative, by construction, also preserves the relative geometry of a set, so that if this map is applied to internal curve/point-based constructs, these constructs will follow, in an appropriate geometry, the change in character of the object pathline (as in FIG. **8**B). This preserves the spirit of the user's initial object shape definition, while requiring the user to define the shaping constructs only in the initial frame—this data is not needed in the "key frames", only the pathline data for the object is needed in the "key frames".

It is important to note that this strategy does not use any image data, and therefore, can be applied to Virtual Objects with the same degree of accuracy as fully visible objects.

Image Data Tracking Strategy:

According to various embodiments of the present invention, an object pathline in an initial frame is correlated with the actual image data of the object and the image data is used to track the transition of individual image object pixel points across a sequence of frames while preserving regularity in the topology and the geometry of constructs within the object (such as sub-objects and shaping contours). Some example image data tracking strategies for regulating these two properties are set forth below.

One method is to track an object pathline from one image to the next using image data. A general homeomorphic mapping can then be constructed from the initial pathline to the updated pathline and this map can be applied to all constructs contained in the object, producing results similar to those discussed in the previous section.

Another method is to use image data to track all object constructs separately and then clamp any constructs that violate the geometry and topology constraints to the boundary of the object, i.e., the object pathline.

Image data tracking techniques generally ensure some level of uniqueness, i.e., if the same pixel is passed in to the algorithm multiple times, the same solution will be given each time. This means that boundary conditions are preserved: for example, if a sub-object has part of its pathline in common with the object, that section of the sub-object pathline will be moved exactly as the associated object pathline section. However, interior containment may not be preserved so that a contour point inside the area defined by the object pathline my not be inside the updated area after tracking, especially if the tracking algorithm updates the object outline in the next image but fails to find the contour point in that image. Similar issues may occur with sub-objects, producing results similar to those shown in FIG. **7**A.

According to various embodiments of the present invention, and referring to FIG. **10**, this problem can be addressed by clamping all data to the boundary of the object, intersecting the resultant construct with the resultant object pathline. In this way, the image data that is capable of being tracked can be used, preserving the general shaping of the object while updating the object and its constructs with minimal input from the user and efficiently generating visually correct and consistent objects.

For some image objects, image data may be missing (e.g., for "hidden areas" of image objects). In such cases, information about the movement of those parts of the object pathline that can be tracked can be employed to approximate the movement of pathline sections lying over missing image data. To this end, Virtual Objects can be employed. Additionally, a well defined mapping can be defined by the movement of track-able portions of the object pathline and this mapping can then be applied to untrack-able portions of the pathline, allowing all portions of the object pathline to be

10

tracked with an acceptable level of regularity. See, "Motion Edge Artifacts and Correction" section, supra, regarding object regulation.

FIG. **11** shows an exemplary system **1100** suitable for implementing the various methods of the present invention. During the process of converting images into 3D images, objects can be defined in their entirety as Virtual Objects regardless of whether parts of their surfaces are hidden or not. These virtual objects may contain one or more sub-objects, as well as contour information in the form of points or pathlines for providing depth shape to the objects. Various principles of the present invention embody tracking techniques to track and maintain consistent object to object pathline spacing relationships, indicated at block **1103**, which in turn, prevent (or substantially prevent) noticeable artifacts from occurring. An image frame **1101** (Frame A) is the first of a sequence of frames (Frame A, B, C, etc.). The first 3 frames of the sequence are shown overlaid in one frame **1102**, representing the consistent object to object pathline tracking according to the present invention.

Various principles of the present invention are embodied in an interactive user interface and a plurality of image processing tools that allow a user to rapidly convert a large number of images or frames to create authentic and realistic appearing three-dimensional images. In the illustrated example system **1100**, the 2D-to-3D conversion processing, indicated at block **1104**, is implemented and controlled by a user working at a conversion workstation **1105**. It is here, at a conversion workstation **1105**, that the user gains access to the interactive user interface and the image processing tools and controls and monitors the results of the 2D-to-3D conversion processing. It should be understood that the functions implemented during the 2D-to-3D processing can be performed by one or more processor/controller. Moreover, these functions can be implemented employing a combination of software, hardware and/or firmware taking into consideration the particular requirements, desired performance levels, etc. for a given system or application.

