1  Grant Kinsel, No. 172407
   gkinsel@perkinscoie.com
2  Michael Song, Bar No. 243675
   msong@perkinscoie.com
3  Francis D. Logan, Jr., No. 163049
   flogan@perkinscoie.com
4  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
5  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
6  Facsimile: 310.788.3399

7  Attorneys for **DIGITAL DOMAIN STEREO GROUP, INC.**
8

9

10          **UNITED STATES DISTRICT COURT**
11       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

| **DIGITAL DOMAIN STEREO GROUP, INC.** | Case No. : CV 11: 10214 JHN (AGRx) |
|---|---|
| *Plaintiff,* | **PROOF OF SERVICE REGARDING SUMMONS AND COMPLAINT** |
| v. | |
| **PRIME FOCUS NORTH AMERICA, INC.,** and **PRIME FOCUS VFX USA INC.** | |
| *Defendants.* | |

1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| GRANT E. KINSEL, ESQ., Bar #172407<br>PERKINS COIE LLP<br>1888 CENTURY PARK EAST<br>SUITE 1700<br>LOS ANGELES, CA 90067 | | | | |
| Telephone No: 310-788-9900    FAX No: 310-788-3399 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Central District Of California

Plaintiff: DIGITAL DOMAIN STEREO GROUP, INC.
Defendant: PRIME FOCUS NORTH AMERICA, INC., ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11 10214-JHM (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice To Parties Of Adr Program; Adr Program Questionnaire; Notice To Counsel; Clerk's Office Services For Attorneys And The General Public; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:         PRIME FOCUS NORTH AMERICA, INC.
   b. Person served:        ANSHUL DOSHI, AGENT AUTHORIZED TO ACCEPT SERVICE, SERVED
                            UNDER F.R.C.P. RULE 4

4. Address where the party was served:    1800 N. VINE STREET
                                          #330
                                          LOS ANGELES, CA 90028

5. I served the party:
   b. by substituted service. On: Wed., Dec. 14, 2011 at: 11:40AM by leaving the copies with or in the presence of:
      DAREK KOWAL, RECEPTIONIST
      (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDY GARRIDO                           d. The Fee for Service was:



   1511 West Beverly Blvd.                  e. I am: (3) registered California process server
   Los Angeles, CA 90026                        (i)   Independent Contractor
   Telephone    (213) 250-9111                  (ii)  Registration No.:    5816
   Fax          (213) 250-1197                  (iii) County:              Los Angeles
   www.firstlegalnetwork.com                    (iv)  Expiration Date:     Thu, Jun. 14, 2012

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Dec. 15, 2011

                                                                          (EDY GARRIDO)

Judicial Council Form                       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS & COMPLAINT                    5106927  .grakin.414865

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| GRANT E. KINSEL, ESQ., Bar #172407<br>PERKINS COIE LLP<br>1888 CENTURY PARK EAST<br>SUITE 1700<br>LOS ANGELES, CA 90067 | | | | |
| Telephone No: 310-788-9900   FAX No: 310-788-3399 | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California | | | | |
| Plaintiff: DIGITAL DOMAIN STEREO GROUP, INC. | | | | |
| Defendant: PRIME FOCUS NORTH AMERICA, INC., ET AL. | | | | |
| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11 10214-JHM (AGRX) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice To Parties Of Adr Program; Adr Program Questionnaire; Notice To Counsel; Clerk's Office Services For Attorneys And The General Public; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Wed., Dec. 14, 2011
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: PRIME FOCUS NORTH AMERICA, INC.
      1800 N. VINE STREET
      #330
      LOS ANGELES, CA 90028
      Anshul Doshi, Agent

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Dec. 14, 2011 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                     d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES        e. I am: Not a Registered California Process Server
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-9111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Dec. 15, 2011

                                                                  (Thomas Tilcock)

Judicial Council Form                    PROOF OF SERVICE                      5106927  .grakin.414865
Rule 2.150.(a)&(b) Rev January 1, 2007         By Mail