JS-6

Grant Kinsel, No. 172407
gkinsel@perkinscoie.com
Michael Song, Bar No. 243675
msong@perkinscoie.com
Francis D. Logan, Jr., No. 163049
flogan@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
**DIGITAL DOMAIN STEREO GROUP, INC.**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL DOMAIN STEREO GROUP, INC.,<br><br>PLAINTIFF,<br><br>V.<br><br>PRIME FOCUS NORTH AMERICA, INC. AND PRIME FOCUS VFX USA INC.,<br><br>DEFENDANTS.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:11-cv-10214-MWF (AGRx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |

THIS MATTER came before the Court on Plaintiff Digital Domain Stereo Group, Inc.'s and Defendants Prime Focus North America, Inc. and Prime Focus VFX USA Inc.'s Stipulation for Dismissal with Prejudice, dated July 19, 2012. The Court has considered the Stipulation and IT IS SO ORDERED that:

This action, including all claims, counterclaims, and defenses of both parties, is HEREBY DISMISSED WITH PREJUDICE in its entirety, without costs or attorney fees awarded to any party. The Court will retain jurisdiction regarding enforcement of the parties' Settlement Agreement.

DATED: July 19, 2012

UNITED STATES DISTRICT JUDGE

HON. MICHAEL W. FITZGERALD