The three-dimensional converted product and its associated working files can be stored (storage and data compression **1106**) on hard disk, in memory, on tape, or on any other means of data storage. In the interest of conserving space on the above-mentioned storage devices, it is standard practice to data compress the information; otherwise files sizes can become extraordinarily large especially when full-length motion pictures are involved. Data compression also becomes necessary when the information needs to pass through a system with limited bandwidth, such as a broadcast transmission channel, for instance, although compression is not absolutely necessary to the process if bandwidth limitations are not an issue.

The three-dimensional converted content data can be stored in many forms. The data can be stored on a hard disk **1107** (for hard disk playback **1124**), in removable or non-removable memory **1108** (for use by a memory player **1125**), or on removable disks **1109** (for use by a removable disk player **1126**), which may include but are not limited to digital versatile disks (dvd's). The three-dimensional converted product can also be compressed into the bandwidth necessary to be transmitted by a data broadcast receiver **1110** across the Internet **1111**, and then received by a data broadcast receiver **1112** and decompressed (data decompression **1113**), making it available for use via various 3D capable display devices **1114** (e.g., a monitor display **1118**, possibly incorporating a cathode ray tube (CRT), a display panel **1119** such as a plasma display panel (PDP) or liquid crystal

**Exhibit 6 Page 189**

US 7,116,324 B2

11

display (LCD), a front or rear projector **1120** in the home, industry, or in the cinema, or a virtual reality (VR) type of headset **1121**.)

Similar to broadcasting over the Internet, the product created by the present invention can be transmitted by way of electromagnetic or radio frequency (RF) transmission by a radio frequency transmitter **1115**. This includes direct conventional television transmission, as well as satellite transmission employing an antenna dish **1116**. The content created by way of the present invention can be transmitted by satellite and received by an antenna dish **1117**, decompressed, and viewed on a monitor display **1118**, possibly incorporating a cathode ray tube (CRT), a display panel **1119** such as a plasma display panel (PDP) or liquid crystal display (LCD), a front or rear projector **1120** in the home, industry, or in the cinema, or a virtual reality (VR) type of headset **1121**. If the three-dimensional content is broadcast by way of RF transmission, the receiver **1122**, can in feed decompression circuitry directly, or feed a display device directly. Either is possible. It should be noted however that the content product produced by the present invention is not limited to compressed data formats. The product may also be used in an uncompressed form. Another use for the product and content produced by the present invention is cable television **1123**.

Although the present invention has been described in terms of the example embodiments above, numerous modifications and/or additions to the above-described embodiments would be readily apparent to one skilled in the art. It is intended that the scope of the present invention extends to all such modifications and/or additions.

We claim:

**1**. A method for converting two-dimensional images into three-dimensional images, comprising:

tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and

creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame;

wherein a virtual object corresponding to the object is defined such that the virtual object is tracked and the object outlines generated independent of whether the object is obstructed from view in a subsequent frame by another object moving into the foreground.

**2**. The method for converting two-dimensional images into three-dimensional images of claim **1**, wherein:

one or more sub-objects contained within the object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**3**. The method for converting two-dimensional images into three-dimensional images of claim **1**, wherein the object outlines obey a maximum error threshold relative to an initial frame of definition.

**4**. The method for converting two-dimensional images into three-dimensional images of claim **1**, wherein:

the object outlines are created employing a pixel image data tracking technique.

**5**. A method for converting two-dimensional images into three-dimensional images, comprising:

tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and

12

creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame;

wherein one or more points contained within the object are associated with depth information and defined such that the one or more points track the object as the object moves or changes from frame to frame.

**6**. The method for converting two-dimensional images into three-dimensional images of claim **5**, wherein:

one or more sub-objects contained within the object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**7**. The method for converting two-dimensional images into three-dimensional images of claim **5**, wherein the object outlines obey a maximum error threshold relative to an initial frame of definition.

**8**. The method for converting two-dimensional images into three-dimensional images of claim **5**, wherein:

the object outlines are created employing a pixel image data tracking technique.

**9**. A method for converting two-dimensional images into three-dimensional images, comprising:

tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and

creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame;

wherein one or more contour pathlines contained within the object are associated with depth contour information and defined such that the one or more contour pathlines track the object as the object moves or changes from frame to frame.

**10**. The method for converting two-dimensional images into three-dimensional images of claim **9**, wherein:

one or more sub-objects contained within the object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**11**. The method for converting two-dimensional images into three-dimensional images of claim **9**, wherein the object outlines obey a maximum error threshold relative to an initial frame of definition.

**12**. The method for converting two-dimensional images into three-dimensional images of claim **9**, wherein:

the object outlines are created employing a pixel image data tracking technique.

**13**. A method for converting two-dimensional images into three-dimensional, comprising:

tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images;

creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame; and

selecting a severity of regulation for the distance spacing relationship to force errors in the object outlines to an acceptable tolerance.

**Exhibit 6 Page 190**

US 7,116,324 B2

13

**14**. The method for converting two-dimensional images into three-dimensional images of claim **13**, wherein:

one or more sub-objects contained within the object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**15**. The method for converting two-dimensional images into three-dimensional images of claim **13**, wherein the object outlines obey a maximum error threshold relative to an initial frame of definition.

**16**. The method for converting two-dimensional images into three-dimensional images of claim **13**, wherein:

the object outlines are created employing a pixel image data tracking technique.

**17**. A method for converting two-dimensional images into three-dimensional images, comprising:

tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and

creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame;

wherein the object outlines are created employing a key frame curve interpolation technique.

**18**. The method for converting two-dimensional images into three-dimensional images of claim **17**, wherein:

one or more sub-objects contained within the object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**19**. The method for converting two-dimensional images into three-dimensional images of claim **17**, wherein the object outlines obey a maximum error threshold relative to an initial frame of definition.

**20**. The method for converting two-dimensional images into three-dimensional images of claim **17**, wherein:

the object outlines are created employing a pixel image data tracking technique.

**21**. A method for converting two-dimensional images into three-dimensional images, comprising:

tracking an object in an image, the object having an object edge and an object outline thereabout, from frame to frame over a sequence of images; and

creating object outlines in subsequent frames for converting two-dimensional images into three-dimensional images maintaining an object outline to object edge distance spacing relationship as the object moves or changes from frame to frame;

wherein the object outlines are created employing a combination of pixel image data tracking and key frame curve interpolation techniques.

**22**. The method for converting two-dimensional images into three-dimensional images of claim **21**, wherein:

one or more sub-objects contained within the object are defined such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**23**. The method for converting two-dimensional images into three-dimensional images of claim **21**, wherein the object outlines obey a maximum error threshold relative to an initial frame of definition.

**24**. The method for converting two-dimensional images into three-dimensional images of claim **21**, wherein:

the object outlines are created employing a pixel image data tracking technique.

14

**25**. A method for converting two-dimensional images into three-dimensional images, comprising:

defining an area of pixels around an object within an image frame of an image sequence, resulting in an outline of the object spaced a particular distance from edges of the object;

tracking the object as the object moves or changes from frame to frame; and

re-creating the outline in a different frame of the image sequence maintaining relative distances between the edges of the object and the outline to create a different perspective for a three-dimensional image.

**26**. The method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising:

defining a virtual object corresponding to the object such that the virtual object is tracked and the outlines generated independent of whether the object is obstructed from view in a subsequent frame by another object moving into the foreground.

**27**. The method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising:

defining one or more sub-objects contained within the object such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**28**. The method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising:

defining one or more points contained within the object and associated with depth information such that the one or more points track the object as the object moves or changes from frame to frame.

**29**. The method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising:

defining one or more contour pathlines contained within the object and associated with depth contour information such that the one or more contour pathlines track the object as the object moves or changes from frame to frame.

**30**. The method for converting two-dimensional images into three-dimensional images of claim **25**, wherein the outlines obey a maximum error threshold relative to an initial frame of definition.

**31**. The method for converting two-dimensional images into three-dimensional images of claim **25**, further comprising:

selecting a severity of regulation for the distance spacing relationship to force errors in the outlines to an acceptable tolerance.

**32**. The method for converting two-dimensional images into three-dimensional images of claim **25**, wherein:

the outlines are created employing a pixel image data tracking technique.

**33**. The method for converting two-dimensional images into three-dimensional images of claim **25**, wherein:

the outlines are created employing a key frame curve interpolation technique.

**34**. The method for converting two-dimensional images into three-dimensional images of claim **25**, wherein:

the outlines are created employing a combination of pixel image data tracking and key frame curve interpolation techniques.

Exhibit 6 Page 191

US 7,116,324 B2

**15**

**35**. A method for converting two-dimensional images into three-dimensional images, comprising:

defining an object within an image frame of an image sequence, resulting in an outline of the object spaced a particular distance from a perimeter of the object;

tracking the object as the object moves or changes from frame to frame; and

re-creating the outline in different frames of the image sequence maintaining relative distances between the perimeter of the object and the outline to create an alternate perspective for a three-dimensional image sequence.

**36**. The method for converting two-dimensional images into three-dimensional images of claim **35**, further comprising:

defining a virtual object corresponding to the object such that the virtual object is tracked and the outlines generated independent of whether the object is obstructed from view in a subsequent frame by another object moving into the foreground.

**37**. The method for converting two-dimensional images into three-dimensional images of claim **35**, further comprising:

defining one or more sub-objects contained within the object such that the sub-objects are linked together and tracked as the object moves or changes from frame to frame.

**38**. The method for converting two-dimensional images into three-dimensional images of claim **35**, further comprising:

defining one or more points contained within the object and associated with depth information such that the one or more points track the object as the object moves or changes from frame to frame.

**16**

**39**. The method for converting two-dimensional images into three-dimensional images of claim **35**, further comprising:

defining one or more contour pathlines contained within the object and associated with depth contour information such that the one or more contour pathlines track the object as the object moves or changes from frame to frame.

**40**. The method for converting two-dimensional images into three-dimensional images of claim **35**, wherein the outlines obey a maximum error threshold relative to an initial frame of definition.

**41**. The method for converting two-dimensional images into three-dimensional images of claim **35**, further comprising:

selecting a severity of regulation for the distance spacing relationship to force errors in the outlines to an acceptable tolerance.

**42**. The method for converting two-dimensional images into three-dimensional images of claim **35**, wherein:

the outlines are created employing a pixel image data tracking technique.

**43**. The method for converting two-dimensional images into three-dimensional images of claim **35**, wherein:

the outlines are created employing a key frame curve interpolation technique.

**44**. The method for converting two-dimensional images into three-dimensional images of claim **35**, wherein:

the outlines are created employing a combination of pixel image data tracking and key frame curve interpolation techniques.

\*    \*    \*    \*    \*

Exhibit 6 Page 192

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV11- 10214 JHN (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address: Grant Kinsel, No. 172407
Michael Song, No. 243675
Francis D. Logan, Jr., No. 163049
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| Digital Domain Stereo Group, Inc.<br><br><br>PLAINTIFF(S)<br>v.<br><br>Prime Focus North America, Inc., and Prime Focus VFX USA Inc.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11 10214-JHN (AGR)<br><br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Grant Kinsel_____, whose address is _Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___DEC - 9 2011___

By: _____
          Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                                     SUMMONS

Name & Address:  Grant Kinsel, No. 172407
Michael Song, No. 243675
Francis D. Logan, Jr., No. 163049
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CONFORMED COPIES**

| | |
|---|---|
| Digital Domain Stereo Group, Inc. | **CASE NUMBER** |
| **PLAINTIFF(S)** | CV11 10214 ─JHN (A6R) |
| v. | |
| Prime Focus North America, Inc., and Prime Focus VFX USA Inc. | |
| | **SUMMONS** |
| **DEFENDANT(S).** | |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Grant Kinsel_____, whose address is _Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: DEC - 9 2011 _____

By: _____MARIVEL DAVIS_____
           Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CONFORMED COPIES

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> Digital Domain Stereo Group, Inc. | **DEFENDANTS** <br> Prime Focus North America, Inc., and Prime Focus VFX USA Inc. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Grant Kinsel/Michael Song/Francis D. Logan, Jr. <br> Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067 <br> 310 788 9900 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No      ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent infringement; 35 U.S.C. s 271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV11   10214**

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                    ☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  December 9, 2011

    Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |